## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>POWERMATE CORPORATION<br><br>    Debtor. | Chapter 11<br>Case No. 08-10499-KG<br><br>(pending in the United States<br>Bankruptcy Court for the District of Delaware) |
| POWERMATE CORPORATION<br>f/k/a COLEMAN POWERMATE, INC.,<br>a Nebraska corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, Inc.,<br>a Delaware corporation, individually and<br>d/b/a SAM'S CLUB<br><br>    Defendant. | Adversary Proceeding No. _____<br><br>(Civil Action No. 08C-05-201-CHT pending in<br>the Superior Court of the State of Delaware in<br>and for New Castle County) |

## NOTICE OF REMOVAL

Wal-Mart Stores, Inc., doing business as Sam's Club ("Wal-Mart") files this Notice of Removal (the "Notice") pursuant to 28 U.S.C. § 1452, and respectfully represents as follows:

### JURISDICTION

1.      This Court has jurisdiction over this Notice pursuant to 28 U.S.C. §§ 1334 and 1452.

2.      Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409 in the United States District Court for the District of Delaware.

## BACKGROUND

3.    Wal-Mart is a party to a supplier agreement (the "Supplier Agreement"), dated May 18, 2005, with Coleman Powermate, Inc. ("Powermate").[2]  Pursuant to the Supplier Agreement, Powermate supplied gasoline powered generators and other products (collectively, the "Products") to Wal-Mart for sale at Sam's Club locations.[3]

4.    On or about September 26, 2006, Richard M. Morvan ("Morvan") filed a Complaint and Claim for Jury Trial in the Massachusetts state District Court (the "Massachusetts Lawsuit") naming Wal-Mart and Powermate as defendants.  The Massachusetts Lawsuit seeks damages from Wal-Mart and Powermate based on injuries allegedly sustained by Morvan as a result of his use of a generator manufactured by Powermate.

5.    On March 17, 2008 (the "Petition Date"), Powermate filed a voluntary petition under Chapter 11 (the "Bankruptcy Case") of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

6.    The filing of the Bankruptcy Case stayed the Massachusetts Lawsuit against Powermate pursuant to § 362(a) of the Bankruptcy Code.

7.    On May 27, 2008, Powermate filed a complaint against Wal-Mart (the "Delaware Lawsuit") in the Superior Court for the State of Delaware in and for New Castle County (the "State Court").  The Delaware Lawsuit seeks payment of $244,946.06 on account of invoices

---

[2] The parties to the Agreement are Coleman Powermate, Inc. and "Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., Wal-Mart Stores Texas, LP, Sam's West, Inc., Sam's East, Inc. and affiliates."

[3] The Supplier Agreement was rejected by order of the Bankruptcy Court on April 15, 2008.  Although the Supplier Agreement has been rejected, its terms will govern claims that accrued during the pre-petition period and the post-petition period that the Agreement was in effect.

allegedly delivered to Wal-Mart for deliveries of Product occurring before the Petition Date. Powermate is not seeking a jury trial in the Delaware Lawsuit.

8.     As provided by the summons signed by the Deputy Prothonotary of New Castle County, the Delaware Lawsuit complaint was served on Wal-Mart on June 12, 2008.

## REVOVABILITY

9.     Wal-Mart may remove the Delaware Lawsuit to this Court pursuant to 28 U.S.C. § 1452. Section 1452 states that "a party may remove any claim or cause of action in a civil action . . . to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." 28 U.S.C. § 1452. The district court in the District of Delaware has jurisdiction over the Delaware Lawsuit as a "core proceeding" "arising under" or "arising in" the Powermate Bankruptcy Case. 28 U.S.C. § 1334(a).

10.     The Delaware Lawsuit, constitutes a core proceeding over which the bankruptcy court has subject matter jurisdiction. Section 157(b)(2) of title 28 of the United States Code provides a non-exclusive list of core proceedings. Applicable examples include:

(A)     matters concerning the administration of the estate;

(B)     allowance or disallowance of claims against the estate or exemptions from property of the estate, and estimate of claims or interests for the purposes of confirming a plan under chapter 11, 12, or 13 of title 11 but not the liquidation . . .

(E)     orders to turn over property of the estate;

(O)     other proceedings affecting the liquidation of assets of the estate or the adjustment of the debtor-creditor or the equity security holder relationship . . . .

28 U.S.C. 157(b)(2).

11.     Pursuant to the Supplier Agreement, Wal-Mart is entitled to indemnification from Powermate, including attorneys' fees, for losses incurred by Wal-Mart related to the sale of

Powermate's Product. This right to indemnification includes, but is not limited to, any damages and attorneys' fees incurred by Wal-Mart as a result of the Massachusetts Lawsuit. In addition, the Supplier Agreement provides Wal-Mart certain remedies including, but not limited to, the right to a full refund for Products that are returned to Wal-Mart by its customers. Therefore, any claim brought by Powermate is subject to setoff and/or recoupment for the costs incurred by Wal-Mart related to the sale of the Products.

12.     The adjudication of the setoff and/or recoupment rights is a matter that will affect the administration of Powermate's bankruptcy estate. Furthermore, any setoff rights that Wal-Mart may have will require the application of § 553 of the Bankruptcy Code. While § 553 does not create a right of setoff, the existence of both pre-petition and post-petition invoices raises setoff principles that are unique to bankruptcy.[4] In addition, if the claims by Powermate against Wal-Mart are less than the claims by Wal-Mart against Powermate (which Wal-Mart believes is the case), adjudication of the Delaware Lawsuit will have a direct effect on the amount of the claim that Wal-Mart will file in Powermate's Bankruptcy Case. Finally, a portion of Wal-Mart's claims against Powermate are contingent claims. In that case, the Bankruptcy Court may be required to estimate the amount of the claims under Bankruptcy Code § 502(c)(2). These issues fall squarely within the core jurisdictional parameters of 28 U.S.C. § 157(b)(2). See also In re Hughes-Bechtol, Inc., No. 3-88-02492, 1989 WL 222726, *12 (Bankr. S.D. Ohio Oct. 6, 1989) (holding that an action involving allegations of setoff was a core proceeding because the state court action "would directly affect, in whole or in part, the determination of the . . . parties' claim to a share in the distribution of the assets of this debtor's estate and result in the restructuring of

---

[4] While the Delaware Lawsuit refers only to pre-petition invoices, upon information and belief, post-petition invoices remain pending and unpaid.

the debtor-creditor relationship among these parties.  Determinations such as these are at the core of federal bankruptcy power.") (internal quotation marks deleted).

13.    Even if this Court determines that the issues raised by the Delaware Lawsuit are not core proceedings arising under or arising in the Powermate Bankruptcy Case, the issues clearly are "related to" the Powermate Bankruptcy Case.  Bankruptcy Courts have non-exclusive jurisdiction over matters that relate to a case pending under the Bankruptcy Code.  28 U.S.C. § 1334(b).  A proceeding is related to a bankruptcy case "if the outcome of that proceeding could conceivably have an effect on the estate being administered in bankruptcy."  Stoe v. Flaherty, 436 F.3d 209, 216 (3d Cir. 2006) (quoting In re Pacor, Inc. v. Higgins, 743 F.2d 984, 994 (3d Cir. 1994)).  The standard under this test is broadly applied as provided by the Pacor court:

> [T]he proceeding need not necessarily be against the debtor or against the debtor's property.  An action is related to bankruptcy if the outcome would alter the debtor's rights, liabilities, options, or freedom of action (either positively or negatively) and which in any way impacts upon the handling and administration of the bankruptcy estate.

In re Pacor, Inc., 743 F.2d at 994.  Under this standard, jurisdiction lies for removal of the Delaware Lawsuit and Wal-Mart consents to entry of final orders and judgments by the bankruptcy judge.

14.    This Notice is timely filed pursuant to Rule 9027(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

15.    Concurrently with filing this Notice, Wal-Mart has served a copy of this Notice on Powermate and filed a copy of this Notice with the Clerk of the State Court.

16.    Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027(a)(1), this Notice is accompanied by **Exhibit A** containing copies of all the pleadings and process that were filed in the above-styled and numbered action prior to its removal from the State Court.

**WHEREFORE**, Wal-Mart gives notice that, pursuant to 28 U.S.C. § 1452, the Delaware Court Lawsuit is hereby removed to this Court from the State Court.

Dated:  Wilmington, Delaware
        July 14, 2008.

                              Respectfully Submitted,

                              POTTER ANDERSON & CORROON LLP
                              Laurie Selber Siverstein (No. 2396)
                              Jaime Luton White (No. 4936)
                              1313 N. Market Street, 7th Floor
                              Wilmington, Delaware 19899
                              Telephone: (302) 984-6000
                              Fax: (302) 658-1192

                                     -and-


                              HAYNES AND BOONE, LLP
                              Scott Everett
                              Jason Binford
                              901 Main Street, Suite 3100
                              Dallas, Texas 75202
                              Telephone:  (214) 651-5000
                              Facsimile:  (214) 651-5940

                              *Counsel to Wal-Mart Stores, Inc.*

# EXHIBIT A

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
06/17/2008
CT Log Number 513536781

|||||| |||||||| ||||||| |||||| ||||| |||||| ||||| |||||||| ||||| ||||||

| TO: | Kim Lundy |
| | Wal-Mart Stores, Inc. |
| | 702 SW 8th Street |
| | Bentonville, AR 72716 |

**RE:**   **Process Served in Delaware**

**FOR:**   Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Powermate Corporation, etc., Pltf. vs. Wal-Mart Stores, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Information Statement, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | New Castle County: Superior Court, DE |
| | Case # 08C-05-201 |
| **NATURE OF ACTION:** | Monies Due and Owing - Materials Rendered - Seeking $244,946.06 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/17/2008 at 11:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Curtis J. Crowther, Esquire |
| | Young, Conaway, Stargatt & Taylor, LLP |
| | 17th Floor, The Brandywine Building |
| | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |
| | 302-571-6713 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex Priority Overnight , 790035786761 |
| | Image SOP - Page(s): 2 |
| | Email Notification, Melanie McGrath-CT East |
| | CLS-VerificationEast@wolterskluwer.com |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Scott LaScala |
| **ADDRESS:** | 1209 Orange Street |
| | Wilmington, DE 19801 |
| **TELEPHONE:** | 302-658-7581 |

RECEIVED

JUN 1 8 2008

Page 1 of 1 / JW

Legal Intake By: _____

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal opinion
as to the nature of action, the amount of damages, the answer date,
or any information contained in the documents themselves.
Recipient is responsible for interpreting said documents and for
taking appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

EFiled: May 27 2008  4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| POWERMATE CORPORATION | ) | |
| f/k/a COLEMAN POWERMATE, INC., | ) | |
| a Nebraska corporation, | ) | C.A. No. _____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| a Delaware corporation, individually and | ) | |
| d/b/a SAM'S CLUB, | ) | |
| Defendant. | ) | |

IN SHERIFF'S HANDS
NEW CASTLE COUNTY
2008 JUN 13  PM 3: 06

## SUMMONS

**THE STATE OF DELAWARE**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**

**YOU ARE COMMANDED:**

To summon the above-named defendant, WAL-MART STORES, INC.,
individually and d/b/a SAM'S CLUB, so that, within 20 days after service hereof upon
defendant, exclusive of the day of service, defendant shall serve upon Curtis J. Crowther, Esquire
and Monté T. Squire, Esquire, plaintiff's attorneys, whose address is Young, Conaway, Stargatt
& Taylor, LLP, 17th Floor, The Brandywine Building, P.O. Box 391, Wilmington, Delaware,
19899-0391, an answer to the complaint (and, if an affidavit of demand has been filed, an
affidavit of defense).

To serve upon defendant a copy hereof and of the complaint and of the affidavit
of demand, if any has been filed by plaintiff.

SHARON D. AGNEW
Prothonotary

Per Deputy

Dated: 6/12/08

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of
the day of service, to serve upon plaintiff's attorney named above an answer to the complaint

and, if an affidavit of demand has been filed, an affidavit of defense, judgment by default will be rendered against you for the relief demanded in the complaint or in the affidavit of demand, if any.

SHARON D. AGNEW

Prothonotary

Per Deputy

2

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

EFiled: May 27 2008 4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

| COUNTY: | N  K  S | CIVIL ACTION NUMBER: | |
|---|---|---|---|

Civil Case Code: CDBT          Civil Case Type: Debt/Breach of Contract

(See Reverse Side For Code And Type)

| CAPTION: | NAME AND STATUS OF PARTY FILING DOCUMENT: |
|---|---|
| POWERMATE CORPORATION f/k/a COLEMAN POWERMATE, INC., a Nebraska corporation, <br><br>Plaintiff, <br><br>v. <br><br>WAL-MART STORES, INC., a Delaware corporation, individually and d/b/a SAM'S CLUB, <br><br>Defendant. | Powermate Corporation, Plaintiff <br><br> DOCUMENT TYPE: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM) <br><br> Complaint, Praecipe, Summons <br> NON-ARBITRATION ☐          eFILE ☒ <br> (CERTIFICATE OF VALUE MAY BE REQUIRED) <br><br> ARBITRATION ☐   MEDIATION ☒   NEUTRAL ASSESSMENT ☐ <br> DEFENDANT (CIRCLE ONE)    **ACCEPT    REJECT** <br> JURY DEMAND    YES ☐    No ☒ <br> TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE) <br><br> EXPEDITED    STANDARD    COMPLEX |
| ATTORNEY NAME(S): <br> Curtis J. Crowther, Esquire <br> Monté T. Squire, Esquire <br><br> ATTORNEY ID(S): <br> No. 3238 <br> No. 4764 <br><br> FIRM NAME: <br> Young Conaway Stargatt & Taylor, LLP <br><br> ADDRESS: <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 <br> P.O. Box 391 <br> Wilmington, Delaware 19899-0391 | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS |
| | EXPLAIN THE RELATIONSHIP(S): |
| TELEPHONE NUMBER: <br> (302) 571-6713 <br><br> FAX NUMBER: <br> (302) 576-3515 | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| E-MAIL ADDRESS: <br> ccrowther@ycst.com <br> msquire@ycst.com | |
| | (IF ADDITIONAL SPACE IS NEEDED PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR THE SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9/2003

EFiled: May 27 2008 4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| POWERMATE CORPORATION f/k/a COLEMAN POWERMATE, INC., a Nebraska corporation, | ) ) ) | |
| | ) | C.A. No. |
| Plaintiff, | ) ) | |
| | ) | |
| v. | ) ) | **PURSUANT TO 10 *DEL. C.* § 3901** |
| WAL-MART STORES, INC., a Delaware corporation, individually and d/b/a SAM'S CLUB, | ) ) ) ) | **ALLEGATIONS OF THE COMPLAINT MUST BE ANSWERED BY AFFIDAVIT** |
| | ) | |
| Defendant. | ) | |

**ALL ALLEGATIONS OF THE COMPLAINT MUST BE
ANSWERED BY AFFIDAVIT PURSUANT TO 10 DEL. C. § 3901**

**COMPLAINT**

Plaintiff, Powermate Corporation f/k/a Coleman Powermate, Inc. ("Powermate"),

by and through its undersigned counsel, brings this action against defendant, Wal-Mart Stores,

Inc. ("Wal-Mart") individually and d/b/a Sam's Club (hereinafter collectively referred to as

"Defendant"). In support thereof, Powermate avers as follows:

1.  Plaintiff, Powermate, is a foreign corporation organized under the laws of

the State of Nebraska, with its principal place of business located at 3901 Liberty Street, Aurora,

Illinois 60504.

2.  Prior to voluntarily filing for chapter 11 bankruptcy on March 17, 2008,

Powermate was one of the world's leading manufacturers of portable and standby electric

generators, air compressors, air tools, pressure washers and accessories.

3.  Defendant, Wal-Mart Stores, Inc., is a Delaware corporation with its

principal offices in Bentonville, Arkansas.

4.      Defendant, Wal-Mart Stores, Inc., operates a wholly-owned subsidiary, division, segment or unit known as "Sam's Club" and transacts business under such name. At all times relevant hereto, Defendant Wal-Mart Stores, Inc. transacted business for itself and doing business as "Sam's Club."

5.      Defendant may be served with process by serving its registered agent: The Corporation Trust Company at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

6.      Powermate and the Defendant entered into a business relationship, wherein Powermate sold and delivered certain goods to Defendant for resale by Defendant in Defendant's retail stores and warehouse clubs. The sale of these goods by Powermate to Defendant was done "on credit," whereby invoices (the "Invoices") were presented to Defendant for payment in accordance with the invoice due dates. Copies of the Invoices are attached hereto and made a part hereof as Exhibit A.

7.      The goods represented by the Invoices were received by and accepted by Defendant.

8.      Defendant has failed and/or refused to pay the Invoices to Powermate.

9.      The total amount due to Powermate for the sale of such goods to Defendant is $244,946.06 and said amount remains unpaid. A true and accurate copy of Powermate's Invoice Summary totaling $244,946.06 is attached hereto and made a part hereof as Exhibit B.

2

## COUNT I

### (Debt Action)

10.    Powermate incorporates paragraphs 1 through 9 of this Complaint as though fully set forth herein.

11.    In the ordinary course of business, Powermate maintained a written record of the goods that it delivered to Defendant and the cost and due date for payment of such goods, to-wit:  the Invoice Summary and Invoices.

12.    The Invoices total $244,946.06 (the "Unpaid Amount") for Powermate's goods that were delivered to, and accepted by, Defendant, but for which Defendant has failed to remit payment, despite demand.

13.    Defendant is indebted to Powermate for the sum of $244,946.06 together with pre and post-judgment interest.

## COUNT TWO

### (Quantum Meruit)

14.    Powermate incorporates paragraphs 1 through 13 of this Complaint as though fully set forth herein.

15.    Powermate provided Defendant valuable goods over the course of the parties' relationship.

16.    Defendant was provided, and accepted, these goods pursuant to the parties' understanding in the course of their ongoing business relationship, and as evidenced by the Invoices.

17.    Defendant had reasonable notice that Powermate expected compensation for the goods.

3

18.     As a result, Defendant has benefited by Powermate's delivery of goods offered for retail sale by Defendant in an amount not less than $244,946.06.

## COUNT THREE

(Unjust Enrichment)

19.     Powermate incorporates paragraphs 1 through 18 of this Complaint as though fully set forth herein.

20.     Beginning no later than February 2008 and continuing through March 2008, Powermate provided goods at Defendant's request and with Defendant's knowledge and approval.

21.     The fair and reasonable value of the goods that Powermate sold and/or delivered to Defendant is $244,946.06.

22.     Defendant knowingly derived a benefit from the purchase of such goods, especially given that, upon information or belief, Defendant was able to resell such goods to its retail customers at a price substantially higher than the price that was to be paid to Powermate for such goods.

23.     Although Powermate has demanded payment for the goods, Defendant has failed to pay Powermate.

24.     If Defendant is not required to pay Powermate the full amount of $244,946.06, Defendant will be unjustly enriched.

4

WHEREFORE, Powermate demands:  (a) judgment in its favor and against Defendant in the amount of $244,946.06; (b) an award of interest, both pre and post-judgment on the $244,946.06 at the legal rate, accruing since the respective dates of the outstanding invoices owed by Defendant; (d) costs, and (e) such other relief the Court deems just and appropriate.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Curtis J. Crowther (No. 3238)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
Telephone:  (302) 571-6600
Fax:  (302) 571-1253
ccrowther@ycst.com
msquire@ycst.com

Dated:  May 27, 2008                     *Attorneys for Powermate Corporation*

5

EFiled: May 27 2008  4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

# Exhibit A

```
                                    ** EDI        INVOICE        1
                                ** REPRINT
                                                                    2/11/08

                                                                    072251
        WAL-MART DC 6040A-ASM DIS
        1010 PRODUCTION DRIVE                                       6651675
        364935110
        HOPE MILLS, NC  28348                                       3299833



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


1201927803              2/11/08    1% 45 DAYS            00    USD   Prepaid


        NO PRETICKET
        =========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===============================
        =========================================
        ===============================
        =========================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        MUST ARRIVE BY 03/11/04

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      30.000    30.000    .000  EA       1.47        44.10
            NO PRETICKET
            =====================================
            ===========================
            TRUCK# 01 FOR 364935110
            ===========================
                Continued
```

```
                                    ** EDI        INVOICE     2
                                 ** REPRINT
                                                                    2/11/08

                                                                    072251

          WAL-MART DC 6040A-ASM DIS                                 6651675
          1010 PRODUCTION DRIVE
          364935110                                                 3299833
          HOPE MILLS, NC  28348



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002
```

| 1201927803 | 2/11/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0347 |

```
          ==================================
          ==========================
          ================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 44.10 | .00 | .00 | .00 | | 44.10 |

```
                    INVOICE TOTAL     44.10                    2/11/08

                                                              072251
                 Powermate Corporation
                 P.O. Box 930229                              6651675
                 Atlanta, GA 31193-0229
                                                              3299833
```

```
                                      ** EDI      INVOICE      1
                                   ** REPRINT
                                                                         2/14/08

                                                                         072251
          WAL-MART DC 6031A-ASM DIS
          23701 WEST SOUTHERN AVE                                        6653403
          364935110
          BUCKEYE, AZ  85326                                             3300590




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                   69
          BENTONVILLE, AR  72716-8002



6801907985              2/14/08     1% 45 DAYS          00      USD   Prepaid



          NO PRETICKET
          =========================================
          ==========================
          TRUCK# 01 FOR 364935110
          ==============================
          ==================================
          ====================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
          MUST DELIVER BY

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000    .000  EA      1.47      17.64
          NO PRETICKET
          ======================================
          ==========================
          TRUCK# 01 FOR 364935110
          ==========================
              Continued
```

```
                                          ** EDI        INVOICE      2
                                     ** REPRINT
                                                                    2/14/08

                                                                    072251

              WAL-MART DC 6031A-ASM DIS
              23701 WEST SOUTHERN AVE                               6653403
              364935110
              BUCKEYE, AZ  85326                                    3300590



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


6801907985              2/14/08      1% 45 DAYS        00     USD   Prepaid        1Z66542W0346


              =======================================
              ============================
              =======================================
              ==========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 17.64 | .00 | .00 | .00 | 17.64 |

```
                           INVOICE TOTAL      17.64                 2/14/08

                                                                    072251
                           Powermate Corporation
                           P.O. Box 930229                          6653403
                           Atlanta, GA 31193-0229
                                                                    3300590
```

```
                                        ** EDI      INVOICE      1
                                     ** REPRINT
                                                                      2/21/08

                                                                      072251
         WAL-MART DC 6031A-ASM DIS
         23701 WEST SOUTHERN AVE                                      6655301
         364935110
         BUCKEYE, AZ  85326                                           3301831



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                 69
         BENTONVILLE, AR  72716-8002


6801908187           2/21/08      1% 45 DAYS          00     USD    Prepaid


         NO PRETICKET
         ==================================
         ==================================
         TRUCK# 01 FOR 364935110
         ==================================
         ==================================
         ==================================
         ==================================
         ==================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==================================
         MUST DELIVER BY

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000      6.000    .000  EA      1.47       8.82
            NO PRETICKET
            ==================================
            ==========================
            TRUCK# 01 FOR 364935110
            ==========================
                Continued
```

```
                                        ** EDI        INVOICE        2
                                   ** REPRINT
                                                                        2/21/08

                                                                        072251
            WAL-MART DC 6031A-ASM DIS
            23701 WEST SOUTHERN AVE                                     6655301
            364935110
            BUCKEYE, AZ  85326                                          3301831



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002
```

```
6801908187          2/21/08      1% 45 DAYS      00     USD    Prepaid        1Z66542W0347
```

```
            ======================================
            ===========================
            ======================================
            =========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

```
                         GST                                       INVOICE TOTAL
  8.82              .00               .00                .00                8.82
```

```
                    INVOICE TOTAL        8.82                      2/21/08

                                                                  072251
                    Powermate Corporation
                    P.O. Box 930229                                6655301
                    Atlanta, GA 31193-0229
                                                                  3301831
```

```
                                        ** EDI      INVOICE      1
                                   ** REPRINT
                                                                    2/21/08

                                                                   072251
           WAL-MART DC 6016A-ASM DIS
           3920 IH 35 NORTH                                        6655302
           364935110
           NEW BRAUNFELS, TX  78130                                3301834



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                    69
           BENTONVILLE, AR  72716-8002


 7901898719              2/21/08      1% 45 DAYS         00     USD    Prepaid


           NO PRETICKET
           ===============================
           =========================
           TRUCK# 01 FOR 364935110
           ===============================
           =========================
           ===============================
           =========================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ===============================
           must arrive by

 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK     6.000    6.000    .000 EA      1.47      8.82
            NO PRETICKET
            ===============================
            =========================
            TRUCK# 01 FOR 364935110
            =========================
                 Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                    2/21/08

                                                                    072251
        WAL-MART DC 6016A-ASM DIS
        3920 IH 35 NORTH                                            6655302
        364935110
        NEW BRAUNFELS, TX  78130                                    3301834



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

7901898719              2/21/08        1% 45 DAYS        00     USD    Prepaid          1Z66542W0348

```
        ==================================
        ===========================
        =================================
        ==================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

```
                            GST                                INVOICE TOTAL
  8.82              .00                    .00                    .00                    8.82

                        INVOICE TOTAL      8.82                         2/21/08

                    Powermate Corporation                            072251
                    P.O. Box 930229
                    Atlanta, GA 31193-0229                           6655302

                                                                     3301834
```

```
                                         ** EDI      INVOICE      1
                                       ** REPRINT
                                                                      2/21/08

                                                                      072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                           6655304
        364935110
        PORTERVILLE, CA  93257                                        3301832



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                  69
        BENTONVILLE, AR  72716-8002


6951917862              2/21/08      1½ 45 DAYS         00      USD   Prepaid


        NO PRETICKET
        ==========================================
        ==================================
        TRUCK# 01 FOR 364935110
        ===================================
        ==============================================
        ====================================
        ======================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000   .000  EA      1.47      17.64
        NO PRETICKET
        =======================================
        =================================
        TRUCK# 01 FOR 364935110
        ===================================
        =====================================
            Continued
```

```
                                          ** EDI        INVOICE      2
                                   ** REPRINT
                                                                        2/21/08

                                                                     072251
            WAL-MART DC 6021A-ASM DIS
            1005 SOUTH H STREET
            364935110                                                6655304
            PORTERVILLE, CA  93257
                                                                     3301832


            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


6951917862            2/21/08      1½ 45 DAYS        00      USD    Prepaid          1266542W0346


         ============================
         ==================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================
```

                                    GST                                 INVOICE TOTAL
        17.64              .00                 .00              .00              17.64


                              INVOICE TOTAL      17.64                    2/21/08

                                                                      072251
                          Powermate Corporation
                          P.O. Box 930229                             6655304
                          Atlanta, GA 31193-0229
                                                                      3301832

```
                                        ** EDI        INVOICE        1
                                    ** REPRINT
                                                                      2/21/08

                                                            072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                              6655305
        364935110
        SEALY, TX  77474                                    3301830


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


 5951879752          2/21/08      1% 45 DAYS          00    USD   Prepaid


        NO PRETICKET
        ==========================================
        ==============================
        TRUCK#  01 FOR 364935110
        ==============================
        ===================================
        ==============================
        ===================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000   6.000     .000  EA      1.47        8.82
        NO PRETICKET
        ===================================
        ==============================
        TRUCK#  01 FOR 364935110
        ===================================
        ===================================
           Continued
```

** EDI        INVOICE        2
** REPRINT

2/21/08

072251

WAL-MART DC 7036A-ASM DIS
2226 FM 3013 SUITE 110                                          6655305
364935110
SEALY, TX  77474                                               3301830


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


5951879752          2/21/08      1% 45 DAYS          00      USD    Prepaid              1Z66542W0348


=========================
=================================
=========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==============================


                              GST                                        INVOICE TOTAL
    8.82              .00              .00              .00                      8.82


                      INVOICE TOTAL      8.82                        2/21/08

                                                                    072251
                  Powermate Corporation
                  P.O. Box 930229                                   6655305
                  Atlanta, GA 31193-0229
                                                                    3301830

```
                                              ** EDI        INVOICE        1
                                          ** REPRINT

                                                                              2/21/08

                                                                            072251

          WAL-MART DC 6037A-ASM DIS
          2650 HWY 395 SOUTH                                                6655312
          364935110
          HERMISTON, OR  97838                                             3301826



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002



  3151899053              2/21/08      1% 45 DAYS           00     USD   Prepaid



          NO PRETICKET
          ================================
          ==============================
          TRUCK#  01 FOR 364935110
          ================================
          ================================
          ================================
          ================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ============================
          must arrive by

  PA0650074    OIL GEN 1 QT SAE 30 SIX PACK     24.000    24.000     .000  EA       1.47        35.28
               NO PRETICKET
               ================================
               ========================
               TRUCK#  01 FOR 364935110
               ================================
                   Continued
```

```
                                              ** EDI        INVOICE      2
                                         ** REPRINT
                                                                         2/21/08

                                                                         072251
            WAL-MART DC 6037A-ASM DIS
            2650 HWY 395 SOUTH                                           6655312
            364935110
            HERMISTON, OR  97838                                         3301826



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


3151899053              2/21/08      1% 45 DAYS        00    USD  Prepaid          1Z66542N0346


          ========================================
          ======================================
          ======================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==================================




                              GST                                 INVOICE TOTAL

   . 35.28             .00              .00              .00              35.28


                        INVOICE TOTAL      35.28                   2/21/08

                                                                  072251
                      Powermate Corporation
                      P.O. Box 930229                             6655312
                      Atlanta, GA 31193-0229
                                                                  3301826
```

```
                                        ** EDI        INVOICE      1
                                      ** REPRINT
                                                                        2/22/08

                                                                        072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                                   6655578
        364935110
        BENTONVILLE, AR  72712                                          3302081




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002


 1251918832            2/22/08      1% 45 DAYS           00      USD    Prepaid


        NO PRETICKET
        ======================================
        ===========================
        TRUCK# 01 FOR 364935110
        =================================
        ======================================
        ==========================
        ======================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        MUST ARRIVE BY 03/06

 PA065D074   OIL GEN 1 QT SAE 30 SIX PACK        6.000     6.000      .000 EA        1.47       8.82
        NO PRETICKET
        ======================================
        =========================
        TRUCK# 01 FOR 364935110
        ===============================
             Continued
```

```
                                          ** EDI        INVOICE        2
                                      ** REPRINT
                                                                     2/22/08

                                                                     072251
          WAL-MART DC 6094A-ASM DIS
          5841 SW REGIONAL AIRPORT BLVD                              6655578
          364935110
          BENTONVILLE, AR  72712                                     3302081



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


1251918832           2/22/08      1% 45 DAYS        00    USD   Prepaid        1Z66542N0347


         ============================================
         =================================
         ============================================
         =========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                        INVOICE TOTAL      8.82                2/22/08

                                                              072251
                   Powermate Corporation
                   P.O. Box 930229                            6655578
                   Atlanta, GA 31193-0229
                                                              3302081
```

```
                                        ** EDI        INVOICE        1
                                   ** REPRINT
                                                                          3/17/08

                                                                          071881

        SAMS DISTRIBUTION CENTER 6499
        140 NORTH FLEET DRIVE                                             6661933
        364935630
        VILLA RICA, GA  30180                                            3304382



        SAM'S WHOLESALE CORP HDQTRS
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
        045129152
        BENTONVILLE, AR  72716-8002


  6499631609              3/17/08     1% 20 Days  Net        00     USD    Prepaid


        NO PRETICKET
        PALLETIZED VENDOR

  PWC863000    PRESS WASH BLACK MAX 3000        248.000   248.000    .000  EA      369.18      91556.64
               NO PRETICKET
               PALLETIZED VENDOR
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 91556.64 | .00 | .00 | .00 | 91556.64 |

```
                        INVOICE TOTAL      91556.64                      3/17/08

                                                                          071881
                        Powermate Corporation
                        P.O. Box 930229                                  6661933
                        Atlanta, GA 31193-0229
                                                                          3304382
```

```
                                          ** EDI        INVOICE      1
                                        ** REPRINT
                                                                            2/25/08

                                                                            072251
            WAL-MART DC 7034A-ASM DIS
            4860 WHEATLEYS POND ROAD                                        6656247
            364935110
            SMYRNA, DE  19977                                               3302351




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


 2901908324             2/25/08     1% 45 DAYS           00     USD   Prepaid


            NO PRETICKET
            =====================================
            ===============================
            TRUCK# 01 FOR 364935110
            ===================================
            =====================================
            =============================
            =====================================
            ===========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================

 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK        6.000   6.000     .000 EA      1.47       8.82
            NO PRETICKET
            ===================================
            ===============================
            TRUCK# 01 FOR 364935110
            ===============================
            =====================================
                Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                        2/25/08

                                                                        072251
       WAL-MART DC 7034A-ASM DIS
       4860 WHEATLEYS POND ROAD                                         6656247
       364935110
       SMYRNA, DE  19977                                                3302351



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
          ·    69
       BENTONVILLE, AR  72716-8002


 2901908324           2/25/08        1% 45 DAYS         00    USD   Prepaid          1266542W0347


       =========================
       ===================================
       =========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                          INVOICE TOTAL       8.82
                                                              2/25/08

                                                              072251
                      Powermate Corporation
                      P.O. Box 930229                         6656247
                      Atlanta, GA 31193-0229
                                                              3302351
```

```
                                          ** EDI        INVOICE       1
                                       ** REPRINT
                                                                            2/27/08

                                                                           072251
          WAL-MART DC 6017A-ASM DIS
          2108 EAST TIPTON STREET                                          6657322
          364935110
          SEYMOUR, IN  47274                                               3302851



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


2151908951              2/27/08      1% 45 DAYS          00     USD    Prepaid


          NO PRETICKET
          ===================================
          =================================
          TRUCK# 01 FOR 364935110
          =================================
          ===================================
          =========================
          ===================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===================================

PA0650074 OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000     .000  EA       1.47        8.82
          NO PRETICKET
          ===================================
          =================================
          TRUCK# 01 FOR 364935110
          =================================
          ===================================
              Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                  2/27/08

                                                                  072251
        WAL-MART DC 6017A-ASM DIS
        2108 EAST TIPTON STREET                                   6657322
        364935110
        SEYMOUR, IN  47274                                        3302851




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002
```

| 2151908951 | 2/27/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1266542W0348 |

```
        ================================
        =======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 |  | 8.82 |

```
                        INVOICE TOTAL      8.82                2/27/08

                                                               072251
                        Powermate Corporation
                        P.O. Box 930229                        6657322
                        Atlanta, GA 31193-0229
                                                               3302851
```

```
                                              ** EDI        INVOICE      1
                                          ** REPRINT
                                                                             2/28/08

                                                                             072251
            WAL-MART DC 6035A-ASM DIS
            3220 NEVADA TERRACE                                              6657943
            364935110
            OTTAWA, KS  66067                                                3303385



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


 3751889839              2/28/08      1% 45 DAYS          00      USD   Prepaid


            NO PRETICKET
            =========================================
            =============================
            TRUCK# 01 FOR 364935110
            ================================
            =================================
            ===========================
            ========================================
            ===========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================
            MUST DELIVER BY 03/04/04

 PM0105000  GEN POWERMATE 5000            3.000    3.000     .000  EA      417.89         1253.67
            NO PRETICKET
            =================================
            ==========================
            TRUCK# 01 FOR 364935110
            ==============================
                 Continued
```

```
                                          ** EDI       INVOICE      2
                                      ** REPRINT
                                                                         2/28/08

                                                                         072251
          WAL-MART DC 6035A-ASM DIS
          3220 NEVADA TERRACE                                            6657943
          364935110
          OTTAWA, KS  66067                                              3303385



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


3751889839          2/28/08      1% 45 DAYS        00    USD   Prepaid       060465378X


        ===================================
        ==========================
        ==================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1253.67 | .00 | .00 | .00 | 1253.67 |

```
                          INVOICE TOTAL      1253.67             2/28/08

                                                                 072251
                        Powermate Corporation
                        P.O. Box 930229                          6657943
                        Atlanta, GA 31193-0229
                                                                 3303385
```

```
                                        ** EDI        INVOICE       1
                                   ** REPRINT
                                                                          2/28/08

                                                                          072251
        WAL-MART DC 6036A-ASM DIS
        14863 FM 645 UNIT A                                               6658005
        364935110
        PALESTINE, TX  75803                                              3303117



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


0601928311              2/28/08    1% 45 DAYS          00    USD   Prepaid


        NO PRETICKET
        ===================================
        ===============================
        TRUCK# 01 FOR 364935110
        ================================
        ===================================
        ===============================
        ===================================
        ==========================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       12.000   12.000    .000  EA      1.47        17.64
        NO PRETICKET
        ===================================
        ===============================
        TRUCK# 01 FOR 364935110
        ============================
        ===================================
            Continued
```

```
                                          ** EDI      INVOICE      2
                                      ** REPRINT
                                                                         2/28/08

                                                                         072251
         WAL-MART DC 6036A-ASM DIS
         14863 FM 645 UNIT A                                             6658005
         364935110
         PALESTINE, TX  75803                                            3303117



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
               69
         BENTONVILLE, AR  72716-8002


 0601928311              2/28/08      1% 45 DAYS        00    USD   Prepaid        1266542W0344


         ===========================
         ================================
         ==========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 17.64 | .00 | .00 | .00 | 17.64 |

```
                           INVOICE TOTAL      17.64                    2/28/08

                                                                      072251
                         Powermate Corporation
                         P.O. Box 930229                              6658005
                         Atlanta, GA 31193-0229
                                                                      3303117
```

```
                                        ** EDI        INVOICE       1
                                     ** REPRINT
                                                                        2/28/08

                                                                        072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                                          6658007
        364935110
        SEALY, TX  77474                                                3303123



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


5951879955              2/28/08     1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===========================================
        ====================*=========
        TRUCK# 01 FOR 364935110
        ===============================
        =======================================
        ==========================
        =================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       18.000   18.000    .000 EA        1.47      26.46
        NO PRETICKET
        ==================================
        =========================
        TRUCK# 01 FOR 364935110
        ================================
        =================================
            Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                      2/28/08

                                                                      072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                                        6658007
        364935110
        SEALY, TX  77474                                              3303123




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

```
5951879955          2/28/08      1% 45 DAYS          00     USD   Prepaid          1Z66542W0348
```

```
        =========================
        ===================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

```
                        GST                                   INVOICE TOTAL

26.46               .00              .00                 .00              26.46
```

```
                INVOICE TOTAL      26.46                  2/28/08

                                                         072251
        Powermate Corporation
        P.O. Box 930229                                  6658007
        Atlanta, GA 31193-0229
                                                         3303123
```

```
                                        ** EDI        INVOICE      1
                                  ** REPRINT
                                                                        2/28/08

                                                                     072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                          6658008
        364935110
        PORTERVILLE, CA  93257                                       3303125



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


 6951918068            2/28/08      1% 45 DAYS        00    USD   Prepaid


        NO PRETICKET
        ============================================
        ================================
        TRUCK# 01 FOR 364935110
        =======================================
        ==========================================
        ==========================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      24.000   24.000    .000  EA      1.47      35.28
        NO PRETICKET
        ======================================
        ===========================
        TRUCK# 01 FOR 364935110
        ==============================
        =================================
             Continued
```

```
                                      ** EDI      INVOICE      2
                                   ** REPRINT
                                                                      2/28/08

                                                                      072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                           6658008
        364935110
        PORTERVILLE, CA  93257                                        3303125



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


6951918068          2/28/08     1% 45 DAYS       00    USD   Prepaid      1Z66542W0347


        ===================================
        ===================================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
```

|       |     | GST |     |     | INVOICE TOTAL |
|-------|-----|-----|-----|-----|---------------|
| 35.28 | .00 | .00 | .00 |     | 35.28         |

```
                    INVOICE TOTAL      35.28                    2/28/08

                                                               072251
                    Powermate Corporation
                    P.O. Box 930229                            6658008
                    Atlanta, GA 31193-0229
                                                               3303125
```

```
                                        ** EDI        INVOICE      1
                                   ** REPRINT
                                                                        2/28/08

                                                                        072251
        WAL-MART DC 6031A-ASM DIS
        23701 WEST SOUTHERN AVE                                         6658009
        364935110
        BUCKEYE, AZ  85326                                              3303124



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


6801908392          2/28/08      1% 45 DAYS           00      USD   Prepaid



        NO PRETICKET
        ======================================
        ===========================
        TRUCK# 01 FOR 364935110
        ======================================
        ===========================
        ======================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
        MUST DELIVER BY

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       18.000   18.000   .000  EA      1.47      26.46
        NO PRETICKET
        =================================
        =========================
        TRUCK# 01 FOR 364935110
        =================================
            Continued
```

** EDI          INVOICE          2
** REPRINT

2/28/08

072251

WAL-MART DC 6031A-ASM DIS
23701 WEST SOUTHERN AVE          6658009
364935110
BUCKEYE, AZ  85326          3303124


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
69
BENTONVILLE, AR  72716-8002


6801908392          2/28/08     1% 45 DAYS          00     USD     Prepaid          1Z66542W0346


=====================================
===========================
====================================
==========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==============================


|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 26.46 | .00 | .00 | .00 | 26.46 |


INVOICE TOTAL     26.46          2/28/08

072251

Powermate Corporation
P.O. Box 930229          6658009
Atlanta, GA 31193-0229
3303124

```
                                        ** EDI         INVOICE      1
                                   ** REPRINT
                                                                         2/28/08

                                                                     072251
        WAL-MART DC 6068A-ASM DIS
        221 LOIS RD                                                  6658011
        364935110
        SANGER, TX  76266                                            3303122



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              89
        BENTONVILLE, AR  72716-8002


  5401918358           2/28/08     1½ 45 DAYS         00      USD   Prepaid


        NO PRETICKET
        =======================================
        =============================
        TRUCK# 01 FOR 364935110
        ====================================
        ========================================
        ===========================
        =======================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
        cancel date

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000 EA      1.47       8.82
        NO PRETICKET
        =========================================
        =========================
        TRUCK# 01 FOR 364935110
        ==============================
             Continued
```

```
                                        ** EDI        INVOICE       2
                                    ** REPRINT
                                                                        2/28/08

                                                                        072251
        WAL-MART DC 6068A-ASM DIS
        221 LOIS RD                                                     6658011
        364935110
        SANGER, TX  76266                                               3303122



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


  5401918358          2/28/08     1% 45 DAYS       00    USD   Prepaid        1Z66542W0348


        =================================
        ===========================
        =================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                          INVOICE TOTAL        8.82
                                                                    2/28/08

                          Powermate Corporation                     072251
                          P.O. Box 930229
                          Atlanta, GA 31193-0229                     6658011

                                                                    3303122
```

```
                                          ** EDI       INVOICE      1
                                       ** REPRINT

                                                                        2/28/08

                                                              072251

           WAL-MART DC 6037A-ASM DIS
           2650 HWY 395 SOUTH                                 6658012
           364935110
           HERMISTON, OR  97838                               3303119



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                 59
           BENTONVILLE, AR  72716-8002



  3151899259              2/28/08      1½ 45 DAYS        00      USD    Prepaid



           NO PRETICKET
           ==========================================
           ================================
           TRUCK# 01 FOR 364935110
           ==========================================
           ==========================================
           ================================
           ==========================================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ================================
           must arrive by

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        6.000     6.000     .000  EA        1.47        8.82
             NO PRETICKET
             ==========================================
             =========================
             TRUCK# 01 FOR 364935110
             =========================
                 Continued
```

```
                                              ** EDI        INVOICE       2
                                        ** REPRINT
                                                                              2/28/08

                                                                              072251
        WAL-MART DC 6037A-ASM DIS
        2650 HWY 395 SOUTH                                                     6658012
        364935110
        HERMISTON, OR  97838                                                   3303119



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


  3151899259              2/28/08      1% 45 DAYS          00     USD  Prepaid        1Z66542W4860


        ==================================
        ===================================
        ==================================
        ==================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

|  | INVOICE TOTAL | 8.82 |  | 2/28/08 |
|---|---|---|---|---|

Powermate Corporation
P.O. Box 930229
Atlanta, GA 31193-0229

072251

6658012

3303119

```
                                          ** EDI      INVOICE      1
                                       ** REPRINT
                                                                      2/28/08

                                                                    072251
          WAL-MART DC 6016A-ASM DIS
          3920 IH 35 NORTH                                          6658013
          364935110
          NEW BRAUNFELS, TX  78130                                  3303126



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


7901898918              2/28/08      1% 45 DAYS        00    USD   Prepaid



          NO PRETICKET
          =====================================
          ===============================
          TRUCK# 01 FOR 364935110
          ==================================
          ==================================
          ============================
          ==================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===========================
          must arrive by

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000 EA    1.47     8.82
            NO PRETICKET
            ==================================
            =========================
            TRUCK# 01 FOR 364935110
            =========================
                Continued
```

```
                                        ** EDI        INVOICE      2
                                        ** REPRINT
                                                                        2/28/08

            WAL-MART DC 6016A-ASM DIS                                   072251
            3920 IH 35 NORTH
            364935110                                                   6658013
            NEW BRAUNFELS, TX  78130
                                                                       3303126



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


7901898918              2/28/08      1% 45 DAYS        00     USD   Prepaid          1Z66542W0347


        ==================================
        ============================
        ==============================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 |  | 8.82 |

```
                        INVOICE TOTAL        8.82
                                                                       2/28/08

                Powermate Corporation                                  072251
                P.O. Box 930229
                Atlanta, GA 31193-0229                                 6658013

                                                                       3303126
```

```
                                        ** EDI      INVOICE        1
                                     ** REPRINT
```

2/28/08

WAL-MART DC 6019A-ASM DIS                                         072251
7504 EAST CROSSROADS BOULEVARD
364935110                                                         6658026
LOVELAND, CO  80538
                                                                  3303121


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
       69
BENTONVILLE, AR  72716-8002


5301899001          2/28/08        1% 45 DAYS          00     USD    Prepaid


NO PRETICKET
=========================================
==============================
TRUCK# 01 FOR 364935110
==============================
==============================
================================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
================================

PM0105000   GEN POWERMATE 5000        1.000    1.000    .000  EA    417.89    417.89
            NO PRETICKET
            ==========================
            ========================
            TRUCK# 01 FOR 364935110
            ==========================
            ========================
                Continued
```

```
                                        ** EDI      INVOICE        2
                                      ** REPRINT
```

2/28/08

WAL-MART DC 6019A-ASM DIS                                          072251
7504 EAST CROSSROADS BOULEVARD
364935110                                                         6658026
LOVELAND, CO  80538
                                                                 3303121

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

5301899001          2/28/08    1% 45 DAYS        00    USD   Prepaid          00316234665

```
==========================
============================================
===========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==============================
```

GST

417.89              .00              .00              .00         INVOICE TOTAL
                                                                      417.89

              INVOICE TOTAL    417.89                            2/28/08

              Powermate Corporation                             072251
              P.O. Box 930229
              Atlanta, GA 31193-0229                            6658026

                                                                3303121

```
                                        ** EDI        INVOICE        1
                                    ** REPRINT

                                                                    2/28/08

          WAL-MART DC 7026A-ASM DIS                                 072251
          945 NORTH STATE ROAD 138
          364935110                                                 6658042
          GRANTSVILLE, UT  84029
                                                                    3303120



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


  3651908281            2/28/08     1% 45 DAYS           00    USD   Prepaid



          NO PRETICKET
          ==========================================
          ===================================
          TRUCK# 01 FOR 364935110
          ===================================
          =======================================
          ===============================
          =========================================
          ==============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==================================

PM0105000   GEN POWERMATE 5000               4.000   4.000   .000 EA   417.89   1671.56
            NO PRETICKET
            =====================================
            ===================================
            TRUCK# 01 FOR 364935110
            ===================================
            ==================================
                 Continued
```

** EDI        INVOICE        2
** REPRINT

2/28/08

WAL-MART DC 7026A-ASM DIS                                072251
945 NORTH STATE ROAD 138
364935110                                                6658042
GRANTSVILLE, UT  84029
                                                         3303120

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

3651908281          2/28/08    1% 45 DAYS        00    USD   Prepaid              0604655054

=========================
====================================
=======================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
===============================

                              GST                                        INVOICE TOTAL
1671.56              .00                 .00                 .00                  1671.56

                    INVOICE TOTAL     1671.56
                                                              2/28/08
                Powermate Corporation                         072251
                P.O. Box 930229
                Atlanta, GA 31193-0229                        6658042

                                                              3303120

```
                                    ** EDI        INVOICE       1
                                  ** REPRINT
```

3/06/08

WAL-MART 2197                                               072251
2016 MILLENIUM BLVD
CORTLAND, OH  44410                                         6659852

3304796

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
      69
BENTONVILLE, AR  72716-8002

0121970016            3/06/08     1½ 45 DAYS         00    USD    Prepaid

PM0105000    GEN POWERMATE 5000           8.000    8.000    .000  EA       417.89        3343.12

                              GST                                    INVOICE TOTAL

3343.12            .00              .00              .00                  3343.12

                   INVOICE TOTAL    3343.12                           3/06/08

                   Powermate Corporation                             072251
                   P.O. Box 930229
                   Atlanta, GA 31193-0229                            6659852

                                                                    3304796

```
                                          ** EDI        INVOICE      1
                                        ** REPRINT
                                                                              3/06/08

                                                                            072251

        WAL-MART DC 6037A-ASM DIS                                          6659902
        2650 HWY 395 SOUTH
        364935110                                                          3304390
        HERMISTON, OR  97838



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


3151899465              3/06/08    1½ 45 DAYS           00     USD   Prepaid


        NO PRETICKET
        =========================================
        ====================================
        TRUCK#  01 FOR 364935110
        =======================================
        =========================================
        ============================
        =========================================
        =======================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        must arrive by

PA0650074    OIL GEN 1 QT SAE 30 SIX PACK       6.000    6.000     .000  EA       1.47        8.82
PM0105000    GEN POWERMATE 5000                 3.000    3.000     .000  EA     417.89     1253.67
        NO PRETICKET
        =========================================
        ========================
        TRUCK#  01 FOR 364935110
             Continued
```

```
                                        ** EDI      INVOICE      2
                                 ** REPRINT
                                                                    3/06/08

                                                                    072251

        WAL-MART DC 6037A-ASM DIS                                   6659902
        2650 HWY 395 SOUTH
        364935110
        HERMISTON, OR  97838                                        3304390




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

3151899465          3/06/08    1% 45 DAYS        00    USD   Prepaid        0604658033

```
        =================================
        ====================================================
        ================================
        ====================================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|              |              | GST          |              | INVOICE TOTAL |
|--------------|--------------|--------------|--------------|---------------|
| 1262.49      | .00          | .00          | .00          | 1262.49       |

|              | INVOICE TOTAL | 1262.49     |              | 3/06/08       |
|--------------|---------------|-------------|--------------|---------------|
|              |               |             |              | 072251        |
|              | Powermate Corporation |     |              | 6659902       |
|              | P.O. Box 930229 |           |              |               |
|              | Atlanta, GA 31193-0229 |    |              | 3304390       |

```
                                        ** EDI       INVOICE      1
                                     ** REPRINT
                                                                        3/06/08

                                                                        072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                                          6659907
        364935110
        SEALY, TX  77474                                                3304392



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


4706860156              3/06/08      1% 45 DAYS           00      USD   Prepaid


        NO PRETICKET
        ================================
        ================================
        TRUCK#  01 FOR 364935110
        ================================
        ================================
        ================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000    .000 EA       1.47       17.64
        NO PRETICKET
        ================================
        ================================
        TRUCK#  01 FOR 364935110
        ================================
        ================================
             Continued
```

```
                                        ** EDI      INVOICE      2
                                     ** REPRINT
                                                                        3/06/08

                                                                        072251

        WAL-MART DC 7036A-ASM DIS                                       6659907
        2226 FM 3013 SUITE 110
        364935110                                                       3304392
        SEALY, TX  77474



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

| 4706860156 | 3/06/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0348 |

```
        =======================
        ===================================
        =======================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
| 17.64 | .00 | .00 | .00 |  | 17.64 |

```
                          INVOICE TOTAL      17.64        .            3/06/08

                                                                        072251

                          Powermate Corporation                         6659907
                          P.O. Box 930229
                          Atlanta, GA 31193-0229                         3304392
```

```
                                           ** EDI        INVOICE        1
                                       ** REPRINT
                                                                           3/06/08

                                                                           072251
         WAL-MART DC 6012A-ASM DIS
         3100 NORTH I-27                                                    6659908
         364935110
         PLAINVIEW, TX  79072                                              3304395



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002
```

```
7801889927            3/06/08       1% 45 DAYS          00      USD   Prepaid
```

```
         NO PRETICKET
         ====================================
         ============================
         TRUCK#  01 FOR 364935110
         ================================
         ====================================
         ============================
         ====================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
         must arrive by date
```

```
PA0650074     OIL GEN 1 QT SAE 30 SIX PACK          12.000    12.000     .000  EA       1.47      17.64
              NO PRETICKET
              ====================================
              ========================
              TRUCK#  01 FOR 364935110
              ==============================
                   Continued
```

```
                                    ** EDI       INVOICE      2
                              ** REPRINT
                                                                    3/06/08

                                                                    072251

            WAL-MART DC 6012A-ASM DIS
            3100 NORTH I-27                                          6659908
            364935110
            PLAINVIEW, TX  79072                                     3304395



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002
```

7801889927          3/06/08       1% 45 DAYS           00    USD   Prepaid          1Z66542W0348

```
        ==================================
        =========================
        ==================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|         |        | GST   |       |      | INVOICE TOTAL |
|---------|--------|-------|-------|------|---------------|
| 17.64   | .00    | .00   | .00   |      | 17.64         |

INVOICE TOTAL      17.64                              3/06/08

                                                     072251

Powermate Corporation                                6659908
P.O. Box 930229
Atlanta, GA 31193-0229                               3304395

```
                                                ** EDI        INVOICE      1
                                          ** REPRINT
                                                                                    3/06/08

                                                                                072251
        WAL-MART DC 6026A-ASM DIS
        10817 HWY 99W                                                            6659921
        364935110
        RED BLUFF, CA  96080                                                     3304389



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


2101899289              3/06/08      1% 45 DAYS            00      USD    Prepaid


        NO PRETICKET
        ====================================
        ==========================
        TRUCK# 01 FOR 364935110
        =====================================
        =====================================
        ==========================
        =====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        SPECIAL INSTRUCTIONS
        PA0650039 included in carton of
        PM0422505.02 and not to be included
        in BOL piece count.

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK       18.000   18.000    .000  EA         1.47      26.46
        NO PRETICKET
        =====================================
            Continued
```

```
                                      ** EDI       INVOICE      2
                                   ** REPRINT
                                                                    3/06/08

                                                                    072251
              WAL-MART DC 6026A-ASM DIS
              10817 HWY 99W                                          6659921
              364935110
              RED BLUFF, CA  96080                                   3304389



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002
```

```
2101899289             3/06/08     1% 45 DAYS         OO    USD   Prepaid              1Z66542W034B
```

```
              ===========================
              TRUCK#  01 FOR 364935110
              ===============================
              ==============================================
              ===============================================
              ===========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ================================
```

              Continued

```
                                    ** EDI      INVOICE      3
                                ** REPRINT
                                                                    3/06/08

                                                                    072251
        WAL-MART DC 6026A-ASM DIS
        10817 HWY 99W                                               6659921
        364935110
        RED BLUFF, CA  96080                                        3304389



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

| 2101859289 | 3/06/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0348 |

| | | GST | | INVOICE TOTAL |
|---|---|---|---|---|
| 26.46 | .00 | .00 | .00 | 26.46 |

```
                            INVOICE TOTAL      26.46                 3/06/08

                                                                    072251
                        Powermate Corporation
                        P.O. Box 930229                             6659921
                        Atlanta, GA 31193-0229
                                                                    3304389
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
                                                                        3/06/08

                                                                        072251
         WAL-MART DC 6016A-ASM DIS
         3920 IH 35 NORTH                                               6659925
         364935110
         NEW BRAUNFELS, TX  78130                                       3304396



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
             69
         BENTONVILLE, AR  72716-8002


7901899127              3/06/08    1% 45 DAYS        00     USD   Prepaid


         NO PRETICKET
         =======================================
         ============================
         TRUCK# 01 FOR 364935110
         =======================================
         ==============================
         ==============================
         =======================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
         must arrive by

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000  EA      1.47      8.82
            NO PRETICKET
            =======================================
            ==========================
            TRUCK# 01 FOR 364935110
            ==============================
                Continued
```

** EDI          INVOICE          2
** REPRINT

3/06/08

072251

WAL-MART DC 6016A-ASM DIS
3920 IH 35 NORTH                                                    6659925
364935110
NEW BRAUNFELS, TX  78130                                            3304396


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


| 7901899127 | 3/06/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0346 |

```
========================================
==============================
===================================
============================
```
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
```
================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 |  | 8.82 |

INVOICE TOTAL      8.82                          3/06/08

072251

Powermate Corporation                           6659925
P.O. Box 930229
Atlanta, GA 31193-0229                          3304396

```
                                        ** EDI      INVOICE      1
                                     ** REPRINT
                                                                       3/06/08

                                                                       072251

       WAL-MART DC 6021A-ASM DIS                                       6659926
       1005 SOUTH H STREET
       364935110                                                       3304394
       PORTERVILLE, CA  93257



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
              69
       BENTONVILLE, AR  72716-8002


6951918275              3/06/08      1% 45 DAYS        00     USD  Prepaid


       NO PRETICKET
       ==========================================
       ========================================
       TRUCK# 01 FOR 364935110
       ========================================
       ==========================================
       =============================
       ==========================================
       ========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==============================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000 EA        1.47         8.82
            NO PRETICKET
            ==================================
            =========================
            TRUCK# 01 FOR 364935110
            ==========================
            =================================
                 Continued
```

```
                                    ** EDI       INVOICE      2
                                 ** REPRINT
                                                                        3/06/08

                                                                        072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                             6659926
        364935110
        PORTERVILLE, CA  93257                                          3304394



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


6951918275              3/06/08     1½ 45 DAYS          00    USD   Prepaid        1Z66542W0347


        =========================
        ====================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

```
                                              ** EDI        INVOICE      1
                                          ** REPRINT
                                                                              3/06/08

                                                                              072251
                    WAL-MART DC 6019A-ASM DIS
                    7504 EAST CROSSROADS BOULEVARD                             6659947
                    364935110
                    LOVELAND, CO  80538                                        3304393



                    WAL-MART STORE, INC.
                    HOME OFFICE
                    INVOICE CONTROL DEPARTMENT
                         69
                    BENTONVILLE, AR  72716-8002


     5301899203              3/06/08      1% 45 DAYS          00      USD   Prepaid


                    NO PRETICKET
                    ===================================
                    ===============================
                    TRUCK# 01 FOR 364935110
                    ===================================
                    ===================================
                    ===================================
                    ===================================
                    IF MULTIPLE DESTINATIONS HAVE THE
                    SAME SHIP DATE, PLEASE
                    SHIP TO FURTHEST DESTINATION  FIRST
                    AND CLOSEST DESTINATIONS
                    LAST.
                    ===================================

     PM0105000      GEN POWERMATE 5000              1.000    1.000    .000  EA      417.89          417.89
                    NO PRETICKET
                    ===================================
                    ===============================
                    TRUCK# 01 FOR 364935110
                    ===================================
                    ===================================
                        Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                        3/06/08

                                                                        072251
            WAL-MART DC 6019A-ASM DIS
            7504 EAST CROSSROADS BOULEVARD                              6659947
            364935110
            LOVELAND, CO  80538                                         3304393



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


 5301899203            3/06/08       1% 45 DAYS          00    USD   Prepaid           5565576
```

```
        =========================
      ==================================
        =========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
        ==============================
```

```
                        GST                                         INVOICE TOTAL
   417.89              .00                  .00              .00           417.89
```

```
                    INVOICE TOTAL     417.89                        3/06/08

                                                                   072251
                    Powermate Corporation
                    P.O. Box 930229                                6659947
                    Atlanta, GA 31193-0229
                                                                   3304393
```

```
                                    ** EDI        INVOICE       1
                              ** REPRINT
                                                                         3/07/08

                                                                         072251
        WAL-MART DC 6024A-ASM DIS
        3920 SOUTHWEST BLVD.                                             6660238
        364935110
        GROVE CITY, OH  43123                                            3301653



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


2901927544              3/07/08      1% 45 DAYS          00    USD   Prepaid


        NO PRETICKET
        ====================================
        ==========================
        TRUCK#  01 FOR 364935110
        ===========================
        ================================
        ========================
        ================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 3.000 | 3.000 | .000 | EA | 417.89 | 1253.67 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 | EA | 244.12 | 488.24 |

```
        NO PRETICKET
        ================================
        ========================
        TRUCK#  01 FOR 364935110
            Continued
```

```
                                        ** EDI        INVOICE       2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
            WAL-MART DC 6024A-ASM DIS
            3920 SOUTHWEST BLVD.                                        6660238
            364935110
            GROVE CITY, OH  43123                                       3301653



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002
```

| 2901927544 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 00316233907 |

```
            ===================================
            =====================================
            =============================
            ====================================
            =========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================
```

|          |          | GST      |          |          | INVOICE TOTAL |
|----------|----------|----------|----------|----------|---------------|
| 1750.73  | .00      | .00      | .00      |          | 1750.73       |

```
                              INVOICE TOTAL    1750.73              3/07/08

                                                                   072251
                              Powermate Corporation
                              P.O. Box 930229                       6660238
                              Atlanta, GA 31193-0229
                                                                   3301653
```

```
                              ** EDI        INVOICE      1
                         ** REPRINT
                                                              3/07/08

                                                              072251
    WAL-MART DC 6025A-ASM DIS
    6140 3M DRIVE                                             6660239
    364935110
    MENOMONIE, WI  54751                                      3301656



    WAL-MART STORE, INC.
    HOME OFFICE
    INVOICE CONTROL DEPARTMENT
         69
    BENTONVILLE, AR  72716-8002


8001936666          3/07/08      1½ 45 DAYS          00    USD   Prepaid


    NO PRETICKET
    ====================================
    ==========================
    TRUCK#  01 FOR 364935110
    ==================================
    ====================================
    ==========================
    ====================================
    ==========================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    ===============================
    cancel date 02/11/04

PM0102500   GEN POWERMATE 2500        1.000   1.000    .000  EA    244.12        244.12
            NO PRETICKET
    ====================================
    =========================
    TRUCK#  01 FOR 364935110
    ===============================
            Continued
```

```
                                        ** EDI        INVOICE        2
                                    ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6025A-ASM DIS
        6140 3M DRIVE                                               6660239
        364935110
        MENOMONIE, WI  54751                                          3301656



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


B001936666           3/07/08      1% 45 DAYS           00     USD  Prepaid         00316233949
```

IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.

```
                              GST                                      INVOICE TOTAL

   244.12              .00              .00              .00                  244.12


                           INVOICE TOTAL      244.12                     3/07/08

                                                                        072251
                        Powermate Corporation
                        P.O. Box 930229                                 6660239
                        Atlanta, GA 31193-0229
                                                                        3301656
```

```
                                        ** EDI        INVOICE      1
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251
              WAL-MART DC 6036A-ASM DIS
              14863 FM 645 UNIT A                                       6660240
              364935110
              PALESTINE, TX  75803                                      3301825



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


   0601928108              3/07/08     1½ 45 DAYS        00     USD   Prepaid


              NO PRETICKET
              ====================================
              ====================================
              TRUCK# 01 FOR 364935110
              ====================================
              ====================================
              ====================================
              ====================================
              ====================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FORTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ====================================

   PMD102500  GEN POWERMATE 2500            2.000    2.000     .000 EA      244.12      488.24
              NO PRETICKET
              ====================================
              ====================================
              TRUCK# 01 FOR 364935110
              ====================================
              ====================================
                 Continued
```

```
                                         ** EDI        INVOICE        2
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6036A-ASM DIS
        14863 FM 645 UNIT A                                             6660240
        364935110
        PALESTINE, TX  75803                                            3301825




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


  0601928108           3/07/08      1% 45 DAYS          00     USD    Prepaid        00316233980


        ==========================
        ===============================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 488.24 | .00 | .00 | .00 | 488.24 |

```
                      INVOICE TOTAL      488.24

                                                                        3/07/08

                                                                        072251
              Powermate Corporation
              P.O. Box 930229                                           6660240
              Atlanta, GA 31193-0229
                                                                        3301825
```

```
                                        ** EDI        INVOICE      1
                                    ** REPRINT
                                                                        3/07/08

                                                                   072251
          WAL-MART DC 6068A-ASM DIS
          221 LOIS RD                                              6660241
          364935110
          SANGER, TX  76266                                        3301829



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


  5401918156              3/07/08      1% 45 DAYS        00      USD   Prepaid


          NO PRETICKET
          ======================================
          ===============================
          TRUCK# 01 FOR 364935110
          ======================================
          ==============================
          ======================================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
          cancel date

  PM0102500    GEN POWERMATE 2500            1.000    1.000    .000  EA      244.12        244.12
               NO PRETICKET
          ==================================
          =========================
          TRUCK# 01 FOR 364935110
          ==============================
               Continued
```

```
                                        ** EDI       INVOICE       2
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6068A-ASM DIS
        221 LOIS RD                                                     6660241
        364935110
        SANGER, TX  76266                                               3301829



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


  5401918156            3/07/08      1% 45 DAYS          00    USD   Prepaid            00316238035


        ====================================
        ===========================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 244.12 | .00 | .00 | .00 | 244.12 |

```
                        INVOICE TOTAL     244.12
                                                              3/07/08

                                                              072251
                Powermate Corporation
                P.O. Box 930229                               6660241
                Atlanta, GA 31193-0229
                                                              3301829
```

```
                                          ** EDI        INVOICE      1
                                          ** REPRINT
                                                                              3/07/08

                                                                              072251
          WAL-MART DC 6012A-ASM DIS
          3100 NORTH I-27                                                   . 6660242
          364935110
          PLAINVIEW, TX  79072                                               3301833



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


7801889521              3/07/08   · 1% 45 DAYS        00      USD   Prepaid


          NO PRETICKET
          =========================================
          =========================================
          TRUCK#  01 FOR 364935110
          =========================================
          =========================================
          =========================================
          =========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =================================
          must arrive by date

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      30.000   30.000   .000  EA      1.47      44.10
 PMD105000   GEN POWERMATE 5000                 1.000    1.000   .000  EA    417.89     417.89
 PMD102500   GEN POWERMATE 2500                 5.000    5.000   .000  EA    244.12    1220.60
             NO PRETICKET
             =========================================
             =========================
                Continued
```

```
                                              ** EDI      INVOICE     2
                                         ** REPRINT
                                                                          3/07/08

                                                                          072251
              WAL-MART DC 6012A-ASM DIS
              3100 NORTH I-27                                             6660242
              364935110
              PLAINVIEW, TX  79072                                        3301833




              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                     69
              BENTONVILLE, AR  72716-8002


  7801889521            3/07/08      1% 45 DAYS         00    USD   Prepaid        00316233840


              TRUCK# 01 FOR 364935110
              ================================
              ================================
              ==========================
              ==============================
              =======================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ================================




              Continued
```

```
                                        ** EDI        INVOICE      3
                                   ** REPRINT
                                                              3/07/08

                                                              072251
        WAL-MART DC 6012A-ASM DIS
        3100 NORTH I-27                                       6660242
        364935110
        PLAINVIEW, TX  79072                                  3301833



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


7801889521          3/07/08       1% 45 DAYS        00    USD   Prepaid         00316233840
```

```
                              GST                                       INVOICE TOTAL
  1682.59              .00                  .00                  .00              1682.59


                         INVOICE TOTAL      1682.59                      3/07/08

                                                                        072251
                    Powermate Corporation
                    P.O. Box 930229                                     6660242
                    Atlanta, GA 31193-0229
                                                                        3301833
```

```
                                      ** EDI        INVOICE       1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6092A-ASM DIS
        3110 ILLINOIS HWY 89                                            6660243
        364935110
        SPRING VALLEY, IL  61362                                        3300336



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  1051937306          3/07/08     1% 45 DAYS        00      USD   Prepaid


        NO PRETICKET
        ================================
        ===============================
        TRUCK# 01 FOR 364935110
        ================================
        ================================
        ================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================

  PM0105000   GEN POWERMATE 5000         4.000   4.000   .000  EA    417.89    1671.56
  PM0102500   GEN POWERMATE 2500         3.000   3.000   .000  EA    244.12     732.36
              NO PRETICKET
              ================================
              ===============================
              TRUCK# 01 FOR 364935110
              ================================
                Continued
```

```
                                          ** EDI       INVOICE        2
                                      ** REPRINT
                                                                         3/07/08

                                                                         072251
      WAL-MART DC 6092A-ASM DIS
      3110 ILLINOIS HWY 89                                               6660243
      364935110
      SPRING VALLEY, IL  61362                                           3300336



      WAL-MART STORE, INC.
      HOME OFFICE
      INVOICE CONTROL DEPARTMENT
          69
      BENTONVILLE, AR  72716-8002


1051937306            3/07/08      1% 45 DAYS          00    USD   Prepaid        00316235076


      ===================================
      ============================
      =============================
      =======================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 2403.92 | .00 | .00 | .00 | 2403.92 |

```
                              INVOICE TOTAL      2403.92

                                                                  3/07/08

                                                                  072251
                          Powermate Corporation
                          P.O. Box 930229                         6660243
                          Atlanta, GA 31193-0229
                                                                  3300336
```

```
                                             ** EDI        INVOICE      1
                                           ** REPRINT
                                                                              3/07/08

                                                                              072251
        WAL-MART DC 6092A-ASM DIS
        3110 ILLINOIS HWY 89                                                  6660244
        364935110
        SPRING VALLEY, IL  61362                                              3302850



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
1051937706              3/07/08      1½ 45 DAYS        00    USD   Prepaid
```

```
        NO PRETICKET
        ===================================
        ===================================
        TRUCK#  01 FOR 364935110
        ===================================
        ===================================
        ===================================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
```

```
   PM0102500    GEN POWERMATE 2500           3.000    3.000    .000  EA     244.12      732.36
                NO PRETICKET
                ===================================
                ===================================
                TRUCK#  01 FOR 364935110
                ===================================
                ===================================
                    Continued
```

```
                                        ** EDI       INVOICE      2
                                     ** REPRINT
                                                                    3/07/08

                                                                    072251

            WAL-MART DC 6092A-ASM DIS
            3110 ILLINOIS HWY 89                                    6660244
            364935110
            SPRING VALLEY, IL  61362                                3302850



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002


  1051937706           3/07/08      1% 45 DAYS        00    USD   Prepaid        00316235050


        ===========================
        =================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
```

|             |              | GST          |            |           | INVOICE TOTAL |
|-------------|--------------|--------------|------------|-----------|---------------|
| 732.36      | .00          | .00          |            | .00       | 732.36        |

```
                              INVOICE TOTAL     732.36                  3/07/08

                                                                        072251
                           Powermate Corporation
                           P.O. Box 930229                              6660244
                           Atlanta, GA 31193-0229
                                                                        3302850
```

```
                                          ** EDI        INVOICE      1
                                        ** REPRINT
                                  '                                     3/07/08

                                                                         072251
              WAL-MART DC 6009A-ASM DIS
              1501 MAPLE LEAF ROAD                                      6660245
              364935110
              MOUNT PLEASANT, IA  52641                                 3302856


              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  8801917718           3/07/08   ·  14 45 DAYS          00    USD   Prepaid


              NO PRETICKET
              =========================================
              ===========================
              TRUCK# 01 FOR 364935110
              =========================================
              =============================================
              ==========================
              ===========================================
              ============================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ==================================

  PM0102500   GEN POWERMATE 2500            1.000   1.000    .000 EA     244.12        244.12
              NO PRETICKET
              =========================================
              ===========================
              TRUCK# 01 FOR 364935110
              ===============================
              ===========================================
                  Continued
```

** EDI      INVOICE      2
** REPRINT

3/07/08

072251

WAL-MART DC 6009A-ASM DIS
1501 MAPLE LEAF ROAD                                        6660245
364935110
MOUNT PLEASANT, IA  52641                                   3302856

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
            69
BENTONVILLE, AR  72716-8002

8801917718          3/07/08      1% 45 DAYS         00    USD   Prepaid          00316233808

IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 244.12 | .00 | .00 | .00 | 244.12 |

INVOICE TOTAL      244.12                                   3/07/08

072251

Powermate Corporation                                      6660245
P.O. Box 930229
Atlanta, GA 31193-0229                                     3302856

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT

                                                                        3/07/08

                                                                      072251
        WAL-MART DC 6017A-ASM DIS
        2108 EAST TIPTON STREET                                       6660247
        364935110
        SEYMOUR, IN  47274                                            3301652




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002



  2151908752            3/07/08    1% 45 DAYS          00      USD  Prepaid



        NO PRETICKET
        ==================================
        ============================
        TRUCK# 01 FOR 364935110
        =================================
        ======================================
        ==============================
        ========================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    18.000   18.000    .000  EA        1.47       26.46
  PM0105000   GEN POWERMATE 5000               1.000    1.000    .000  EA      417.89      417.89
  PM0102500   GEN POWERMATE 2500               5.000    5.000    .000  EA      244.12     1220.60
        NO PRETICKET
        ==================================
        =========================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                        ** EDI      INVOICE      2
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6017A-ASM DIS
        2108 EAST TIPTON STREET                                         6660247
        364935110
        SEYMOUR, IN  47274                                              3301652



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


2151908752          3/07/08     1% 45 DAYS        00    USD   Prepaid      00316233873


    ================================
    ======================================
    ===========================
    =====================================
    ==========================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    ================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1664.95 | .00 | .00 | .00 | 1664.95 |

```
                        INVOICE TOTAL      1664.95                3/07/08

                                                                  072251
                    Powermate Corporation
                    P.O. Box 930229                               6660247
                    Atlanta, GA 31193-0229
                                                                  3301652
```

```
                                             ** EDI        INVOICE      1
                                          ** REPRINT
                                                                              3/07/08

                                                                              072251
            WAL-MART DC 6024A-ASM DIS
            3920 SOUTHWEST BLVD.                                              6660248
            364935110
            GROVE CITY, OH  43123                                            3300338



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


   2901927346              3/07/08     1% 45 DAYS         00     USD    Prepaid


            NO PRETICKET
            ==========================================
            ==========================================
            TRUCK#  01 FOR 364935110
            ==========================================
            ==========================================
            ==========================================
            ==========================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==================================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 EA | 1.47 | 17.64 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 4.000 | 4.000 | .000 EA | 244.12 | 976.48 |

```
            NO PRETICKET
            ==================================
            ==================================
            TRUCK#  01 FOR 364935110
                Continued
```

```
                                          ** EDI        INVOICE      2
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251
            WAL-MART DC 6024A-ASM DIS
            3920 SOUTHWEST BLVD.                                        6660248
            364935110
            GROVE CITY, OH  43123                                       3300338



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


 2901927346            3/07/08     1% 45 DAYS        00    USD   Prepaid          00316233915


        ======================================
        ========================================
        ============================
        ==================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1412.01 | .00 | .00 | .00 |  | 1412.01 |

```
                        INVOICE TOTAL      1412.01
                                                                3/07/08

                                                                072251
                    Powermate Corporation
                    P.O. Box 930229                             6660248
                    Atlanta, GA 31193-0229
                                                                3300338
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                           3/07/08

                                                                           072251
          WAL-MART DC 6069A-ASM DIS
          1200 MATLOCK DRIVE                                               6660249
          364935110
          ST. JAMES, MO  65559                                            3302082


          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


  1551899328              3/07/08       1% 45 DAYS        00    USD   Prepaid


          NO PRETICKET
          ===================================
          ===================================
          TRUCK# 01 FOR 364935110
          ===================================
          ===================================
          ===================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===================================
          MUST ARRIVE BY 03/06/04

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     12.000   12.000   .000  EA      1.47      17.64
  PM0102500   GEN POWERMATE 2500               15.000   15.000   .000  EA    244.12    3661.80
              NO PRETICKET
              ===================================
              TRUCK# 01 FOR 364935110
                 Continued
```

```
                                    ** EDI       INVOICE      2
                                  ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6069A-ASM DIS
        1200 MATLOCK DRIVE                                              6660249
        364935110
        ST. JAMES, MO  65559                                           3302082



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


1551899328           .3/07/08    1% 45 DAYS        00    USD  Prepaid      00316235084


        ================================
        =================================
        =======================
        =================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 3679.44 | .00 | .00 | .00 | 3679.44 |

|  | INVOICE TOTAL | 3679.44 |  |
|---|---|---|---|

                                                                        3/07/08

                                                                        072251
        Powermate Corporation
        P.O. Box 930229                                                 6660249
        Atlanta, GA 31193-0229
                                                                        3302082

```
                                         ** EDI        INVOICE      1
                                      ** REPRINT
                                                                        3/07/08

                                                                     072251
     WAL-MART DC 6092A-ASM DIS
     3110 ILLINOIS HWY 89
     364935110                                                       6660250
     SPRING VALLEY, IL  61362
                                                                     3301651


     WAL-MART STORE, INC.
     HOME OFFICE
     INVOICE CONTROL DEPARTMENT
          69
     BENTONVILLE, AR  72716-8002


1051937507           3/07/08      1% 45 DAYS         00      USD   Prepaid


     NO PRETICKET
     ===================================
     ==========================
     TRUCK#  01 FOR 364935110
     ==============================
     ============================
     ==========================
     ===================================
     IF MULTIPLE DESTINATIONS HAVE THE
     SAME SHIP DATE, PLEASE
     SHIP TO FURTHEST DESTINATION  FIRST
     AND CLOSEST DESTINATIONS
     LAST.
     ===============================

PM0102500    GEN POWERMATE 2500        2.000    2.000     .000 EA    244.12    488.24
             NO PRETICKET
             ===================================
             ============================
             TRUCK#  01 FOR 364935110
             ===============================
             ===================================
                 Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                              3/07/08

                                                              072251
        WAL-MART DC 6092A-ASM DIS
        3110 ILLINOIS HWY 89                                  6660250
        364935110
        SPRING VALLEY, IL  61362                              3301651



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002
```

```
1051937507          3/07/08      1% 45 DAYS         00    USD   Prepaid          00316235068
```

```
        =========================
        ==============================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

```
                            GST                                   INVOICE TOTAL

  488.24              .00                 .00              .00          488.24


                     INVOICE TOTAL      488.24                    3/07/08

                                                                 072251
               Powermate Corporation
               P.O. Box 930229                                   6660250
               Atlanta, GA 31193-0229
                                                                 3301651
```

```
                                    ** EDI        INVOICE     1
                                 ** REPRINT
                                                                    3/07/08

        WAL-MART DC 6036A-ASM DIS                                   072251
        14863 FM 645 UNIT A
        364935110                                                   6660251
        PALESTINE, TX  75803
                                                                    3300585



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



  0601927905           3/07/08      1% 45 DAYS        00    USD   Prepaid



        NO PRETICKET
        ==================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==================================
        ==================================
        ========================
        ==================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
  PM0102500   GEN POWERMATE 2500       2.000    2.000    .000  EA    244.12    488.24
              NO PRETICKET
        ==================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==================================
        ==================================
              Continued
```

```
                                        ** EDI        INVOICE      2
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6036A-ASM DIS
        14863 FM 645 UNIT A                                             6660251
        364935110
        PALESTINE, TX  75803                                            3300585



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


 0601927905            3/07/08      1% 45 DAYS        00    USD   Prepaid          00316233988


        ==========================
        =================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 488.24 | .00 | .00 | .00 | | 488.24 |

```
                            INVOICE TOTAL      488.24
                                                                        3/07/08

                                                                        072251
                            Powermate Corporation
                            P.O. Box 930229                             6660251
                            Atlanta, GA 31193-0229
                                                                        3300585
```

```
                                        ** EDI        INVOICE      1
                                    ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6035A-ASM DIS
        3220 NEVADA TERRACE                                         6660252
        364935110
        OTTAWA, KS  66067                                           3299563



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
3751889223              3/07/08      1% 45 DAYS         00    USD   Prepaid
```

```
        NO PRETICKET
        ===================================
        ===========================
        TRUCK#  01 FOR 364935110
        ===================================
        ===================================
        ===========================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        MUST DELIVER BY 03/04/04

PM0102500    GEN POWERMATE 2500          1.000    1.000    .000 EA    244.12        244.12
             NO PRETICKET
        ===================================
        ===========================
        TRUCK#  01 FOR 364935110
        ===========================
             Continued
```

```
                                          ** EDI        INVOICE      2
                                       ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6035A-ASM DIS
        3220 NEVADA TERRACE                                               6660252
        364935110
        OTTAWA, KS  66067                                                 3299563



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


  3751889223            3/07/08      1½ 45 DAYS           00    USD   Prepaid        00316233931


        ======================================
        ==============================
        ======================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|        |    |  GST |      |      | INVOICE TOTAL |
|--------|----|------|------|------|---------------|
| 244.12 | .00 | .00 | .00 | | 244.12 |

|  | INVOICE TOTAL | 244.12 |
|--|---------------|--------|

```
                                                                          3/07/08

                                                                          072251
        Powermate Corporation
        P.O. Box 930229                                                   6660252
        Atlanta, GA 31193-0229
                                                                          3299563
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6069A-ASM DIS
        1200 MATLOCK DRIVE                                              6660253
        364935110
        ST. JAMES, MO  65559                                           3299561



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002



  1551898913              3/07/08        1½ 45 DAYS        00     USD  Prepaid


        NO PRETICKET
        ==================================
        ==================================
        TRUCK# 01 FOR 364935110
        ==================================
        ==================================
        ==================================
        ==================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
        MUST ARRIVE BY 03/06/04
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 | EA | 244.12 | 488.24 |

```
        NO PRETICKET
        ==================================
        ==================================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                    ** EDI        INVOICE      2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6069A-ASM DIS
        1200 MATLOCK DRIVE                                              6660253
        364935110
        ST. JAMES, MO  65559                                           3299561




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


1551898913              3/07/08      1% 45 DAYS        00    USD   Prepaid        00316235027


        ==============================
        ==================================
        =========================
        ==================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 497.06 | .00 | .00 | .00 | 497.06 |

```
                        INVOICE TOTAL      497.06                    3/07/08

                                                                    072251
                        Powermate Corporation
                        P.O. Box 930229                             6660253
                        Atlanta, GA 31193-0229
                                                                    3299561
```

```
                                    ** EDI        INVOICE      1
                                ** REPRINT
                                                                   3/07/08

                                                                   072251
          WAL-MART DC 6012A-ASM DIS
          3100 NORTH I-27                                          6660254
          364935110
          PLAINVIEW, TX  79072                                     3300592



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


  7801889314            3/07/08     1½ 45 DAYS         00    USD   Prepaid


          NO PRETICKET
          ==========================================
          ===========================
          TRUCK# 01 FOR 364935110
          ==============================
          ============================================
          ==============================
          ============================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
          must arrive by date

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000    .000  EA    1.47    17.64
PM0105000  GEN POWERMATE 5000               1.000    1.000    .000  EA  417.89   417.89
PM0102500  GEN POWERMATE 2500               1.000    1.000    .000  EA  244.12   244.12
          NO PRETICKET
          ===========================================
          ==========================
              Continued
```

```
                                              ** EDI        INVOICE      2
                                         ** REPRINT
                                                                          3/07/08

                                                                          072251
            WAL-MART DC 6012A-ASM DIS
            3100 NORTH I-27                                                6660254
            364935110
            PLAINVIEW, TX  79072                                          3300592




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


 7801889314              3/07/08      1% 45 DAYS          00    USD   Prepaid        00316233857


            TRUCK# 01 FOR 364935110
            ==============================
            ==================================
            =======================
            ==================================
            =====================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

Continued

```
                                    ** EDI        INVOICE      3
                              ** REPRINT
                                                                    3/07/08

                                                                    072251
          WAL-MART DC 6012A-ASM DIS
          3100 NORTH I-27                                           6660254
          364935110
          PLAINVIEW, TX  79072                                      3300592
```

```
          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
              69
          BENTONVILLE, AR  72716-8002
```

```
7801889314              3/07/08     1% 45 DAYS        00    USD   Prepaid        00316233857
```

| | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 679.65 | .00 | .00 | .00 | 679.65 |

```
                              INVOICE TOTAL      679.65              3/07/08

                                                                    072251
                              Powermate Corporation
                              P.O. Box 930229                        6660254
                              Atlanta, GA 31193-0229
                                                                    3300592
```

```
                                              ** EDI        INVOICE       1
                                           ** REPRINT
                                                                              3/07/08

                                                                           072251
            WAL-MART DC 6036A-ASM DIS
            14863 FM 645 UNIT A                                            6660255
            364935110
            PALESTINE, TX  75803                                          3299331



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


  0601927699            3/07/08      1% 45 DAYS          00      USD   Prepaid


            NO PRETICKET
            ===================================
            ============================
            TRUCK#  01 FOR 364935110
            ===================================
            ============================
            ===================================
            ===================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ============================
  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000    .000 EA        1.47         8.82
  PM0102500  GEN POWERMATE 2500                  1.000    1.000    .000 EA      244.12       244.12
            NO PRETICKET
            ===================================
            =========================
            TRUCK#  01 FOR 364935110
            =========================
                Continued
```

```
                                              ** EDI        INVOICE        2
                                           ** REPRINT
                                                                              3/07/08

                                                                              072251
            WAL-MART DC 6036A-ASM DIS
            14863 FM 645 UNIT A                                               6660255
            364935110
            PALESTINE, TX  75803                                             3299331



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


0601927699             3/07/08      1% 45 DAYS        00    USD    Prepaid        00316233923


          ====================================
          ==========================
          ===================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 252.94 | .00 | .00 | .00 | 252.94 |

|  | INVOICE TOTAL | 252.94 |  | 3/07/08 |
|---|---|---|---|---|
|  |  |  |  | 072251 |
|  | Powermate Corporation |  |  | 6660255 |
|  | P.O. Box 930229 |  |  |  |
|  | Atlanta, GA 31193-0229 |  |  | 3299331 |

```
                                            ** EDI        INVOICE      1
                                          ** REPRINT

                                                                          3/07/08

                                                                          072251
            WAL-MART DC 6043A-ASM DIS
            492 JONESVILLE ROAD                                           6660256
            364935110
            COLDWATER, MI  49036                                          3302853



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002


  3201918308              3/07/08     1% 45 DAYS          00     USD   Prepaid


            NO PRETICKET
            =========================================
            =============================
            TRUCK# 01 FOR 364935110
            ================================
            ==================================
            ==============================
            ===================================
            ============================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0105000 | GEN POWERMATE 5000 | 4.000 | 4.000 | .000 | EA | 417.89 | 1671.56 |
| PM0102500 | GEN POWERMATE 2500 | 7.000 | 7.000 | .000 | EA | 244.12 | 1708.84 |

```
            NO PRETICKET
            ===================================
            ========================
            TRUCK# 01 FOR 364935110
                 Continued
```

```
                                        ** EDI        INVOICE       2
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251
           WAL-MART DC 6043A-ASM DIS
           492 JONESVILLE ROAD                                            6660256
           364935110
           COLDWATER, MI  49036                                           3302853



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                 69
           BENTONVILLE, AR  72716-8002


3201918308            3/07/08     1½ 45 DAYS         00    USD   Prepaid        00316235043


      ================================
      ======================================
      ==========================
      =================================
      ===========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ================================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 3398.04 | .00 | .00 | .00 | 3398.04 |

|  |  |  |
|---|---|---|
| | INVOICE TOTAL    3398.04 | 3/07/08 |
| | | 072251 |
| | Powermate Corporation | 6660256 |
| | P.O. Box 930229 | |
| | Atlanta, GA 31193-0229 | 3302853 |

```
                                              ** EDI        INVOICE      1
                                           ** REPRINT
                                                                              3/07/08

                                                                              072251
        WAL-MART DC 6043A-ASM DIS
        492 JONESVILLE ROAD                                                   6660267
        364935110
        COLDWATER, MI  49036                                                  3299062



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


  3201917716              3/07/08      1% 45 DAYS           00    USD  Prepaid


        NO PRETICKET
        ==========================================
        ================================
        TRUCK# 01 FOR 364935110
        ==============================
        ================================
        ==============================
        ================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000   .000 EA        1.47       17.64
  PM0102500   GEN POWERMATE 2500                10.000   10.000   .000 EA      244.12     2441.20
        NO PRETICKET
        ================================
        ==========================
        TRUCK# 01 FOR 364935110
        ============================
            Continued
```

```
                                          ** EDI      INVOICE      2
                                       ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6043A-ASM DIS
        492 JONESVILLE ROAD                                         6660267
        364935110
        COLDWATER, MI  49036                                        3299062



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 3201917716            3/07/08     1% 45 DAYS        00     USD   Prepaid              00316233972


        =======================================
        =========================
        =======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 2458.84 | .00 | .00 | .00 | 2458.84 |

```
                         INVOICE TOTAL      2458.84                3/07/08

                                                                   072251
                         Powermate Corporation
                         P.O. Box 930229                           6660267
                         Atlanta, GA 31193-0229
                                                                   3299062
```

```
                                      ** EDI        INVOICE        1
                                   ** REPRINT
                                                                      3/07/08

                                                                      072251
            WAL-MART DC 6017A-ASM DIS
            2108 EAST TIPTON STREET                                   6660268
            364935110
            SEYMOUR, IN  47274                                        3300337



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


  2151908556              3/07/08      1½ 45 DAYS            00     USD   Prepaid


            NO PRETICKET
            =======================================
            ===========================
            TRUCK#  01 FOR 364935110
            =======================================
            =======================================
            ===========================
            =======================================
            ===========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 10.000 | 10.000 | .000 | EA | 244.12 | 2441.20 |

```
            NO PRETICKET
            =======================================
            ===========================
            TRUCK#  01 FOR 364935110
                 Continued
```

```
                                          ** EDI        INVOICE      2
                                       ** REPRINT
                                                                          3/07/08

                                                                          072251
          WAL-MART DC 6017A-ASM DIS
          2108 EAST TIPTON STREET                                         6660268
          364935110
          SEYMOUR, IN  47274                                              3300337



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002
```

```
2151908556              3/07/08      1½ 45 DAYS          00    USD   Prepaid            00316233881
```

```
          ================================
          ================================================
          ================================
          ================================================
          ================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
```

```
                          GST                                    INVOICE TOTAL
   2867.91              .00                .00              .00          2867.91


                          INVOICE TOTAL      2867.91                  3/07/08

                                                                      072251
                          Powermate Corporation
                          P.O. Box 930229                             6660268
                          Atlanta, GA 31193-0229
                                                                      3300337
```

```
                                    ** KDI        INVOICE        1
                                 ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6069A-ASM DIS
        1200 MATLOCK DRIVE                                            6660269
        364935110
        ST. JAMES, MO  65559                                          3300865



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


  1551899124            3/07/08      1% 45 DAYS         00    USD   Prepaid


        NO PRETICKET
        ==============================================
        ========================================
        TRUCK# 01 FOR 364935110
        ==============================================
        ========================================
        ========================================
        ========================================
        ========================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================================
        MUST ARRIVE BY 03/06/04

 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK       6.000     6.000    .000  EA       1.47       8.82
 PM0102500    GEN POWERMATE 2500                16.000    16.000    .000  EA     244.12    3905.92
              NO PRETICKET
        ==============================================
        ========================================
        TRUCK# 01 FOR 364935110
              Continued
```

```
                                    ** EDI         INVOICE        2
                                  · ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6069A-ASM DIS
        1200 MATLOCK DRIVE                                            6660269
        364935110
        ST. JAMES, MO  65559                                          3300865




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 1551899124            3/07/08     1½ 45 DAYS          00    USD   Prepaid         00316235001


        ===============================
        ==============================================
        ============================
        ==========================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 3914.74 | .00 | .00 | .00 | 3914.74 |

```
                            INVOICE TOTAL     3914.74              3/07/08

                                                                  072251
                        Powermate Corporation
                        P.O. Box 930229                            6660269
                        Atlanta, GA 31193-0229
                                                                  3300865
```

```
                                                    ** EDI        INVOICE      1
                                                 ** REPRINT
                                                                                        3/07/08

                                                                                       072251
              WAL-MART DC 6043A-ASM DIS
              492 JONESVILLE ROAD                                                      6660270
              364935110
              COLDWATER, MI  49036                                                     3301654



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


   3201918113              3/07/08     1% 45 DAYS            00      USD    Prepaid


              NO PRETICKET
              ===================================
              ===========================
              TRUCK#  01 FOR 364935110
              ===============================
              ===========================
              ===========================
              ===============================
              ===========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ===============================
   PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000  EA      1.47        8.82
   PM0105000   GEN POWERMATE 5000                3.000    3.000    .000  EA    417.89     1253.67
   PM0102500   GEN POWERMATE 2500                3.000    3.000    .000  EA    244.12      732.36
              NO PRETICKET
              ===================================
              ===========================
              TRUCK#  01 FOR 364935110
                   Continued
```

```
                                           ** EDI        INVOICE        2
                                        ** REPRINT
                                                                           3/07/08

                                                                           072251
          WAL-MART DC 6043A-ASM DIS
          492 JONESVILLE ROAD                                              6660270
          364935110
          COLDWATER, MI  49036                                             3301654



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


3201918113            3/07/08      1½ 45 DAYS          00    USD   Prepaid      00316233956


          ===================================
          =====================================================
          ==============================
          ============================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
```

|        | GST  |      |      | INVOICE TOTAL |
|--------|------|------|------|---------------|
| 1994.85 | .00 | .00 | .00 | 1994.85 |

```
                         INVOICE TOTAL     1994.85
                                                              3/07/08

                                                              072251
                    Powermate Corporation
                    P.O. Box 930229                           6660270
                    Atlanta, GA 31193-0229
                                                              3301654
```

```
                                       ** EDI        INVOICE      1
                                    ** REPRINT
                                                                      3/07/08

                                                                      072251
            WAL-MART DC 6017A-ASM DIS
            2108 EAST TIPTON STREET                                   6660271
            364935110
            SEYMOUR, IN  47274                                        3299060



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


    2151908356          3/07/08     1½ 45 DAYS         00    USD   Prepaid


            NO PRETICKET
            ===================================
            ===================================
            TRUCK#  01 FOR 364935110
            ===================================
            ===================================
            ===================================
            ===================================
            ===================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000     6.000      .000  EA          1.47          8.82
PM0105000   GEN POWERMATE 5000                1.000     1.000      .000  EA        417.89        417.89
PM0102500   GEN POWERMATE 2500               3.000     3.000      .000  EA        244.12        732.36
            NO PRETICKET
            ===================================
            TRUCK#  01 FOR 364935110
                 Continued
```

```
                                              ** EDI        INVOICE      2
                                           ** REPRINT
                                                                              3/07/08

                                                                              072251
            WAL-MART DC 6017A-ASM DIS
            2108 EAST TIPTON STREET                                           6660271
            364935110
            SEYMOUR, IN  47274                                               3299060



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


  2151908356            3/07/08     1% 45 DAYS        00      USD   Prepaid       00316233832


            ================================
            ====================================
            =======================
            ===================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1159.07 | .00 | .00 | .00 | 1159.07 |

```
                       INVOICE TOTAL     1159.07
                                                                   3/07/08

                       Powermate Corporation                       072251
                       P.O. Box 930229
                       Atlanta, GA 31193-0229                       6660271

                                                                   3299060
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6027A-ASM DIS
        300 WAL-MART DRIVE                                              6660273
        ST RT 970
        364935110                                                       3298562
        WOODLAND, PA  16881


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


5601917651            3/07/08      1% 45 DAYS        00      USD    Prepaid


        NO PRETICKET
        ====================================
        ===============================
        TRUCK# 01 FOR 364935110
        ===============================
        ====================================
        ==============================
        ====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        MUST DELVIER BY 03/05/04

PM0102500   GEN POWERMATE 2500           2.000    2.000      .000  EA        244.12        488.24
        NO PRETICKET
        ==================================
        ========================
        TRUCK# 01 FOR 364935110
        ============================
              Continued
```

** EDI          INVOICE          2
** REPRINT

3/07/08

072251

WAL-MART DC 6027A-ASM DIS
300 WAL-MART DRIVE
ST RT 970                                                    6660273
364935110
WOODLAND, PA  16881                                          3298562


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


5601917651          3/07/08     1% 45 DAYS          00     USD    Prepaid          0604657328


=================================================
====================================
=================================================
=============================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==================================


                        GST                                              INVOICE TOTAL
488.24              .00                    .00                    .00                    488.24


                    INVOICE TOTAL      488.24                          3/07/08

                                                                        072251
                    Powermate Corporation
                    P.O. Box 930229                                     6660273
                    Atlanta, GA 31193-0229
                                                                        3298562

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6070A-ASM DIS
        220 WAL-MART DRIVE                                                6660274
        364935110
        SHELBY, NC  28150                                                 3301658



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002



  9752003145           3/07/08    1% 45 DAYS          00      USD    Prepaid



        NO PRETICKET
        =========================================
        =========================
        TRUCK# 01 FOR 364935110
        =================================
        ==================================
        ===============================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        TRUCK 4

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      18.000    18.000    .000  EA      1.47      26.46
  PMD102500   GEN POWERMATE 2500                 1.000     1.000    .000  EA    244.12     244.12
              NO PRETICKET
        ===================================
        ==========================
        TRUCK# 01 FOR 364935110
            Continued
```

```
                                          ** EDI        INVOICE        2
                                        ** REPRINT
                                                                         3/07/08

                                                                         072251
        WAL-MART DC 6070A-ASM DIS
        220 WAL-MART DRIVE                                               6660274
        364935110
        SHELBY, NC  28150                                                3301658



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 9752003145          3/07/08        1½ 45 DAYS          00    USD   Prepaid          0604655238


        =================================
        =================================
        ===========================
        ===============================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 270.58 | .00 | .00 | .00 |  | 270.58 |

```
                         INVOICE TOTAL      270.58                    3/07/08

                                                                     072251
                      Powermate Corporation
                      P.O. Box 930229                                6660274
                      Atlanta, GA 31193-0229
                                                                     3301658
```

```
                                        ** EDI        INVOICE      1
                                    ** REPRINT
                                                                      3/07/08

                                                                     072251
            WAL-MART DC 6010A-ASM DIS
            690 HIGHWAY 206                                          6660275
            364935110
            DOUGLAS, GA  31533                                      3298563


            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


  7352030971           3/07/08     1% 45 DAYS          00    USD   Prepaid


            NO PRETICKET
            ========================================
            ========================================
            TRUCK# 01 FOR 364935110
            ========================================
            ========================================
            ========================================
            ========================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ========================================

  PM0102500  GEN POWERMATE 2500        6.000    6.000     .000 EA    244.12    1464.72
            NO PRETICKET
            ========================================
            ========================================
            TRUCK# 01 FOR 364935110
            ========================================
            ========================================
                Continued
```

```
                                        ** EDI        INVOICE       2
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251
          WAL-MART DC 6010A-ASM DIS
          690 HIGHWAY 206                                                 6660275
          364935110
          DOUGLAS, GA  31533                                             3298563



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


 7352030971           3/07/08      1% 45 DAYS         00     USD   Prepaid         0604656567


         ============================
        =====================================
         ===========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1464.72 | .00 | .00 | | .00 | 1464.72 |

```
                              INVOICE TOTAL      1464.72

                                                                       3/07/08

                                                                       072251
                              Powermate Corporation
                              P.O. Box 930229                           6660275
                              Atlanta, GA 31193-0229
                                                                       3298563
```

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT
                                                                               3/07/08

                                                                            072251
              WAL-MART DC 6039A-ASM DIS
              1659 POTTERTOWN RD                                            6660277
              364935110
              MIDWAY, TN  37809                                            3301657



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


  8651889368                  3/07/08      1% 45 DAYS         00     USD    Prepaid


              NO PRETICKET
              ===================================
              ===========================≈======
              TRUCK#  01 FOR 364935110
              =================================
              ================================≈===
              ===============================≈
              ================================≈====
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ==============================≈

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        24.000   24.000    .000 EA      1.47      35.28
  PM0105000   GEN POWERMATE 5000                   4.000    4.000    .000 EA    417.89    1671.56
  PM0102500   GEN POWERMATE 2500                   9.000    9.000    .000 EA    244.12    2197.08
              NO PRETICKET
              ====================================≈≈===
              ==========================≈≈====
              TRUCK#  01 FOR 364935110
                 Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                    3/07/08

          WAL-MART DC 6039A-ASM DIS                                 072251
          1659 POTTERTOWN RD
          364935110                                                 6660277
          MIDWAY, TN  37809
                                                                    3301657



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


8651889368          3/07/08      1% 45 DAYS        00    USD   Prepaid        0604657465


        ==============================
        ================================
        =========================
        ==================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

```
                              GST                                   INVOICE TOTAL
   3903.92            .00            .00             .00                   3903.92


                         INVOICE TOTAL      3903.92                  3/07/08

                      Powermate Corporation                         072251
                      P.O. Box 930229
                      Atlanta, GA 31193-0229                         6660277

                                                                    3301657
```

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT

                                                                        3/07/08

                                                                     072251

         WAL-MART DC 6020A-ASM DIS
         4224 KETTERING ROAD                                         6660282
         364935110
         BROOKSVILLE, FL  34602                                      3298561



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002


5601869266              3/07/08      1½ 45 DAYS          00     USD   Prepaid


         NO PRETICKET
         ===================================
         ===================================
         TRUCK# 01 FOR 364935110
         ===================================
         ===================================
         ===================================
         ===================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===================================

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000  EA       1.47      8.82
PM0102500  GEN POWERMATE 2500                1.000    1.000    .000  EA     244.12    244.12
         NO PRETICKET
         ===================================
         ===================================
         TRUCK# 01 FOR 364935110
         ===================================
             Continued
```

```
                                      ** EDI        INVOICE        2
                                    ** REPRINT
                                                                      3/07/08

          WAL-MART DC 6020A-ASM DIS                                   072251
          4224 KETTERING ROAD
          364935110                                                   6660282
          BROOKSVILLE, FL  34602
                                                                      3298561



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


  5601869266          3/07/08       1% 45 DAYS        00    USD    Prepaid        0604656704


          ==================================
          ==========================
          ==================================
          ==============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 252.94 | .00 | .00 | .00 | 252.94 |

```
                          INVOICE TOTAL       252.94                3/07/08

                          Powermate Corporation                     072251
                          P.O. Box 930229
                          Atlanta, GA 31193-0229                     6660282

                                                                    3298561
```

```
                                         ** EDI        INVOICE       1
                                    ** REPRINT
                                                                            3/07/08

                                                                    072251
     WAL-MART DC 6038A-ASM DIS
     8827D OLD RIVER RD                                             6660284
     364935110
     MARCY, NY  13403                                              3298560



     WAL-MART STORE, INC.
     HOME OFFICE
     INVOICE CONTROL DEPARTMENT
            69
     BENTONVILLE, AR  72716-8002



  4751936493            3/07/08      1% 45 DAYS         00    USD    Prepaid



     NO UNITS AVAILABLE INVOICED ZERO $
     ===============================
     TRUCK# 01 FOR 364935110
     ===================================================
     ============================
     =======================================
     ==========================
     IF MULTIPLE DESTINATIONS HAVE THE
     SAME SHIP DATE, PLEASE
     SHIP TO FURTHEST DESTINATION  FIRST
     AND CLOSEST DESTINATIONS
     LAST.
     ================================
     CXL DATE 03/07/04

PM0102500   GEN POWERMATE 2500              4.000    4.000    .000 EA      244.12        976.48
     NO UNITS AVAILABLE INVOICED ZERO $
     ===============================
     TRUCK# 01 FOR 364935110
     ===================================
     ==========================================
     ========================
         Continued
```

```
                                        ** EDI        INVOICE       2
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6038A-ASM DIS
        8827D OLD RIVER RD                                              6660284
        364935110
        MARCY, NY 13403                                                 3298560



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR 72716-8002


 4751936493          3/07/08      1% 45 DAYS         00     USD   Prepaid        060465741X


        ==================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 976.48 | .00 | .00 | .00 | | 976.48 |

```
                              INVOICE TOTAL     976.48                   3/07/08

                              Powermate Corporation                     072251
                              P.O. Box 930229
                              Atlanta, GA 31193-0229                     6660284

                                                                        3298560
```

```
                                        ** EDI          INVOICE        1
                                     ** REPRINT
                                                                            3/07/08

                                                                            072251
         WAL-MART DC 6011A-ASM DIS
         2200 MANUFACTURERS BOULEVARD
         364935110                                                          6660289
         BROOKHAVEN, MS  39601
                                                                            3302086



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002


  9506717290              3/07/08      1% 45 DAYS         00    USD   Prepaid


         NO PRETICKET           .
         ================================
         ================================
         TRUCK# 01 FOR 364935110
         ================================
         ================================
         ================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================
         MUST ARRIVE BY 03/07/04
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 36.000 | 36.000 | .000 | EA | 1.47 | 52.92 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |

```
         NO PRETICKET
         ================================
         ================================
         TRUCK# 01 FOR 364935110
             Continued
```

```
                                        ** EDI        INVOICE       2
                                     ** REPRINT
                                                                        3/07/08

                                                                      072251
          WAL-MART DC 6011A-ASM DIS
          2200 MANUFACTURERS BOULEVARD                                6660289
          364935110
          BROOKHAVEN, MS  39601                                       3302086



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                    69
          BENTONVILLE, AR  72716-8002


9506717290            3/07/08      1% 45 DAYS        00     USD   Prepaid        0604656740


        ==============================
        ================================
        =========================
        ==================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 297.04 | .00 | .00 | .00 |  | 297.04 |

```
                        INVOICE TOTAL     297.04

                        Powermate Corporation                        3/07/08
                        P.O. Box 930229
                        Atlanta, GA 31193-0229                      072251

                                                                    6660289

                                                                    3302086
```

```
                                      ** EDI        INVOICE      1
                                    ** REPRINT
                                                                        3/07/08

                                                                    072251
            WAL-MART DC 6048A-ASM DIS
            3022 HWY 743                                             6660291
            364935110
            OPELOUSAS, LA  70570                                     3302083



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002



  1901927196            3/07/08     1½ 45 DAYS          00    USD   Prepaid



            NO PRETICKET
            ==========================================
            =================================
            TRUCK#  01 FOR 364935110
            ==========================================
            =================================
            ==========================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            =================================
  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000 EA      1.47        8.82
  PM0102500  GEN POWERMATE 2500                1.000    1.000    .000 EA    244.12      244.12
            NO PRETICKET
            ==========================================
            =========================
            TRUCK#  01 FOR 364935110
            =================================
                 Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251
         WAL-MART DC 6048A-ASM DIS
         3022 HWY 743                                                     6660291
         364935110
         OPELOUSAS, LA  70570                                             3302083



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002


  1901927196              3/07/08      1% 45 DAYS        00    USD   Prepaid        0604657474
```

```
         ================================================
         ================================
         =================================================
         =================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================
```

```
                              GST                                        INVOICE TOTAL
     252.94              .00                  .00               .00              252.94


                          INVOICE TOTAL     252.94
                                                                          3/07/08
                     Powermate Corporation
                     P.O. Box 930229                                      072251
                     Atlanta, GA 31193-0229
                                                                          6660291

                                                                          3302083
```

```
                                              ** EDI        INVOICE        1
                                            ** REPRINT
                                                                            3/07/08

               WAL-MART DC 6038A-ASM DIS                                    072251
               8827D OLD RIVER RD
               364935110                                                    6660299
               MARCY, NY  13403
                                                                            3301110


               WAL-MART STORE, INC.
               HOME OFFICE
               INVOICE CONTROL DEPARTMENT
                    69
               BENTONVILLE, AR  72716-8002


  4751936881              3/07/08      1% 45 DAYS           00      USD    Prepaid


               NO PRETICKET
               ===================================
               ===========================
               TRUCK#  01 FOR 364935110
               ===================================
               ===========================
               ===================================
               ===========================
               IF MULTIPLE DESTINATIONS HAVE THE
               SAME SHIP DATE, PLEASE
               SHIP TO FURTHEST DESTINATION  FIRST
               AND CLOSEST DESTINATIONS
               LAST.
               ===================================
               CXL DATE 03/07/04
  PM0102500    GEN POWERMATE 2500              8.000    8.000    .000 EA    244.12    1952.96
               NO PRETICKET
               ===================================
               ===========================
               TRUCK#  01 FOR 364935110
               ===================================
                    Continued
```

```
                                        ** EDI        INVOICE      2
                                      ** REPRINT
                                                                          3/07/08

              WAL-MART DC 6038A-ASM DIS                                    072251
              8827D OLD RIVER RD
              364935110                                                    6660299
              MARCY, NY  13403
                                                                          3301110


              WAL-MART STORE, INC.                            i
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                      69
              BENTONVILLE, AR  72716-8002


   4751936881          3/07/08      1½ 45 DAYS        00      USD    Prepaid        0604657391


```

IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.

```
                           GST                                       INVOICE TOTAL
   1952.96          .00                .00                .00                1952.96


                        INVOICE TOTAL      1952.96                    3/07/08

                                                                     072251
                    Powermate Corporation
                    P.O. Box 930229                                  6660299
                    Atlanta, GA 31193-0229
                                                                     3301110
```

```
                                        ** EDI        INVOICE      1
                                      ** REPRINT
                                                                            3/07/08

          WAL-MART DC 6070A-ASM DIS                                072251
          220 WAL-MART DRIVE
          364935110                                                6660302
          SHELBY, NC  28150
                                                                   3302857



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002



  9752003343              3/07/08      1% 45 DAYS         00    USD   Prepaid


          NO PRETICKET
          ======================================
          ==================================
          TRUCK# 01 FOR 364935110
          ==================================
          ====================================
          ==================================
          ===================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
          TRUCK 4

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000   .000  EA      1.47      17.64
  PM0105000   GEN POWERMATE 5000               1.000    1.000   .000  EA    417.89     417.89
  PM0102500   GEN POWERMATE 2500               8.000    8.000   .000  EA    244.12    1952.96
              NO PRETICKET
          ===================================
          =========================
              Continued
```

```
                                              ** EDI        INVOICE        2
                                          ** REPRINT
                                                                              3/07/08

                                                                              072251
              WAL-MART DC 6070A-ASM DIS
              220 WAL-MART DRIVE                                              6660302
              364935110
              SHELBY, NC  28150                                               3302857



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                      69
              BENTONVILLE, AR  72716-8002


  9752003343             3/07/08       1% 45 DAYS         00    USD   Prepaid         0604655229


              TRUCK#  01 FOR 364935110
              ================================
              ================================
              ===========================
              ================================
              ================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ================================
```

Continued

```
                                          ** EDI        INVOICE       3
                                       ** REPRINT
                                                                            3/07/08

                                                                            072251
        WAL-MART DC 6070A-ASM DIS
        220 WAL-MART DRIVE                                                  6660302
        364935110
        SHELBY, NC  28150                                                   3302857



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


9752003343            3/07/08      1% 45 DAYS        00    USD   Prepaid        0604655229
```

```
                              GST                                      INVOICE TOTAL

2388.49              .00                  .00                  .00              2388.49


                          INVOICE TOTAL      2388.49                    3/07/08

                                                                       072251
                       Powermate Corporation
                       P.O. Box 930229                                 6660302
                       Atlanta, GA 31193-0229
                                                                       3302857
```

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251

           WAL-MART DC 6054A-ASM DIS                                    6660306
           385 CALLAWAY CHURCH ROAD
           364935110                                                    3301107
           LA GRANGE, GA  30241




           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                    69
           BENTONVILLE, AR  72716-8002


   2401917872              3/07/08      1½ 45 DAYS          00     USD    Prepaid


           NO PRETICKET
           =========================================
           ===============================
           TRUCK#  01 FOR 364935110
           =========================================
           ====================================
           =============================
           =========================================
           ==============================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ================================
  PA0650074      OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000    .000  EA        1.47       8.82
  PM0102500      GEN POWERMATE 2500                  2.000    2.000    .000  EA      244.12     488.24
                 NO PRETICKET
                 =====================================
                 ==========================
                 TRUCK#  01 FOR 364935110
                    · Continued
```

```
                                        ** EDI        INVOICE        2
                                        ** REPRINT
```

3/07/08

072251

WAL-MART DC 6054A-ASM DIS
385 CALLAWAY CHURCH ROAD                                        6660306
364935110
LA GRANGE, GA  30241                                           3301107


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


2401917872          3/07/08      1% 45 DAYS        00    USD   Prepaid          060465818X


```
=============================
===============================
==========================
=============================
```
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
```
=============================
```

|  |  | GST |  |  |  |
|---|---|---|---|---|---|
|  |  | INVOICE TOTAL |  |  |  |
| 497.06 | .00 | .00 | .00 |  | 497.06 |

INVOICE TOTAL     497.06

3/07/08

072251

Powermate Corporation
P.O. Box 930229                                            6660306
Atlanta, GA 31193-0229
                                                           3301107

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT
                                                                           3/07/08

                                                                           072251
        WAL-MART DC 6080A-ASM DIS
        300 VETERANS DRIVE                                                 6660308
        364935110
        TOBYHANNA, PA  18466                                               3301106



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


2101984906              3/07/08      1½ 45 DAYS        00      USD    Prepaid


        NO PRETICKET
        ==========================================
        =====================================
        TRUCK#  01 FOR 364935110
        ======================================
        ======================================
        ======================================
        ======================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ====================================
PM0102500    GEN POWERMATE 2500          3.000    3.000     .000 EA      244.12      732.36
             NO PRETICKET
        =======================================
        ======================================
        TRUCK#  01 FOR 364935110
        ===============================
        ======================================
             Continued
```

```
                                    ** EDI        INVOICE      2
                                ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6080A-ASM DIS
        300 VETERANS DRIVE                                            6660308
        364935110
        TOBYHANNA, PA  18466                                          3301106



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


 2101984906           3/07/08      1½ 45 DAYS       00     USD   Prepaid          0604658244


        =============================
        ==========================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 732.36 | .00 | .00 | .00 | 732.36 |

```
                            INVOICE TOTAL      732.36
                                                                      3/07/08

                                                                      072251
                            Powermate Corporation
                            P.O. Box 930229                           6660308
                            Atlanta, GA 31193-0229
                                                                      3301106
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
          WAL-MART DC 6023A-ASM DIS
          21504 COX ROAD                                                6660309
          364935110
          SUTHERLAND, VA  23885                                         3301105



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


  1801927404              3/07/08      1% 45 DAYS        00     USD   Prepaid


          NO PRETICKET
          =========================================
          =============================
          TRUCK# 01 FOR 364935110
          ====================================
          ================================
          =======================================
          ===============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
          CKL DATE 03/10/04
PM0105000  GEN POWERMATE 5000          3.000   3.000   .000  EA    417.89    1253.67
PM0102500  GEN POWERMATE 2500          3.000   3.000   .000  EA    244.12     732.36
          NO PRETICKET
          =====================================
          ==========================
          TRUCK# 01 FOR 364935110
               Continued
```

```
                                                ** EDI        INVOICE       2
                                             ** REPRINT
                                                                                        3/07/08

                                                                                        072251
            WAL-MART DC 6023A-ASM DIS
            21504 COX ROAD                                                               6660309
            364935110
            SUTHERLAND, VA  23885                                                        3301105



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


   1801927404              3/07/08      1% 45 DAYS         00    USD   Prepaid          0604657346


            ==================================
            ======================================
            ============================
            ======================================
            ============================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

|   | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 1986.03 | .00 | .00 | .00 | 1986.03 |

```
                        INVOICE TOTAL      1986.03
                                                                    3/07/08

                                                                    072251
                   Powermate Corporation
                   P.O. Box 930229                                  6660309
                   Atlanta, GA 31193-0229
                                                                    3301105
```

```
                                        ** EDI          INVOICE        1
                                     ** REPRINT

                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6039A-ASM DIS
        1659 FOTTERTOWN RD
        364935110                                                         6660310
        MIDWAY, TN  37809
                                                                          3302855



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


 8651889571            3/07/08       1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===============================
        ============================
        TRUCK# 01 FOR 364935110
        ==============================
        ===============================
        ===========================
        ===============================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    6.000   6.000   .000 EA      1.47        8.82
 PM0105000  GEN POWERMATE 5000              1.000   1.000   .000 EA    417.89      417.89
 PM0102500  GEN POWERMATE 2500              4.000   4.000   .000 EA    244.12      976.48
            NO PRETICKET
            ===============================
            ============================
            TRUCK# 01 FOR 364935110
                Continued
```

```
                                          ** EDI        INVOICE      2
                                        ** REPRINT
```

3/07/08

WAL-MART DC 6039A-ASM DIS
1659 POTTERTOWN RD                                                    072251
364935110
MIDWAY, TN  37809                                                     6660310

3302855


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
             69
BENTONVILLE, AR  72716-8002


8651889571          3/07/08      1% 45 DAYS          00     USD   Prepaid          0604657456


```
================================
=====================================
=============================
========================================
==========================
```
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
```
=================================
```


|              | GST |     |     | INVOICE TOTAL |
|--------------|-----|-----|-----|---------------|
| 1403.19      | .00 | .00 | .00 | 1403.19       |

INVOICE TOTAL      1403.19

3/07/08

Powermate Corporation                                                072251
P.O. Box 930229
Atlanta, GA 31193-0229                                               6660310

3302855

```
                                              ** EDI        INVOICE      1
                                        ** REPRINT

                                                                         3/07/08

                                                                         072251
WAL-MART DC 6040A-ASM DIS
1010 PRODUCTION DRIVE                                                     6660311
364935110
HOPE MILLS, NC  28348                                                     3301104



WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
       69
BENTONVILLE, AR  72716-8002


1201928002              3/07/08       1½ 45 DAYS          00      USD   Prepaid


NO PRETICKET
========================================
========================================
TRUCK#  01 FOR 364935110
========================================
========================================
========================================
========================================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
========================================
MUST ARRIVE BY 03/11/04

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK   18.000   18.000   .000  EA      1.47     26.46
PM0105000   GEN POWERMATE 5000              1.000    1.000   .000  EA    417.89    417.89
PM0102500   GEN POWERMATE 2500              4.000    4.000   .000  EA    244.12    976.48
            NO PRETICKET
========================================
========================================
              Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6040A-ASM DIS
        1010 PRODUCTION DRIVE
        364935110                                                       6660311
        HOPE MILLS, NC  28348
                                                                        3301104




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


1201928002              3/07/08      1½ 45 DAYS        00    USD   Prepaid        0604657501


        TRUCK# 01 FOR 364935110
        =================================
        ======================================
        ==============================
        ==================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ============================




        Continued
```

```
                                        ** EDI        INVOICE       3
                                    ** REPRINT
                                                                        3/07/08

        WAL-MART DC 6040A-ASM DIS                                       072251
        1010 PRODUCTION DRIVE
        364935110                                                       6660311
        HOPE MILLS, NC  28348
                                                                       3301104



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 1201928002            3/07/08      1% 45 DAYS         00     USD    Prepaid           0604657501
```

```
                            GST                                        INVOICE TOTAL
  1420.83            .00                    .00                 .00              1420.83


                        INVOICE TOTAL     1420.83
                                                                        3/07/08

                        Powermate Corporation                          072251
                        P.O. Box 930229
                        Atlanta, GA 31193-0229                          6660311

                                                                       3301104
```

```
                                        ** EDI      INVOICE      1
                                     ** REPRINT

                                                                    3/07/08

        WAL-MART DC 7038A-ASM DIS                                  072251
        4009 SOUTH JENKINS RD
        364935110                                                 6660312
        FT PIERCE, FL  34981
                                                                  3302359



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 9706784381              3/07/08       1½ 45 DAYS        00      USD   Prepaid


        NO PRETICKET
        ===========================================
        ==============================
        TRUCK#  01 FOR 364935110
        ===========================================
        ==============================
        ===========================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000    .000  EA      1.47       8.82
 PM0102500   GEN POWERMATE 2500                  1.000    1.000    .000  EA    244.12     244.12
             NO PRETICKET
        ===========================================
        ==============================
        TRUCK#  01 FOR 364935110
        ==============================
             Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
```

3/07/08

WAL-MART DC 7038A-ASM DIS                                            072251
4009 SOUTH JENKINS RD
364935110                                                           6660312
FT PIERCE, FL  34981
                                                                    3302359


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


9706784381           3/07/08      1% 45 DAYS        00      USD    Prepaid      060465653X


```
==================================================
========================================
==================================================
==============================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
=================================
```


|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 252.94 | .00 | | .00 | .00 | 252.94 |


                            INVOICE TOTAL      252.94

                                                                    3/07/08

Powermate Corporation                                               072251
P.O. Box 930229
Atlanta, GA 31193-0229                                              6660312

                                                                    3302359

```
                                       ** EDI      INVOICE      1
                                     ** REPRINT

                                                              3/07/08

          WAL-MART DC 6030A-ASM DIS                           072251
          42-D FREETOWN ROAD
          364935110                                           6660313
          RAYMOND, NH  03077
                                                              3302358



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002



 9001984532              3/07/08     1½ 45 DAYS      00    USD   Prepaid


          NO PRETICKET
          ==========================================
          ================================
          TRUCK# 01 FOR 364935110
          ==========================================
          ==============================
          ==========================================
          ==========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
          cxl date 03/09/04
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 6.000 | 6.000 | .000 EA | 417.89 | 2507.34 |
| PM0102500 | GEN POWERMATE 2500 | 5.000 | 5.000 | .000 EA | 244.12 | 1220.60 |

```
          NO PRETICKET
          ==========================================
          ==========================
                Continued
```

```
                                        ** EDI        INVOICE        2
                                        ** REPRINT
                                                                           3/07/08

            WAL-MART DC 6030A-ASM DIS                                      072251
            42-D FREETOWN ROAD
            364935110                                                      6660313
            RAYMOND, NH  03077
                                                                          3302358



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


9001984532            3/07/08      1% 45 DAYS          00    USD   Prepaid          0604657364


            TRUCK# 01 FOR 364935110
            ==================================
            ====================================
            ============================
            ===============================
            ========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================


            Continued
```

```
                                         ** EDI        INVOICE        3
                                      ** REPRINT
                                                                              3/07/08

           WAL-MART DC 6030A-ASM DIS                                          072251
           42-D FREETOWN ROAD
           364935110                                                          6660313
           RAYMOND, NH  03077
                                                                              3302358


           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                    69
           BENTONVILLE, AR  72716-8002


 9001984532              3/07/08      1% 45 DAYS          00      USD   Prepaid          0604657364
```

```
                              GST                                        INVOICE TOTAL
 3736.76                .00                  .00                  .00                  3736.76


                        INVOICE TOTAL      3736.76
                                                                         3/07/08

                        Powermate Corporation                            072251
                        P.O. Box 930229
                        Atlanta, GA 31193-0229                            6660313

                                                                         3302358
```

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                          3/07/08

        WAL-MART DC 7045A-ASM DIS                                        072251
        6004 WALTON WAY
        364935110                                                       6660314
        MT. CRAWFORD, VA  22841
                                                                        3302352



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



  3001869846              3/07/08      1% 45 DAYS        00     USD   Prepaid


        NO PRETICKET
        ========================================
        ==============================
        TRUCK#  01 FOR 364935110
        ====================================
        ====================================
        ==============================
        ==================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      18.000    18.000    .000  EA      1.47       26.46
  PM0102500  GEN POWERMATE 2500                 3.000     3.000    .000  EA    244.12      732.36
             NO PRETICKET
        ==========================
        ==========================
        TRUCK#  01 FOR 364935110
        ==============================
             Continued
```

** EDI          INVOICE        2
** REPRINT

3/07/08

WAL-MART DC 7045A-ASM DIS                          072251
6004 WALTON WAY
364935110                                          6660314
MT. CRAWFORD, VA  22841
                                                   3302352

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
          69
BENTONVILLE, AR  72716-8002

3001869846        3/07/08      1% 45 DAYS        00    USD   Prepaid        0604656659

    ============================================
    ========================================
    ======================================
    ===================================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    ==============================

                        GST                              INVOICE TOTAL
  758.82            .00              .00            .00          758.82

                  INVOICE TOTAL    758.82
                                                        3/07/08

                  Powermate Corporation                 072251
                  P.O. Box 930229
                  Atlanta, GA 31193-0229                6660314

                                                        3302352

```
                                              ** EDI        INVOICE        1
                                              ** REPRINT
                                                                               3/07/08

          WAL-MART DC 7035A-ASM DIS                                            072251
          18245 NW 115 AVENUE
          364935110                                                            6660315
          ALACHUA, FL  32615
                                                                               3302353


          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


  4401849198            3/07/08      1% 20 Days  Net        00      USD   Prepaid


          NO PRETICKET
          =======================================
          ===========================
          TRUCK#  01 FOR 364935110
          =======================================
          =======================================
          ============================
          =======================================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =================================
  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000     .000  EA       1.47       8.82
  PM0102500  GEN POWERMATE 2500                  1.000    1.000     .000  EA     244.12     244.12
          NO PRETICKET
          =================================
          ===========================
          TRUCK#  01 FOR 364935110
          =================================
              Continued
```

```
                              ** EDI      INVOICE      2
                              ** REPRINT
```

3/07/08

WAL-MART DC 7035A-ASM DIS
18245 NW 115 AVENUE                                              072251
364935110
ALACHUA, FL  32615                                              6660315

3302353

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

4401849198        3/07/08      1% 20 Days  Net      00      USD    Prepaid              0604656576

```
===================================
==============================
=================================
============================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 252.94 | .00 | .00 | .00 | 252.94 |

INVOICE TOTAL      252.94

3/07/08

Powermate Corporation                                           072251
P.O. Box 930229
Atlanta, GA 31193-0229                                          6660315

3302353

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT

                                                                          3/07/08

                                                                          072251
            WAL-MART DC 6054A-ASM DIS
            385 CALLAWAY CHURCH ROAD
            364935110                                                      6660316
            LA GRANGE, GA  30241
                                                                          3302350



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002



  2401918070            3/07/08      1% 45 DAYS        00    USD   Prepaid



            NO PRETICKET
            ===================================
            ===================================
            TRUCK#  01 FOR 364935110
            ===================================
            ===================================
            ===================================
            ===================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===================================
            TRUCK # 3

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000   .000  EA        1.47        8.82
PM0102500   GEN POWERMATE 2500                1.000    1.000   .000  EA      244.12      244.12
            NO PRETICKET
            ===================================
            ===================================
            TRUCK#  01 FOR 364935110
               Continued
```

```
                                        ** EDI         INVOICE        2
                                    ** REPRINT
```

3/07/08

WAL-MART DC 6054A-ASM DIS                                072251
385 CALLAWAY CHURCH ROAD
364935110                                                6660316
LA GRANGE, GA  30241
                                                         3302350

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

2401918070          3/07/08     1% 45 DAYS      00    USD  Prepaid          0604658170

```
=============================
=================================
====================
====================================
==========================
```
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
```
==============================
```

GST

| 252.94 | .00 | .00 | .00 | INVOICE TOTAL |
| | | | | 252.94 |

INVOICE TOTAL      252.94

                                                         3/07/08

Powermate Corporation                                    072251
P.O. Box 930229
Atlanta, GA 31193-0229                                   6660316

                                                         3302350

```
                                      ** EDI      INVOICE      1
                                   ** REPRINT
                                                                          3/07/08

          WAL-MART DC 6010A-ASM DIS                                       072251
          690 HIGHWAY 206
          364935110                                                       6660317
          DOUGLAS, GA  31533
                                                                          3302357



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


  7252031575          3/07/08      1% 45 DAYS        00      USD    Prepaid


          NO PRETICKET
          ==========================================
          ===========================
          TRUCK#  01 FOR 364935110
          ==========================================
          ===========================
          ==========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===========================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000   .000  EA     1.47     17.64
PM0102500   GEN POWERMATE 2500                 4.000    4.000   .000  EA   244.12    976.48
            NO PRETICKET
          ===========================================
          ===========================
          TRUCK#  01 FOR 364935110
          ===========================================
               Continued
```

```
                                        ** EDI        INVOICE        2
                                     ** REPRINT
                                                                          3/07/08

        WAL-MART DC 6010A-ASM DIS                                         072251
        690 HIGHWAY 206
        364935110                                                        6660317
        DOUGLAS, GA  31533
                                                                         3302357



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


7352031575            3/07/08      1% 45 DAYS        00    USD   Prepaid        0604656630


        ====================================
        ============================
        ==================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ============================
```

```
                              GST                              INVOICE TOTAL
  994.12            .00               .00          .00               994.12


                    INVOICE TOTAL    994.12
                                                              3/07/08

                    Powermate Corporation                     072251
                    P.O. Box 930229
                    Atlanta, GA 31193-0229                    6660317

                                                              3302357
```

```
                                           ** RDI        INVOICE      1
                                       ** REPRINT
                                                                            3/07/08

                                                                            072251

         WAL-MART DC 6080A-ASM DIS                                          6660318
         300 VETERANS DRIVE
         364935110                                                          3302349
         TOBYHANNA, PA  18466




         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002


 2101985097             3/07/08      1% 45 DAYS        00     USD   Prepaid



         NO PRETICKET
         =========================================
         ==========================
         TRUCK#  01 FOR 364935110
         =========================================
         =========================================
         =========================
         =========================================
         ==========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================

 PM0102500    GEN POWERMATE 2500        4.000    4.000     .000 EA    244.12    976.48
              NO PRETICKET
              =========================================
              ==========================
              TRUCK#  01 FOR 364935110
              =========================================
              =========================================
                  Continued
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6020A-ASM DIS                                   6660319
        4224 KETTERING ROAD
        364935110                                                   3302355
        BROOKSVILLE, FL  34602




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



5601869867          3/07/08      1% 45 DAYS        00     USD   Prepaid


        NO PRETICKET
        ====================================
        ============================
        TRUCK# 01 FOR 364935110
        ==================================
        ======================================
        ============================
        ====================================
        =============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    30.000   30.000   .000  EA       1.47      44.10
PM0102500   GEN POWERMATE 2500               5.000    5.000   .000  EA     244.12    1220.60
        NO PRETICKET
        =========================================
        =========================
        TRUCK# 01 FOR 364935110
        ==============================
            Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6080A-ASM DIS                                   6660318
        300 VETERANS DRIVE
        364935110                                                   3302349
        TOBYHANNA, PA  18466



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
2101985097            3/07/08       1½ 45 DAYS         00    USD   Prepaid          0604658235
```

```
        ================================
        ===========================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 976.48 | .00 | .00 | .00 |  | 976.48 |

```
                        INVOICE TOTAL      976.48              3/07/08

                                                              072251
                        Powermate Corporation
                        P.O. Box 930229                       6660318
                        Atlanta, GA 31193-0229
                                                              3302349
```

```
                                    ** EDI      INVOICE      2
                                  ** REPRINT
                                                                3/07/08

                                                                072251

        WAL-MART DC 6020A-ASM DIS                               6660319
        4224 KETTERING ROAD
        364935110                                               3302355
        BROOKSVILLE, FL  34602



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


5601869867          3/07/08      1% 45 DAYS        00    USD  Prepaid       0604657272


        ===========================================
        ===========================================
        ===========================================
        ===========================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1264.70 | .00 | .00 | .00 | | 1264.70 |

```
                            INVOICE TOTAL    1264.70            3/07/08

                                                                072251
                            Powermate Corporation
                            P.O. Box 930229                     6660319
                            Atlanta, GA 31193-0229
                                                                3302355
```

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT
                                                                                    3/07/08

                                                                                    072251

           WAL-MART DC 6040A-ASM DIS                                                6660320
           1010 PRODUCTION DRIVE
           364935110                                                                3302347
           HOPE MILLS, NC  28348



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                  69
           BENTONVILLE, AR  72716-8002


  1201928196           3/07/08      1% 45 DAYS        00      USD   Prepaid


           NO PRETICKET
           ================================================
           =========================
           TRUCK#  01 FOR 364935110
           ==========================================
           ================================================
           =========================
           ================================================
           =======================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ===================================
           MUST ARRIVE BY 03/11/04

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000    .000  EA      1.47     17.64
  PM0102500   GEN POWERMATE 2500                 5.000    5.000    .000  EA    244.12   1220.60
              NO PRETICKET
              ================================================
              =========================
              TRUCK#  01 FOR 364935110
                 Continued
```

```
                                    ** EDI        INVOICE        2
                                  ** REPRINT
                                                                3/07/08

                                                              072251

          WAL-MART DC 6040A-ASM DIS                           6660320
          1010 PRODUCTION DRIVE
          364935110                                           3302347
          HOPE MILLS, NC  28348




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002



1201928196          3/07/08      1% 45 DAYS         00    USD   Prepaid        0604657492



          ===================================
          ======================================
          ============================
          ==================================
          ========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1238.24 | .00 | .00 | .00 | | 1238.24 |

```
                              INVOICE TOTAL      1238.24              3/07/08

                                                                     072251
                              Powermate Corporation
                              P.O. Box 930229                         6660320
                              Atlanta, GA 31193-0229
                                                                     3302347
```

```
                                    ** EDI        INVOICE       1
                                  ** REPRINT
                                                                          3/07/08

                                                                          072251
            WAL-MART DC 6027A-ASM DIS
            300 WAL-MART DRIVE                                            6660321
            ST RT 970
            364935110                                                    3302356
            WOODLAND, PA  16881



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002



5601918253            3/07/08    1% 45 DAYS         00    USD   Prepaid



            NO PRETICKET
            =====================================
            =========================
            TRUCK# 01 FOR 364935110
            ===================================
            ===================================
            ===================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            =============================
            MUST DELVIER BY 03/05/04

PAQ650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000   .000  EA      1.47      17.64
PM0105000   GEN POWERMATE 5000                 1.000    1.000   .000  EA    417.89     417.89
PM0102500   GEN POWERMATE 2500                 3.000    3.000   .000  EA    244.12     732.36
            NO PRETICKET
            ============================================
            =========================
                Continued
```

```
                                        ** EDI        INVOICE      2
                                  ** REPRINT
                                                                        3/07/08

                                                                        072251

            WAL-MART DC 6027A-ASM DIS                                    6660321
            300 WAL-MART DRIVE
            ST RT 970
            364935110                                                    3302356
            WOODLAND, PA  16881



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


 5601918253            3/07/08     1% 45 DAYS         00    USD   Prepaid        0604657290


            TRUCK# 01 FOR 364935110
            ==============================
            ========================================
            ===============================
            ========================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================
```

            Continued

```
                                        ** EDI        INVOICE        3
                                   ** REPRINT
                                                                      3/07/08

                                                                      072251

        WAL-MART DC 6027A-ASM DIS                                     6660321
        300 WAL-MART DRIVE
        ST RT 970                                                     3302356
        364935110
        WOODLAND, PA  16881


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

```
5601918253           3/07/08     1% 45 DAYS        00     USD   Prepaid        0604657290
```

```
                              GST                                    INVOICE TOTAL

1167.89              .00                    .00              .00              1167.89


                         INVOICE TOTAL    1167.89              3/07/08

                                                               072251
                         Powermate Corporation
                         P.O. Box 930229                       6660321
                         Atlanta, GA 31193-0229
                                                               3302356
```

```
                                          ** EDI      INVOICE        1
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251

           WAL-MART DC 6023A-ASM DIS                                    6660322
           21504 COX ROAD
           364935110                                                    3302348
           SUTHERLAND, VA  23885



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                  69
           BENTONVILLE, AR  72716-8002


  1801927596           3/07/08     1% 45 DAYS        00      USD   Prepaid


           NO PRETICKET
           ==================================
           ===============================
           TRUCK# 01 FOR 364935110
           ==================================
           =====================================
           ========================
           ===================================
           ========================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ==============================
           CKL DATE 03/10/04

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000     .000  EA         1.47        17.64
  PM0105000   GEN POWERMATE 5000                 1.000     1.000     .000  EA       417.89       417.89
  PM0102500   GEN POWERMATE 2500                 3.000     3.000     .000  EA       244.12       732.36
              NO PRETICKET
           ===================================
           =========================
                Continued
```

```
                                        ** EDI      INVOICE      2
                                    ** REPRINT
                                                                    3/07/08

                                                                    072251

            WAL-MART DC 6023A-ASM DIS                               6660322
            21504 COX ROAD
            364935110                                               3302348
            SUTHERLAND, VA  23885



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002
```

```
 1801927596          3/07/08    1% 45 DAYS        00    USD   Prepaid        0604657337
```

```
        TRUCK# 01 FOR 364935110
        ==================================
        ====================================
        ===========================
        ===================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

            Continued

```
                                         ** EDI      INVOICE      3
                                       ** REPRINT
                                                                      3/07/08

                                                                      072251

        WAL-MART DC 6023A-ASM DIS                                     6660322
        21504 COX ROAD
        364935110                                                     3302348
        SUTHERLAND, VA  23885




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


1801927596           3/07/08     1% 45 DAYS        00     USD   Prepaid        0604657337
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1167.89 | .00 | .00 | .00 | 1167.89 |

```
                              INVOICE TOTAL    1167.89
                                                                  3/07/08

                                                                  072251
                              Powermate Corporation
                              P.O. Box 930229                      6660322
                              Atlanta, GA 31193-0229
                                                                  3302348
```

```
                                    ** EDI        INVOICE        1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

          WAL-MART DC 6038A-ASM DIS                                     6660323
          8827D OLD RIVER RD
          364935110                                                     3302354
          MARCY, NY  13403



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


4751937076              3/07/08      1% 45 DAYS        00     USD   Prepaid


          NO PRETICKET
          ==================================
          ==============================
          TRUCK# 01 FOR 364935110
          ==================================
          ==================================
          ==========================
          ==================================
          =====================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
          CXL DATE 03/07/04

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000   .000  EA      1.47      17.64
PM0102500   GEN POWERMATE 2500               5.000    5.000   .000  EA    244.12    1220.60
          NO PRETICKET
          ==================================
          ==========================
          TRUCK# 01 FOR 364935110
               Continued
```

```
                                          ** EDI        INVOICE       2
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6038A-ASM DIS                                       6660323
        8827D OLD RIVER RD
        364935110
        MARCY, NY  13403                                                3302354



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


  4751937076              3/07/08    1% 45 DAYS        00     USD  Prepaid          0604657447


        =================================
        =====================================
        ===========================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1238.24 | .00 | .00 | .00 | | 1238.24 |

```
                              INVOICE TOTAL    1238.24                3/07/08

                                                                     072251
                              Powermate Corporation
                              P.O. Box 930229                         6660323
                              Atlanta, GA 31193-0229
                                                                     3302354
```

```
                                    ** EDI        INVOICE        1
                                 ** REPRINT
                                                                      3/07/08

                                                                      072251

        WAL-MART DC 6066A-ASM DIS                                     6660363
        694 CRENSHAW BLVD
        364935110                                                     3300340
        HOPKINSVILLE, KY  42240



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                   69
        BENTONVILLE, AR  72716-8002


  6301879495          3/07/08      1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===================================
        =============================
        TRUCK#  01 FOR 364935110
        ==============================
        ===========================
        ======================
        =============================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
  PA0650074    OIL GEN 1 QT SAE 30 SIX PACK   12.000   12.000   .000  EA      1.47      17.64
  PM0102500    GEN POWERMATE 2500              4.000    4.000   .000  EA    244.12     976.48
               NO PRETICKET
        =============================
        ========================
        TRUCK#  01 FOR 364935110
        ============================
            Continued
```

```
                                      ** EDI        INVOICE       2
                                   ** REPRINT
                                                                    3/07/08

                                                                    072251

         WAL-MART DC 6066A-ASM DIS                                  6660363
         694 CRENSHAW BLVD
         364935110
         HOPKINSVILLE, KY  42240                                    3300340




         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
               69
         BENTONVILLE, AR  72716-8002
```

```
6301879495              3/07/08      1% 45 DAYS        00    USD   Prepaid           0604656511
```

```
         ================================================
         =========================
         ================================================
         =========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

```
                          GST                                          INVOICE TOTAL

   994.12              .00              .00              .00                  994.12


                     INVOICE TOTAL     994.12                            3/07/08

                                                                        072251
                Powermate Corporation
                P.O. Box 930229                                         6660363
                Atlanta, GA 31193-0229
                                                                        3300340
```

```
                                    ** EDI       INVOICE      1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 7026A-ASM DIS                                       6660364
        945 NORTH STATE ROAD 138
        364935110                                                       3301827
        GRANTSVILLE, UT  84029




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  3651908098          3/07/08      1% 45 DAYS         00      USD  Prepaid


        NO PRETICKET
        =========================================
        ========================
        TRUCK#  01 FOR 364935110
        =========================================
        =========================================
        =========================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================

  PM0105000  GEN POWERMATE 5000            1.000    1.000    .000  EA    417.89   417.89
  PM0102500  GEN POWERMATE 2500            2.000    2.000    .000  EA    244.12   488.24
        NO PRETICKET
        =========================================
        =========================
        TRUCK#  01 FOR 364935110
        =============================
             Continued
```

** EDI        INVOICE        2
** REPRINT

3/07/08

072251

WAL-MART DC 7026A-ASM DIS
945 NORTH STATE ROAD 138                                                    6660364
364935110
GRANTSVILLE, UT  84029                                                      3301827

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

3651908098              3/07/08      1% 45 DAYS              00     USD    Prepaid              0604656612

```
==========================================
=========================
===========================================
=======================
```
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
```
===============================
```

| | | GST | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 906.13 | .00 | .00 | .00 | | 906.13 |

INVOICE TOTAL      906.13                                    3/07/08

072251

Powermate Corporation
P.O. Box 930229                                             6660364
Atlanta, GA 31193-0229
                                                           3301827

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT
                                                                                    3/07/08

                                                                                    072251
             WAL-MART DC 6018A-ASM DIS
             2103 SOUTH MAIN                                                         6660366
             364935110
             SEARCY, AR  72143                                                       3302085



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                   69
             BENTONVILLE, AR  72716-8002


  6151917844              3/07/08      1% 45 DAYS          00    USD   Prepaid


             NO PRETICKET
             ===================================
             ==================================
             TRUCK#  01 FOR 364935110
             ===============================
             ==================================
             ===================================
             ===================================
             ===============================
             IF MULTIPLE DESTINATIONS HAVE THE
             SAME SHIP DATE, PLEASE
             SHIP TO FURTHEST DESTINATION  FIRST
             AND CLOSEST DESTINATIONS
             LAST.
             ================================

  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    18.000    18.000    .000  EA       1.47        26.46
  PM0105000  GEN POWERMATE 5000               6.000     6.000    .000  EA     417.89      2507.34
  PM0102500  GEN POWERMATE 2500               4.000     4.000    .000  EA     244.12       976.48
             NO PRETICKET
             ==================================
             ===============================
             TRUCK#  01 FOR 364935110
                  Continued
```

```
                                    ** EDI          INVOICE        2
                                ** REPRINT
                                                                 3/07/08

                                                                 072251

        WAL-MART DC 6018A-ASM DIS                                6660366
        2103 SOUTH MAIN
        364935110
        SEARCY, AR  72143                                        3302085



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
6151917844           3/07/08    1½ 45 DAYS        00    USD   Prepaid        0604656713
```

```
        ================================
        ==================================
        =========================
        ===================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
```

```
                        GST                                    INVOICE TOTAL

3510.28                .00             .00            .00           3510.28


                INVOICE TOTAL      3510.28                       3/07/08

                                                                072251
                Powermate Corporation
                P.O. Box 930229                                 6660366
                Atlanta, GA 31193-0229
                                                                3302085
```

```
                                           ** EDI        INVOICE        1
                                         ** REPRINT
                                                                              3/07/08

                                                                              072251

        WAL-MART DC 7026A-ASM DIS                                             6660367
        945 NORTH STATE ROAD 138
        364935110                                                            3300588
        GRANTSVILLE, UT  84029



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


  3651907908             3/07/08      1% 45 DAYS           00     USD   Prepaid


        NO PRETICKET
        ========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ========================================
        ===========================
        ========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===========================

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      18.000    18.000    .000  EA          1.47        26.46
  PM0105000   GEN POWERMATE 5000                 1.000     1.000    .000  EA        417.89       417.89
              NO PRETICKET
        ========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===============================
              Continued
```

** EDI       INVOICE       2
** REPRINT

3/07/08

072251

WAL-MART DC 7026A-ASM DIS          6660367
945 NORTH STATE ROAD 138
364935110                          3300588
GRANTSVILLE, UT  84029

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

3651907908          3/07/08    1% 45 DAYS          00    USD   Prepaid          0604656621

```
=====================================
=============================
=====================================
==========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==============================
```

GST                                      INVOICE TOTAL

444.35          .00          .00          .00          444.35

INVOICE TOTAL    444.35                    3/07/08

                                          072251

Powermate Corporation                     6660367
P.O. Box 930229
Atlanta, GA 31193-0229                    3300588

```
                                       ** EDI      INVOICE      1
                                     ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6094A-ASM DIS                                   6660368
        5841 SW REGIONAL AIRPORT BLVD
        364935110                                                   3300864
        BENTONVILLE, AR  72712




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002




 1251918628            3/07/08      1% 45 DAYS        00      USD  Prepaid



        NO PRETICKET
        ====================================
        ============================
        TRUCK# 01 FOR 364935110
        ===============================
        =================================
        ==========================
        ================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        MUST ARRIVE BY 03/06

 PA0650074     OIL GEN 1 QT SAE 30 SIX PACK    6.000    6.000    .000  EA        1.47         8.82
 PM0105000     GEN POWERMATE 5000              1.000    1.000    .000  EA      417.89       417.89
 PM0102500     GEN POWERMATE 2500              1.000    1.000    .000  EA      244.12       244.12
        NO PRETICKET
        ===================================
        ==========================
              Continued
```

```
                                       ** EDI       INVOICE        2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

              WAL-MART DC 6094A-ASM DIS                                 6660368
              5841 SW REGIONAL AIRPORT BLVD
              364935110                                                 3300864
              BENTONVILLE, AR  72712



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


1251918628           3/07/08      1% 45 DAYS        00      USD   Prepaid         0604658253


              TRUCK# 01 FOR 364935110
              =================================
              =====================================
              =============================
              =====================================
              ===========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ===================================



              Continued
```

```
                                      ** EDI        INVOICE        3
                                   ** REPRINT
                                                                          3/07/08

                                                                          072251
          WAL-MART DC 6094A-ASM DIS
          5841 SW REGIONAL AIRPORT BLVD                                   6660368
          364935110
          BENTONVILLE, AR  72712                                          3300864



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


1251918628            3/07/08    1% 45 DAYS          00   USD   Prepaid        0604658253
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 670.83 | .00 | .00 | .00 | 670.83 |

```
                              INVOICE TOTAL      670.83                    3/07/08

                                                                          072251
                           Powermate Corporation
                           P.O. Box 930229                                6660368
                           Atlanta, GA 31193-0229
                                                                          3300864
```

```
                                        ** E)I         INVOICE        1
                                      ** REPRINT
                                                                              3/07/08

                                                                              072251

            WAL-MART DC 6006A-ASM DIS                                         6660369
            2200 7TH AVENUE SOUTHWEST
            364935110                                                         3300867
            CULIMAN, AL  35055



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


4706708088              3/07/08      1% 45 DAYS         00    USD  Prepaid


            NO PRETICKET
            ===========================================
            ===========================
            TRUCK# 01 FOR 364935110
            ===========================================
            ===========================================
            ===========================
            ===========================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            =================================
            MUST ARRIVE BY 03/06/04
```

| Item | Description | Qty | Qty | | | Unit | Total |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.000 | .000 | EA | 244.12 | 732.36 |

```
            NO PRETICKET
            ==========================================
            =========================
                    Continued
```

** E)I        INVOICE .        2
** REPRINT

3/07/08

072251

WAL-MART DC 6006A-ASM DIS                          6660369
2200 7TH AVENUE SOUTHWEST
364935110                                          3300867
CULLMAN, AL  35055

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

4706708088          3/07/08     1% 45 DAYS        00    USD   Prepaid        0604656695

TRUCK# 01 FOR 364935110
=================================
=============================
========================
=============================
===========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==============================

Continued

```
                                        ** EDI        INVOICE       3
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6006A-ASM DIS                                       6660369
        2200 7TH AVENUE SOUTHWEST
        364935110                                                       3300867
        CULLMAN, AL  35055



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  4706708098           3/07/08      1% 45 DAYS        OO     USD   Prepaid           0604656695
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1167.89 | .00 | .00 | .00 | | 1167.89 |

```
                               INVOICE TOTAL      1167.89                     3/07/08

                                                                             072251
                               Powermate Corporation
                               P.O. Box 930229                               6660369
                               Atlanta, GA 31193-0229
                                                                             3300867
```

```
                                        ** EDI      INVOICE      1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6027A-ASM DIS                                       6660370
        300 WAL-MART DRIVE
        ST RT 970                                                       3301112
        364935110
        WOODLAND, PA  16881



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002
```

| 5601918049 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid |
|---|---|---|---|---|---|

```
        NO PRETICKET
        ==========================================
        ================================
        TRUCK# 01 FOR 364935110
        ================================
        ==========================================
        ============================
        ==========================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        MUST DELVIER BY 03/05/04
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.C00 | .000 | EA | 1.47 | 17.64 |
|---|---|---|---|---|---|---|---|
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.C00 | .000 | EA | 244.12 | 732.36 |

```
        NO PRETICKET
        ==========================================
        ================================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                    ** EDI      INVOICE      2
                                 ** REPRINT
                                                                  3/07/08

                                                                  072251
         WAL-MART DC 6027A-ASM DIS
         300 WAL-MART DRIVE                                       6660370
         ST RT 970
         364935110                                               3301112
         WOODLAND, PA  16881



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002
```

5601918049              3/07/08     1% 45 DAYS          00     USD   Prepaid              060465730X


```
         ===================================
         ===================================
         ==========================
         ===================================
         =========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================
```


                              GST                                      INVOICE TOTAL

  750.00               .00                .00              .00                750.00


                         INVOICE TOTAL      750.00                  3/07/08

                         Powermate Corporation                     072251
                         P.O. Box 930229
                         Atlanta, GA 31193-0229                     6660370

                                                                   3301112

```
                                    ** E)I        INVOICE        1
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251

            WAL-MART DC 6030A-ASM DIS                               6660371
            42-D FREETOWN ROAD
            364935110                                               3301114
            RAYMOND, NH  03077




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002



  9001984347              3/07/08      1½ 45 DAYS          00      USD   Prepaid


            NO PRETICKET
            ===========================================
            ============================
            TRUCK#  01 FOR 364935110
            ==============================
            ===========================================
            ============================
            ===========================================
            =======================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================
            cxl date 03/09/04

  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    6.000    6.000    .000  EA      1.47       8.82
  PM0105000  GEN POWERMATE 5000              1.000    1.000    .000  EA    417.89     417.89
  PM0102500  GEN POWERMATE 2500              7.000    7.000    .000  EA    244.12    1708.84
            NO PRETICKET
            ===========================================
            ========================
                   Continued
```

```
                                        ** EDI        INVOICE        2
                                    ** REPRINT
                                                                        · 3/07/08

                                                                         072251

            WAL-MART DC 6030A-ASM DIS                                    6660371
            42-D FREETOWN ROAD
            364935110                                                    3301114
            RAYMOND, NH  03077




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002
```

```
9001984347          3/07/08     1% 45 DAYS          00     USD    Prepaid              0604657373
```

```
            TRUCK#  01 FOR 364935110
            ===================================
            ========================================
            ===========================
            ========================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            =================================
```

            Continued

```
                                    ** EDI         INVOICE        3
                                ** REPRINT
                                                                  3/07/08

                                                                  072251
          WAL-MART DC 6030A-ASM DIS
          42-D FREETOWN ROAD                                      6660371
          364935110
          RAYMOND, NH  03077                                      3301114



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


 9001984347            3/07/08      1% 45 DAYS          00   USD   Prepaid        0604657373
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 2135.55 | .00 | .00 | .00 | 2135.55 |

```
                          INVOICE TOTAL      2135.55                  3/07/08

                                                                     072251
                   Powermate Corporation
                   P.O. Box 930229                                   6660371
                   Atlanta, GA 31193-0229
                                                                     3301114
```

```
                                          ** EI I        INVOICE        1
                                       ** REPRINT
                                                                              3/07/08

                                                                              072251

            WAL-MART DC 6048A-ASM DIS                                         6660372
            3022 HWY 743
            364935110                                                         3299562
            OPELOUSAS, LA  70570




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002



  1901926820           3/07/08      1% 45 DAYS         00      USD   Prepaid



            NO PRETICKET
            ====================================
            ===========================
            TRUCK# 01 FOR 364935110
            ===============================
            =========================================
            ==========================
            ==========================================
            =========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 EA | 244.12 | 244.12 |

```
            NO PRETICKET
            ===================================
            =========================
            TRUCK# 01 FOR 364935110
            ==============================
                 Continued
```

```
                                        ** RI I        INVOICE      2
                                    ** REPRINT
                                                                     3/07/08

                                                                     072251
        WAL-MART DC 6048A-ASM DIS
        3022 HWY 743                                                 6660372
        364935110
        OPELOUSAS, LA  70570                                         3299562



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


 1901926820           3/07/08     1% 45 DAYS        00    USD   Prepaid        0604657483


        ====================================
        =========================
        ====================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 261.76 | .00 | .00 | .00 |  | 261.76 |

```
                        INVOICE TOTAL      261.76                    3/07/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6660372
                        Atlanta, GA 31193-0229
                                                                     3299562
```

```
                                        ** E)I        INVOICE        1
                                     ** REPRINT
                                                                            3/07/08

                                                                            072251
            WAL-MART DC 6066A-ASM DIS
            694 CRENSHAW BLVD                                               6660373
            364935110
            HOPKINSVILLE, KY  42240                                         3301655



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


   6301879699           3/07/08       1% 45 DAYS        00      USD   Prepaid


            NO PRETICKET
            ==================================
            TRUCK#  01 FOR 364935110
            ==================================
            ==================================
            ==================================
            ==================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==================================
   PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000    .000  EA        1.47         17.64
   PM0105000   GEN POWERMATE 5000                 2.000     2.000    .000  EA      417.89        835.78
   PM0102500   GEN POWERMATE 2500                10.000    10.000    .000  EA      244.12       2441.20
               NO PRETICKET
               ==================================
               ==================================
               TRUCK#  01 FOR 364935110
                     Continued
```

```
                                    ** EDI      INVOICE      2
                                 ** REPRINT
                                                                  3/07/08

                                                                  072251

        WAL-MART DC 6066A-ASM DIS                                 6660373
        694 CRENSHAW BLVD
        364935110                                                 3301655
        HOPKINSVILLE, KY  42240



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


6301879699           3/07/08     1% 45 DAYS        00    USD  Prepaid          0604656558


      ==============================
      =================================
      =========================
      =================================
      ========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION   FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      =============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 3294.62 | .00 | .00 | .00 |  | 3294.62 |

```
                              INVOICE TOTAL     3294.62               3/07/08

                                                                     072251
                              Powermate Corporation
                              P.O. Box 930229                         6660373
                              Atlanta, GA 31193-0229
                                                                     3301655
```

```
                                             ** EDI        INVOICE      1
                                       ** REPRINT
                                                                          3/07/08

                                                                         072251
            WAL-MART DC 6066A-ASM DIS
            694 CRENSHAW BLVD                                            6660374
            364935110
            HOPKINSVILLE, KY  42240                                      3299063



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


6301879294            3/07/08       1% 45 DAYS        00      USD   Prepaid


            NO PRETICKET
            ======================================
            ==========================
            TRUCK#  01 FOR 364935110
            ======================================
            ======================================
            ==========================
            ======================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

| | | | | | |
|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 2.000 | 2.000 | .000 EA | 417.89 | 835.78 |

```
            NO PRETICKET
            ======================================
            ==========================
            TRUCK#  01 FOR 364935110
            ==============================
                 Continued
```

```
                                      ** DI       INVOICE      2
                                  ** REPRINT
                                                                      3/07/08

                                                                      072251
            WAL-MART DC 6066A-ASM DIS
            694 CRENSHAW BLVD                                         6660374
            364935110
            HOPKINSVILLE, KY  42240                                   3299063




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


6301879294              3/07/08      1% 45 DAYS          00    USD   Prepaid         0604556520


            ===================================
            =========================
            ===================================
            =====================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

|         |      | GST  |      |      |  INVOICE TOTAL |
|---------|------|------|------|------|----------------|
| 844.60  | .00  | .00  | .00  |      | 844.60         |

```
                        INVOICE TOTAL      844.60                    3/07/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6660374
                        Atlanta, GA 31193-0229
                                                                     3299063
```

```
                                            ** IDI        INVOICE      1
                                            ** REPRINT

                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6039A-ASM DIS
        1659 POTTERTOWN RD                                                6660375
        364935110
        MIDWAY, TN  37809                                                 3299064



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  8651888950            3/07/08      1% 45 DAYS         00     USD  Prepaid


        NO PRETICKET
        =====================================
        =============================
        TRUCK# 01 FOR 364935110
        =============================
        =====================================
        ============================
        =====================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================

  PA0650074    OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000  EA        1.47       8.82
  PM0102500    GEN POWERMATE 2500               1.000    1.000    .000  EA      244.12     244.12
               NO PRETICKET
        =====================================
        =========================
        TRUCK# 01 FOR 364935110
        =============================
             Continued
```

```
                                        ** IDI        INVOICE        2
                                      ** REPRINT
                                                                      3/07/08

                                                                      072251
          WAL-MART DC 6039A-ASM DIS
          1659 POTTERTOWN RD                                          6660375
          364935110
          MIDWAY, TN  37809                                           3299064



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002
```

```
8651888950          3/07/08     1% 45 DAYS        00    USD   Prepaid        0604657438
```

```
          ============================================
          ============================
          ============================================
          ============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

```
                             GST                                INVOICE TOTAL

   252.94              .00              .00              .00              252.94


                        INVOICE TOTAL      252.94                  3/07/08

                                                                  072251
                        Powermate Corporation
                        P.O. Box 930229                           6660375
                        Atlanta, GA 31193-0229
                                                                  3299064
```

```
                                          ** EDI        INVOICE      1
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251
            WAL-MART DC 6094A-ASM DIS
            5841 SW REGIONAL AIRPORT BLVD                               6660376
            364935110
            BENTONVILLE, AR  72712                                      3299560




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                69
            BENTONVILLE, AR  72716-8002



1251918421            3/07/08      1% 45 DAYS          00      USD   Prepaid



            NO PRETICKET
            =====================================
            =======================================
            TRUCK# 01 FOR 364935110
            =======================================
            =======================================
            ============================
            =====================================
            =======================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==================================
            MUST ARRIVE BY 03/06

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        6.000      6.000      .000  EA      1.47       8.82
PM0102500   GEN POWERMATE 2500                  1.000      1.000      .000  EA    244.12     244.12
            NO PRETICKET
            ======================================
            =========================
            TRUCK# 01 FOR 364935110
                Continued
```

```
                                    ** IDI       INVOICE      2
                                 ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                                 6660376
        364935110
        BENTONVILLE, AR  72712                                        3299560



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


1251918421             3/07/08     1% 45 DAYS        00    USD   Prepaid           0604658161


        ===============================
        ==================================
        ============================
        ==================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 252.94 | .00 | .00 | .00 | 252.94 |

```
                          INVOICE TOTAL     252.94                    3/07/08

                                                                      072251
                          Powermate Corporation
                          P.O. Box 930229                             6660376
                          Atlanta, GA 31193-0229
                                                                      3299560
```

```
                                        ** IDI        INVOICE      1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6039A-ASM DIS
        1659 POTTERTOWN RD                                              6660377
        364935110
        MIDWAY, TN  37809                                               3300341



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002
```

| 8651889159 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid |

```
        NO PRETICKET
        ======================================
        ============================
        TRUCK# 01 FOR 364935110
        ================================
        =======================================
        ==========================
        =========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 14.000 | 14.000 | .000 | EA | 244.12 | 3417.68 |

```
        NO PRETICKET
        =========================================
        ==========================
        TRUCK# 01 FOR 364935110
              Continued
```

```
                                          ** EDI      INVOICE      2
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251

       WAL-MART DC 6039A-ASM DIS                                        6660377
       1659 POTTERTOWN RD
       364935110
       MIDWAY, TN  37809                                                3300341



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
              69
       BENTONVILLE, AR  72716-8002
```

8651889159            3/07/08    1% 45 DAYS         00    USD   Prepaid        0604657429

```
       ===============================
       ===================================
       =========================
       ======================================
       =========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ===============================
```

                                  GST                                 INVOICE TOTAL

3844.39               .00                  .00                 .00              3844.39


                         INVOICE TOTAL     3844.39                      3/07/08

                                                                        072251

                         Powermate Corporation                         6660377
                         P.O. Box 930229
                         Atlanta, GA 31193-0229                         3300341

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                              3/07/08

                                                                              072251

             WAL-MART DC 6006A-ASM DIS                                        6660378
             2200 7TH AVENUE SOUTHWEST
             364935110                                                        3299564
             CULLMAN, AL  35055



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                    69
             BENTONVILLE, AR  72716-8002


  4706707883          3/07/08      1% 45 DAYS          00     USD   Prepaid


     NO PRETICKET
     ======================================
     ======================================
     TRUCK#  01 FOR 364935110
     ======================================
     ======================================
     ==========================
     ======================================
     ============================
     IF MULTIPLE DESTINATIONS HAVE THE
     SAME SHIP DATE, PLEASE
     SHIP TO FURTHEST DESTINATION  FIRST
     AND CLOSEST DESTINATIONS
     LAST.
     ==================================
     MUST ARRIVE BY 03/06/04

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     6.000    6.000    .000  EA      1.47         8.82
  PM0102500   GEN POWERMATE 2500               4.000    4.000    .000  EA    244.12       976.48
             NO PRETICKET
             ======================================
             ==========================
             TRUCK#  01 FOR 364935110
                Continued
```

```
                                    ** IDI        INVOICE      2
                                 ** REPRINT
                                                                    3/07/08

                                                                    072251

           WAL-MART DC 6006A-ASM DIS                                6660378
           2200 7TH AVENUE SOUTHWEST
           364935110                                                3299564
           CULLMAN, AL  35055



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                     69
           BENTONVILLE, AR  72716-8002
```

| 4706707883 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 060465664X |

```
           =================================
           =========================================
           =========================
           =========================================
           ===========================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 985.30 | .00 | .00 | .00 | 985.30 |

```
                         INVOICE TOTAL      985.30           3/07/08

                                                             072251

                         Powermate Corporation               6660378
                         P.O. Box 930229
                         Atlanta, GA 31193-0229              3299564
```

```
                                          ** IDI        INVOICE       1
                                       ** REPRIN'
                                                                        3/07/08

                                                                        072251

         WAL-MART DC 6018A-ASM DIS                                      6660379
         2103 SOUTH MAIN
         364935110                                                     3300868
         SEARCY, AR  72143




         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002



 6151917643             3/07/08      1% 45 DAYS         00    USD   Prepaid



         NO PRETICKET
         ===========================================
         ===========================
         TRUCK#  01 FOR 364935110
         ======================================
         =============================
         ================================
         ===============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==================================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    18.000   18.000   .000  EA      1.47       26.46
 PM0105000   GEN POWERMATE 5000               5.000    5.000   .000  EA    417.89     2089.45
 PM0102500   GEN POWERMATE 2500              12.000   12.000   .000  EA    244.12     2929.44
             NO PRETICKET
             ================================
             =========================
             TRUCK#  01 FOR 364935110
                 Continued
```

** EDI        INVOICE        2
** REPRINT

3/07/08

072251

WAL-MART DC 6018A-ASM DIS                                          6660379
2103 SOUTH MAIN
364935110                                                         3300868
SEARCY, AR  72143


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
       69
BENTONVILLE, AR  72716-8002


6151917643        3/07/08    1% 45 DAYS        00    USD    Prepaid        0604656722


==============================
================================
=========================
====================================
==========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
===============================


                        GST                                    INVOICE TOTAL

5045.35              .00            .00              .00              5045.35


                INVOICE TOTAL      5045.35                      3/07/08

                                                               072251

                Powermate Corporation                          6660379
                P.O. Box 930229
                Atlanta, GA 31193-0229                         3300868

```
                                        ** EDI     INVOICE     1
                                    ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6006A-ASM DIS                                   6660380
        2200 7TH AVENUE SOUTHWEST
        364935110                                                   3302084
        CULLMAN, AL  35055



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


4706708286          3/07/08     1% 45 DAYS          00    USD   Prepaid


        NO PRETICKET
        =========================================
        ===============================
        TRUCK# 01 FOR 364935110
        ==================================
        =========================================
        ==============================
        =========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST ARRIVE BY 03/06/04

PM0105000   GEN POWERMATE 5000      1.000   1.000   .000 EA    417.89    417.89
PM0102500   GEN POWERMATE 2500      4.000   4.000   .000 EA    244.12    976.48
        NO PRETICKET
        =========================================
        =============================
        TRUCK# 01 FOR 364935110
            Continued
```

```
                              ** EDI      INVOICE      2
                              ** REPRINT
                                                           3/07/08

                                                           072251

        WAL-MART DC 6006A-ASM DIS                          6660380
        2200 7TH AVENUE SOUTHWEST
        364935110                                          3302084
        CULLMAN, AL  35055



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


4706708286          3/07/08      1% 45 DAYS        00   USD  Prepaid        0604656686


        ==================================
        =====================================
        =============================
        =====================================
        =============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1394.37 | .00 | .00 | .00 | 1394.37 |

```
                    INVOICE TOTAL      1394.37                3/07/08

                                                              072251

        Powermate Corporation                                 6660380
        P.O. Box 930229
        Atlanta, GA 31193-0229                                3302084
```

```
                                            ** IDI          INVOICE        1
                                         ** REPRINT
                                                                              3/07/08

                                                                              072251

        WAL-MART DC 6038A-ASM DIS                                             6660381
        8827D OLD RIVER RD
        364935110                                                            3299838
        MARCY, NY  13403



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


 4751936683              3/07/08      1% 45 DAYS           00      USD   Prepaid


        NO PRETICKET
        ==================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==============================
        ===================================
        ===========================
        ===================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
        CXL DATE 03/07/04

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000    .000  EA       1.47      17.64
PM0102500   GEN POWERMATE 2500               4.000    4.000    .000  EA     244.12     976.48
        NO PRETICKET
        ===================================
        ===========================
        TRUCK#  01 FOR 364935110
            Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                               3/07/08

                                                               072251

        WAL-MART DC 6038A-ASM DIS                              6660381
        8827D OLD RIVER RD
        364935110
        MARCY, NY  13403                                       3299838




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
4751936683          3/07/08     1% 45 DAYS        00     USD   Prepaid        0604657400
```

```
        ===================================
        ===========================================
        =================================
        ==========================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION   FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 994.12 | .00 | .00 | .00 | 994.12 |

```
                              INVOICE TOTAL     994.12                3/07/08

                                                                     072251
                              Powermate Corporation
                              P.O. Box 930229                         6660381
                              Atlanta, GA 31193-0229
                                                                     3299838
```

```
                                       ** EDI      INVOICE      1
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251

          WAL-MART DC 6030A-ASM DIS                                       6660382
          42-D FREETOWN ROAD
          364935110                                                       3299842
          RAYMOND, NH  03077



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


9001984163              3/07/08     1% 45 DAYS         00      USD   Prepaid


          NO PRETICKET
          ==============================
          ==============================
          TRUCK# 01 FOR 364935110
          ==============================
          ==============================
          ==========================
          ==============================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
          cxl date 03/09/04
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 4.000 | 4.000 | .000 | EA | 244.12 | 976.48 |

```
          NO PRETICKET
          ==============================
          ==============================
          TRUCK# 01 FOR 364935110
              Continued
```

```
                                        ** IDI        INVOICE      2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

            WAL-MART DC 6030A-ASM DIS                                   6660382
            42-D FREETOWN ROAD
            364935110
            RAYMOND, NH  03077                                          3299842



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


9001984163            3/07/08      1% 45 DAYS          00    USD   Prepaid        0604657382


        ================================
        ===================================
        =========================
        =================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 994.12 | .00 | .00 | .00 | 994.12 |

```
                        INVOICE TOTAL      994.12                    3/07/08

                                                                    072251
                        Powermate Corporation
                        P.O. Box 930229                             6660382
                        Atlanta, GA 31193-0229
                                                                    3299842
```

```
                                        ** EOI      INVOICE      1
                                    ** REPRINT
                                                                          3/07/08

                                                                          072251

        WAL-MART DC 6070A-ASM DIS                                         6660384
        220 WAL-MART DRIVE
        364935110                                                         3300342
        SHELBY, NC  28150



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


9752002942              3/07/08       1% 45 DAYS            00      USD  Prepaid


        NO PRETICKET
        ===================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===============================
        ===================================
        ===========================
        ===================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        TRUCK 4

EM0102500  GEN POWERMATE 2500         1.000    1.000    .000  EA    244.12    244.12
           NO PRETICKET
        ===================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===============================
              Continued
```

```
                                       ** EDI      INVOICE      2
                                     ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6070A-ASM DIS
        220 WAL-MART DRIVE                                            6660384
        364935110
        SHELBY, NC  28150                                             3300342



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002


9752002942              3/07/08      1% 45 DAYS          00    USD  Prepaid         0604655247


        =======================================
        ========================================
        =======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 244.12 | .00 | .00 | .00 |  | 244.12 |

```
                              INVOICE TOTAL     244.12                  3/07/08

                                                                        072251
                              Powermate Corporation
                              P.O. Box 930229                           6660384
                              Atlanta, GA 31193-0229
                                                                        3300342
```

```
                                    ** FDI        INVOICE      1
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6037A-ASM DIS
        2650 HWY 395 SOUTH                                          6660385
        364935110
        HERMISTON, OR  97838                                        3300587



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002



3151898856           3/07/08      1% 45 DAYS          00     USD   Prepaid



        NO PRETICKET
        ==========================================
        ==========================
        TRUCK# 01 FOR 364935110
        ====================================
        =========================================
        ===================================
        =========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        must arrive by

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000    .000  EA        1.47        17.64
PM0102500   GEN POWERMATE 2500                 1.000     1.000    .000  EA      244.12       244.12
        NO PRETICKET
        =========================================
        ===========================
        TRUCK# 01 FOR 364935110
            Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                       3/07/08

                                                                       072251
        WAL-MART DC 6037A-ASM DIS
        2650 HWY 395 SOUTH                                             6660385
        364935110
        HERMISTON, OR  97838                                          3300587



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


3151898856            3/07/08    1% 45 DAYS         00    USD   Prepaid      0604657355


        ================================
        =====================================
        ===========================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 261.76 | .00 | .00 | .00 | 261.76 |

```
                    INVOICE TOTAL    261.76                 3/07/08

                                                           072251
                    Powermate Corporation
                    P.O. Box 930229                         6660385
                    Atlanta, GA 31193-0229
                                                           3300587
```

```
                                        ** EDI        INVOICE      1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

          WAL-MART DC 6027A-ASM DIS                                     6660386
          300 WAL-MART DRIVE
          ST RT 970                                                     3299840
          364935110
          WOODLAND, PA  16881



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002
```

| 5601917847 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid |
|---|---|---|---|---|---|

```
          NO PRETICKET
          =========================================
          =======================
          TRUCK# 01 FOR 364935110
          ================================
          =========================================
          ===========================
          =========================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
          MUST DELVIER BY 03/05/04
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |

```
                     NO PRETICKET
          ================================
          TRUCK# 01 FOR 364935110
               Continued
```

```
                                        ** EDI        INVOICE      2
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6027A-ASM DIS                                       6660386
        300 WAL-MART DRIVE
        ST RT 970
        364935110                                                       3299840
        WOODLAND, PA  16881



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

5601917847            3/07/08    1% 45 DAYS          00    USD   Prepaid        0604657319

```
        ===============================
        ===================================
        ===========================
        ===================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

GST                                                    INVOICE TOTAL

261.76              .00              .00                  .00              261.76


                      INVOICE TOTAL     261.76                          3/07/08

                                                                        072251

                      Powermate Corporation                            6660386
                      P.O. Box 930229
                      Atlanta, GA 31193-0229                            3299840

```
                                    ** EDI        INVOICE        1
                                 ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 7038A-ASM DIS
        4009 SOUTH JENKINS RD                                       6660498
        364935110
        FT PIERCE, FL  34981                                        3298564



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


9706783810              3/07/08      1% 45 DAYS           00      USD    Prepaid


        NO PRETICKET
        ====================================
        ====================================
        TRUCK# 01 FOR 364935110
        ====================================
        ====================================
        ====================================
        ====================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ====================================

PA0650192    KIT GEN ACC 20A CORD          9.000    9.000    .000  EA     25.88    232.92
PA0650074    OIL GEN 1 QT SAE 30 SIX PACK  12.000  12.000    .000  EA      1.47     17.64
PM0102500    GEN POWERMATE 2500            1.000    1.000    .000  EA    244.12    244.12
             NO PRETICKET
        ====================================
        ====================================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                              ** EDI       INVOICE        2
                                              ** REPRINT
                                                                              3/07/08

                                                                              072251

              WAL-MART DC 7038A-ASM DIS
              4009 SOUTH JENKINS RD                                           6660498
              364935110
              FT PIERCE, FL  34981                                            3298564




              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002



9706783810              3/07/08      1% 45 DAYS          00      USD   Prepaid         0604656549



      =================================
      ==================================
      =========================
      =================================
      ==========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      =================================
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 494.68 | .00 | .00 | .00 | 494.68 |

```
                              INVOICE TOTAL      494.68                   3/07/08

                                                                         072251
                              Powermate Corporation
                              P.O. Box 930229                            6660498
                              Atlanta, GA 31193-0229
                                                                         3298564
```

```
                                          ** EDI        INVOICE        1
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251

         WAL-MART DC 6020A-ASM DIS                                        6660499
         4224 KETTERING ROAD
         364935110                                                        3299839
         BROOKSVILLE, FL  34602




         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002



5601869465           3/07/08     1% 45 DAYS          00     USD  Prepaid



         NO PRETICKET
         ======================================
         ==========================
         TRUCK#  01 FOR 364935110
         ==============================
         ======================================
         ===========================
         ======================================
         =========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650192 | KIT GEN ACC 20A CORD | 3.000 | 3.000 | .000 | EA | 25.88 | 77.64 |
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |

```
         NO PRETICKET
         ================================
         ==========================
         TRUCK#  01 FOR 364935110
              Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
          WAL-MART DC 6020A-ASM DIS
          4224 KETTERING ROAD                                           6660499
          364935110
          BROOKSVILLE, FL  34602                                        3299839




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


5601869465              3/07/08     1% 45 DAYS        00   USD  Prepaid        0604657281



          ================================
          ================================
          =========================
          ==============================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================




                          GST                                 INVOICE TOTAL

330.58                .00              .00              .00              330.58


                   INVOICE TOTAL    330.58                     3/07/08

                                                              072251
                   Powermate Corporation
                   P.O. Box 930229                            6660499
                   Atlanta, GA 31193-0229
                                                              3299839
```

```
                                        ** EDI        INVOICE      1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

            WAL-MART DC 6018A-ASM DIS
            2103 SOUTH MAIN                                              6660500
            364935110
            SEARCY, AR  72143                                           3299565



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


 6151917443              3/07/08      1½ 45 DAYS          00     USD   Prepaid


            NO PRETICKET
            ===================================
            ===================================
            TRUCK#  01 FOR 364935110
            ===================================
            ===================================
            ===================================
            ===================================
            ===================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===================================
 PM0102500  GEN POWERMATE 2500           1.000    1.000    .000  EA      244.12      244.12
            NO PRETICKET
            ===================================
            TRUCK#  01 FOR 364935110
            ===================================
            ===================================
                Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                        3/07/08

                                                                        072251
         WAL-MART DC 6018A-ASM DIS
         2103 SOUTH MAIN                                                6660500
         364935110
         SEARCY, AR  72143                                              3299565



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                69
         BENTONVILLE, AR  72716-8002


 6151917443              3/07/08     1½ 45 DAYS          00     USD   Prepaid          0604656731



       ==========================
    ===========================================
    =========================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    ===============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 244.12 | .00 | .00 | .00 | 244.12 |

INVOICE TOTAL     244.12                              3/07/08

                                                      072251
Powermate Corporation
P.O. Box 930229                                       6660500
Atlanta, GA 31193-0229
                                                      3299565

```
                                     ** EDI       INVOICE      1
                                  ** REPRINT

                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6011A-ASM DIS
        2200 MANUFACTURERS BOULEVARD                                6660501
        364935110
        BROOKHAVEN, MS  39601                                       3299566




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002



9506716900            3/07/08      1% 45 DAYS          00    USD  Prepaid


        NO PRETICKET
        =========================================
        ===========================
        TRUCK#  01 FOR 364935110
        =========================================
        =========================================
        ====================
        =========================================
        ===================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
        MUST ARRIVE BY 03/07/04

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      18.000  18.000    .000 EA        1.47      26.46
PM0102500   GEN POWERMATE 2500                 4.000   4.000    .000 EA      244.12     976.48
        NO PRETICKET
        =================================
        =========================
        TRUCK#  01 FOR 364935110
                Continued
```

```
                                        ** EDI        INVOICE        2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
            WAL-MART DC 6011A-ASM DIS
            2200 MANUFACTURERS BOULEVARD                                6660501
            364935110
            BROOKHAVEN, MS  39601                                       3299566



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002


9506716900            3/07/08      1% 45 DAYS        00    USD   Prepaid        0604656677


       ============================
       =============================
       =========================
       ========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       =============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1002.94 | .00 | .00 | .00 | 1002.94 |

```
                        INVOICE TOTAL     1002.94                 3/07/08

                                                                 072251
                        Powermate Corporation
                        P.O. Box 930229                           6660501
                        Atlanta, GA 31193-0229
                                                                 3299566
```

```
                                              ** EDI         INVOICE        1
                                          ** REPRINT
                                                                              3/07/08

        WAL-MART DC 6023A-ASM DIS                                           072251
        21504 COX ROAD
        364935110                                                          6660502
        SUTHERLAND, VA  23885
                                                                           3299834



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
  1801927217              3/07/08      1% 45 DAYS         00      USD   Prepaid
```

```
        NO PRETICKET
        ======================================
        =======================
        TRUCK# 01 FOR 364935110
        ======================================
        =======================================
        =======================
        ======================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
        CKL DATE 03/10/04
```

```
  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     12.000   12.000   .000  EA    1.47     17.64
  PM0102500   GEN POWERMATE 2500                1.000    1.000   .000  EA  244.12    244.12
              NO PRETICKET
              ==================================
              ======================
              TRUCK# 01 FOR 364935110
                  Continued
```

** EDI        INVOICE        2
** REPRINT

3/07/08

WAL-MART DC 6023A-ASM DIS                            072251
21504 COX ROAD
364935110                                           6660502
SUTHERLAND, VA  23885
                                                    3299834


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
          69
BENTONVILLE, AR  72716-8002


1801927217          3/07/08      1% 45 DAYS        00    USD    Prepaid        0604657263


================================
====================================
==========================
======================================
==========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
===================================


                          GST                                      INVOICE TOTAL
  261.76          .00              .00                  .00              261.76


                    INVOICE TOTAL      261.76
                                                        3/07/08
              Powermate Corporation                     072251
              P.O. Box 930229
              Atlanta, GA 31193-0229                    6660502

                                                        3299834

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6054A-ASM DIS
        385 CALLAWAY CHURCH ROAD                                          6660503
        364935110
        LA GRANGE, GA  30241                                              3299835



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



 2401917675              3/07/08      1% 45 DAYS           00     USD   Prepaid



        NO PRETICKET
        ==============================================
        ==============================
        TRUCK#  01 FOR 364935110
        ==============================================
        ==============================================
        ==============================
        ==============================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        TRUCK # 3

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000    .000  EA       1.47      17.64
 PM0102500   GEN POWERMATE 2500                 4.000     4.000    .000  EA     244.12     976.48
             NO PRETICKET
             ======================================
             ==============================
             TRUCK#  01 FOR 364935110
                  Continued
```

```
                                         ** EDI        INVOICE       2
                                    ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6054A-ASM DIS
        385 CALLAWAY CHURCH ROAD                                    6660503
        364935110
        LA GRANGE, GA  30241                                        3299835




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


2401917675            3/07/08     1% 45 DAYS        00    USD  Prepaid        0604658199


        ====================================
        =======================================
        ============================
        =========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 994.12 | .00 | .00 | .00 | 994.12 |

```
                              INVOICE TOTAL     994.12                   3/07/08

                                                                        072251
                              Powermate Corporation
                              P.O. Box 930229                           6660503
                              Atlanta, GA 31193-0229
                                                                        3299835
```

```
                                          ** EDI        INVOICE        1
                                        ** REPRINT
                                                                              3/07/08

                                                                              072251

              WAL-MART DC 7035A-ASM DIS                                       6660504
              18245 NW 115 AVENUE
              364935110                                                       3301109
              ALACHUA, FL  32615



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                        69
              BENTONVILLE, AR  72716-8002


 4401849010              3/07/08      1% 20 Days  Net        00     USD   Prepaid


              NO PRETICKET
              ===========================================
              ===========================
              TRUCK#  01 FOR 364935110
              ===========================
              ===========================================
              ===========================
              ===========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ===========================

 PA0650192    KIT GEN ACC 20A CORD              3.000    3.000    .000 EA       25.88        77.64
 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK     18.000   18.000    .000 EA        1.47        26.46
 PM0102500    GEN POWERMATE 2500               2.000    2.000    .000 EA      244.12       488.24
              NO PRETICKET
              ===========================================
              ===========================
              TRUCK#  01 FOR 364935110
                  Continued
```

```
                                              ** EDI        INVOICE      2
                                          ** REPRINT
                                                                            3/07/08

                                                                            072251

        WAL-MART DC 7035A-ASM DIS                                           6660504
        18245 NW 115 AVENUE
        364935110
        ALACHUA, FL  32615                                                  3301109




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



4401849010              3/07/08      1% 20 Days  Net      00     USD   Prepaid          0604656585



        ===================================
        =========================================
        =========================
        ========================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 592.34 | .00 | .00 | .00 | | 592.34 |

```
                              INVOICE TOTAL     592.34                3/07/08

                                                                      072251

                         Powermate Corporation                        6660504
                         P.O. Box 930229
                         Atlanta, GA 31193-0229                        3301109
```

```
                                          ** EDI      INVOICE        1
                                       ** REPRINT
                                                                          3/07/08

                                                                          072251

        WAL-MART DC 6011A-ASM DIS                                         6660505
        2200 MANUFACTURERS BOULEVARD
        364935110                                                         3300869
        BROOKHAVEN, MS  39601




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                  69
        BENTONVILLE, AR  72716-B002



9506717096              3/07/08      1% 45 DAYS          00      USD  Prepaid


        NO PRETICKET
        =====================================
        =========================
        TRUCK# 01 FOR 364935110
        ==============================
        =====================================
        ==========================
        =====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
        MUST ARRIVE BY 03/07/04

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK       24.000   24.000   .000  EA       1.47       35.28
PM0102500  GEN POWERMATE 2500                  3.000    3.000   .000  EA     244.12      732.36
        NO PRETICKET
        =====================================
        =========================
        TRUCK# 01 FOR 364935110
            Continued
```

** EDI        INVOICE        2
** REPRINT

3/07/08

072251

WAL-MART DC 6011A-ASM DIS                    6660505
2200 MANUFACTURERS BOULEVARD
364935110                                    3300869
BROOKHAVEN, MS  39601


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-B002


9506717096        3/07/08      1% 45 DAYS        00      USD    Prepaid        060465675X


==============================
=====================================
========================
===================================
=====================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==============================


                        GST                                    INVOICE TOTAL

767.64              .00              .00              .00              767.64


                INVOICE TOTAL      767.64                    3/07/08

                                                            072251

                Powermate Corporation                       6660505
                P.O. Box 930229
                Atlanta, GA 31193-0229                       3300869

```
                                                ** EDI        INVOICE      1
                                           ** REPRINT
                                                                              3/07/08

                                                                              072251

         WAL-MART  5400                                                       6660506
         8827 C SOUTH OLD RIVER ROAD
         MARCY, NY  13403                                                     3298558



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                    69
         BENTONVILLE, AR  72716-8002



4206840108              3/07/08       1% 20 Days  Net       00      USD    Prepaid


         ================================IF
         MULTIPLE DESTINATIONS HAVE
         THE SAME SHIP DATE, PLEASE    SHIP
         TO FURTHEST DESTINATION
         FIRST AND CLOSEST DESTINATIONSLAST.
         ================================SUPPLI
         ER WILL SHIP ALL
         MERCHANDISE IN ACCORDANCE WITHTHE
         CURRENT SHIPPING AND
         ROUTING INSTRUCTIONS,
         WAL-MARTSTORES, INC. (THE "ROUTING
         INSTRUCTIONS"). THE CURRENT
         ROUTING INSTRUCTIONS ARE
         AVAILABLE ON RETAIL LINK.
         SUPPLIER IS LIABLE FOR THE
         EXCESS TRANSPORTATION COST IF THE
         DESIGNATED ROUTING IS NOT
         FOLLOWED. IF THE SUPPLIER HAS A
         QUESTION CONCERNING THE
         ROUTING SELECTED, SUPPLIER    MUST
         CALL COMPANY S TRAFFIC
         DEPARTMENT BEFORE RELEASING    THE
         SHIPMENT.
              Continued
```

```
                                           ** EDI      INVOICE      2
                                        ** REPRINT
                                                                         3/07/08

                                                                         072251

            WAL-MART  5400                                               6660506
            8827 C SOUTH OLD RIVER ROAD
            MARCY, NY  13403                                             3298558



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


 4206840108            3/07/08      1% 20 Days  Net       00     USD   Prepaid          0604656603


            ==============================PLEASE
             SHIP TO THE FOLLOWING
            WALMART.COM. FC#5400          8827C
            OLD RIVER RD
            MARCY, NY 13403
            315.765.2125
 PM0102500  GEN POWERMATE 2500                    30.000   30.000     .000  EA      244.12      7323.60
            =============================IF
            MULTIPLE DESTINATIONS HAVE
            THE SAME SHIP DATE, PLEASE    SHIP
            TO FURTHEST DESTINATION
            FIRST AND CLOSEST DESTINATIONSLAST.
            =============================SUPPLI
            ER WILL SHIP ALL
            MERCHANDISE IN ACCORDANCE WITHTHE
            CURRENT SHIPPING AND
            ROUTING INSTRUCTIONS,
            WAL-MARTSTORES, INC. (THE "ROUTING
            INSTRUCTIONS"). THE CURRENT
            ROUTING INSTRUCTIONS ARE
            AVAILABLE ON RETAIL LINK.
            SUPPLIER IS LIABLE FOR THE
                 Continued
```

```
                                        ** EDI        INVOICE      3
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
          WAL-MART  5400                                                6660506
          8827 C SOUTH OLD RIVER ROAD
          MARCY, NY  13403                                              3298558




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


 4206840108           3/07/08      1% 20 Days  Net       00      USD   Prepaid            0604656603


          EXCESS TRANSPORTATION COST IF THE
          DESIGNATED ROUTING IS NOT
          FOLLOWED. IF THE SUPPLIER HAS A
          QUESTION CONCERNING THE
          ROUTING SELECTED, SUPPLIER    MUST
          CALL COMPANY S TRAFFIC
          DEPARTMENT BEFORE RELEASING    THE
          SHIPMENT.
          =================================PLEASE
         . SHIP TO THE FOLLOWING
          WALMART.COM. FC#5400         8827C
          OLD RIVER RD
          MARCY, NY 13403
          315.765.2125




               Continued
```

```
                                    ** EDI        INVOICE        4
                                ** REPRINT
                                                                    3/07/08

                                                                    072251

            WAL-MART  5400                                          6660506
            8827 C SOUTH OLD RIVER ROAD
            MARCY, NY  13403                                        3298558



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


 4206840108            3/07/08     1% 20 Days  Net      00    USD   Prepaid        0604656603
```

```
                        GST                                         INVOICE TOTAL

 7323.60              .00                  .00              .00                   7323.60
```

```
                            INVOICE TOTAL      7323.60                3/07/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6660506
                        Atlanta, GA 31193-0229
                                                                     3298558
```

```
                                           ** EDI      INVOICE       1
                                        ** REPRINT
                                                                         3/07/08

                                                                         072251

        WAL-MART  5400
        8827 C SOUTH OLD RIVER RD                                        6660507
        MARCY, NY  13403
                                                                         3301169




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 4206840203              3/07/08       1% 20 Days  Net        00     USD   Prepaid



        ===============================>IF
        MULTIPLE DESTINATIONS HAVE
        THE SAME SHIP DATE, PLEASE    SHIP
        TO FURTHEST DESTINATION
        FIRST AND CLOSEST DESTINATIONSLAST.
        ============================>SUPPLI
        ER WILL SHIP ALL
        MERCHANDISE IN ACCORDANCE WITHTHE
        CURRENT SHIPPING AND
        ROUTING INSTRUCTIONS,
        WAL-MARTSTORES, INC. (THE "ROUTING
        INSTRUCTIONS"). THE CURRENT
        ROUTING INSTRUCTIONS ARE
        AVAILABLE ON RETAIL LINK.
        SUPPLIER IS LIABLE FOR THE
        EXCESS TRANSPORTATION COST IF THE
        DESIGNATED ROUTING IS NOT
        FOLLOWED. IF THE SUPPLIER HAS A
        QUESTION CONCERNING THE
        ROUTING SELECTED, SUPPLIER    MUST
        CALL COMPANY S TRAFFIC
        DEPARTMENT BEFORE RELEASING   THE
        SHIPMENT.
              Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                     3/07/08

                                                                     072251

        WAL-MART  5400                                               6660507
        8827 C SOUTH OLD RIVER RD
        MARCY, NY 13403                                              3301169



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

| 4206840203 | 3/07/08 | 1% 20 Days Net | 00 | USD | Prepaid | 0604656594 |

```
        ================================PLEASE
         SHIP TO THE FOLLOWING
        WALMART.COM. FC#5400        8827C
        OLD RIVER RD
        MARCY, NY 13403
        315.765.2125
```

| PM0102500 | GEN POWERMATE 2500 | 45.000 | 45.000 | .000 EA | 244.12 | 10985.40 |

```
        ===============================IF
        MULTIPLE DESTINATIONS HAVE
        THE SAME SHIP DATE, PLEASE    SHIP
        TO FURTHEST DESTINATION
        FIRST AND CLOSEST DESTINATIONSLAST.
        ===============================SUPPLI
        ER WILL SHIP ALL
        MERCHANDISE IN ACCORDANCE WITHTHE
        CURRENT SHIPPING AND
        ROUTING INSTRUCTIONS,
        WAL-MARTSTORES, INC. (THE "ROUTING
        INSTRUCTIONS"). THE CURRENT
        ROUTING INSTRUCTIONS ARE
        AVAILABLE ON RETAIL LINK.
        SUPPLIER IS LIABLE FOR THE
            Continued
```

```
                                    ** EDI        INVOICE        3
                                  ** REPRINT
                                                              3/07/08

                                                              072251

          WAL-MART  5400                                      6660507
          8827 C SOUTH OLD RIVER RD
          MARCY, NY  13403                                    3301169



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


4206840203          3/07/08     1% 20 Days  Net        00    USD  Prepaid        0604656594


          EXCESS TRANSPORTATION COST IF THE
          DESIGNATED ROUTING IS NOT
          FOLLOWED. IF THE SUPPLIER HAS A
          QUESTION CONCERNING THE
          ROUTING SELECTED, SUPPLIER    MUST
          CALL COMPANY S TRAFFIC
          DEPARTMENT BEFORE RELEASING   THE
          SHIPMENT.
          ===============================PLEASE
           SHIP TO THE FOLLOWING
          WALMART.COM. FC#5400          8827C
          OLD RIVER RD
          MARCY, NY 13403
          315.765.2125



                   Continued
```

```
                                      ** EDI        INVOICE      4
                                   ** REPRINT
                                                                     3/07/08

                                                                     072251

          WAL-MART  5400                                             6660507
          8827 C SOUTH OLD RIVER RD
          MARCY, NY  13403                                           3301169




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


 4206840203              3/07/08     1% 20 Days  Net       00    USD   Prepaid              0604656594
```

```
                              GST                                    INVOICE TOTAL
   10985.40               .00              .00              .00                  10985.40


                          INVOICE TOTAL      10985.40                  3/07/08

                                                                       072251
                          Powermate Corporation
                          P.O. Box 930229                              6660507
                          Atlanta, GA 31193-0229
                                                                       3301169
```

```
                                    ** EDI       INVOICE        1
                                ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 7045A-ASM DIS                                   6660508
        6004 WALTON WAY
        364935110                                                   3299836
        MT. CRAWFORD, VA  22841



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                   69
        BENTONVILLE, AR  72716-8002
```

```
3001869450          3/07/08      1% 45 DAYS          00     USD   Prepaid
```

```
        NO PRETICKET
        =====================================
        ===========================
        TRUCK# 01 FOR 364935110
        ==============================
        =====================================
        ===========================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

```
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000   .000  EA      1.47     17.64
PM0102500   GEN POWERMATE 2500                 1.000    1.000   .000  EA    244.12    244.12
            NO PRETICKET
            =====================================
            ===========================
            TRUCK# 01 FOR 364935110
            ===========================
                 Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 7045A-ASM DIS                                       6660508
        6004 WALTON WAY
        364935110                                                       3299836
        MT. CRAWFORD, VA  22841



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


3001869450              3/07/08      1% 45 DAYS          00    USD   Prepaid           0604656668



        =====================================
        =============================
        =====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 261.76 | .00 | .00 | .00 | 261.76 |

INVOICE TOTAL      261.76                                    3/07/08

                                                            072251

Powermate Corporation                                       6660508
P.O. Box 930229
Atlanta, GA 31193-0229                                      3299836

```
                                        ** EDI      INVOICE       1
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251

         WAL-MART DC 6043A-ASM DIS                                      6660513
         492 JONESVILLE ROAD
         364935110                                                      3300339
         COLDWATER, MI  49036



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
               69
         BENTONVILLE, AR  72716-8002
```

| 3201917913 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid |
|---|---|---|---|---|---|

```
         NO PRETICKET
         ==========================================
         ============================
         TRUCK# 01 FOR 364935110
         ==================================
         ==========================================
         ============================
         ==========================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

| PM0105000 | GEN POWERMATE 5000 | 10.000 | 10.000 | .000 | EA | 417.89 | 4178.90 |
| PM0102500 | GEN POWERMATE 2500 | 17.000 | 17.000 | .000 | EA | 244.12 | 4150.04 |

```
         NO PRETICKET
         ==========================================
         ============================
         TRUCK# 01 FOR 364935110
         ==============================
               Continued
```

```
                                            ** EDI        INVOICE       2
                                          ** REPRINT
                                                                           3/07/08

                                                                           072251
            WAL-MART DC 6043A-ASM DIS
            492 JONESVILLE ROAD                                            6660513
            364935110
            COLDWATER, MI  49036                                           3300339



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


3201917913           3/07/08      1% 45 DAYS      .        00    USD   Prepaid        00316233964



    ======================================
    ==================================
    ======================================
    ==========================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8328.94 | .00 | .00 | .00 | 8328.94 |

```
                        INVOICE TOTAL      8328.94                    3/07/08

                                                                      072251
                    Powermate Corporation
                    P.O. Box 930229                                   6660513
                    Atlanta, GA 31193-0229
                                                                      3300339
```

```
                                          ** EDI        INVOICE        1
                                        ** REPRINT
                                                                           3/07/08

                                                                           072251

        WAL-MART DC 6024A-ASM DIS                                          6660516
        3920 SOUTHWEST BLVD.
        364935110                                                          3299061
        GROVE CITY, OH  43123




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002



 2901927153          3/07/08       1% 45 DAYS         00      USD   Prepaid



        NO PRETICKET
        ===================================
        ==========================
        TRUCK# 01 FOR 364935110
        ==========================
        ===================================
        ==========================
        ==================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000   .000 EA       1.47       8.82
 PM0102500   GEN POWERMATE 2500                5.000    5.000   .000 EA     244.12    1220.60
             NO PRETICKET
             ===================================
             ========================
             TRUCK# 01 FOR 364935110
             ==========================
                     Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                               3/07/08

                                                               072251

          WAL-MART DC 6024A-ASM DIS                            6660516
          3920 SOUTHWEST BLVD.
          364935110                                            3299061
          GROVE CITY, OH  43123



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002
```

```
2901927153          3/07/08    1½ 45 DAYS          00    USD   Prepaid         00316233865
```

```
          ======================================
          ==============================
          ======================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

```
                              GST                                INVOICE TOTAL

  1229.42               .00            .00              .00            1229.42


                         INVOICE TOTAL    1229.42                  3/07/08

                                                                  072251
                         Powermate Corporation
                         P.O. Box 930229                          6660516
                         Atlanta, GA 31193-0229
                                                                  3299061
```

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT
                                                                                    3/07/08

                                                                                    072251

            WAL-MART DC 6024A-ASM DIS                                                6660517
            3920 SOUTHWEST BLVD.
            364935110                                                                3302852
            GROVE CITY, OH  43123




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002



2901927744              3/07/08      1% 45 DAYS          00      USD    Prepaid



      NO PRETICKET
      ================================
      ==========================
      TRUCK#  01 FOR 364935110
      ==============================
      ================================
      ==========================
      ================================
      ==========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000   .000  EA      1.47      17.64
PM0102500   GEN POWERMATE 2500               1.000    1.000   .000  EA    244.12     244.12
      NO PRETICKET
      ================================
      ==========================
      TRUCK#  01 FOR 364935110
      ==============================
            Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                               3/07/08

                                                               072251

        WAL-MART DC 6024A-ASM DIS                              6660517
        3920 SOUTHWEST BLVD.
        364935110
        GROVE CITY, OH  43123                                  3302852




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

2901927744            3/07/08      1% 45 DAYS        00      USD   Prepaid              00316233899

```
        ===================================
        =======================
        ===================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

                          GST                                    INVOICE TOTAL

261.76              .00              .00              .00                  261.76

```
                    INVOICE TOTAL      261.76

                                                          3/07/08

                                                          072251

                    Powermate Corporation                 6660517
                    P.O. Box 930229
                    Atlanta, GA 31193-0229                3302852
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6019A-ASM DIS                                   6660533
        7504 EAST CROSSROADS BOULEVARD
        364935110                                                   3300589
        LOVELAND, CO  80538




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002



  5301898610            3/07/08      1% 45 DAYS         00    USD   Prepaid


        NO PRETICKET
        ==========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ==============================
        ==========================================
        ============================
        ==========================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================

  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    6.000   6.000   .000 EA    1.47     8.82
  PM0105000  GEN POWERMATR 5000              1.000   1.000   .000 EA  417.89   417.89
  PM0102500  GEN POWERMATE 2500              3.000   3.000   .000 EA  244.12   732.36
             NO PRETICKET
             ==========================================
             =========================
             TRUCK# 01 FOR 364935110
                 Continued
```

** EDI        INVOICE      2
** REPRINT

3/07/08

072251

WAL-MART BC 6019A-ASM DIS
7504 EAST CROSSROADS BOULEVARD                                      6660533
364935110
LOVELAND, CO  80538                                                 3300589

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

5301898610              3/07/08      1% 45 DAYS          00    USD   Prepaid              5565511

================================
======================================
=============================
======================================
===========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
==================================

                              GST                                          INVOICE TOTAL

1159.07              .00              .00                 .00                    1159.07

                         INVOICE TOTAL      1159.07                          3/07/08

                                                                            072251
                         Powermate Corporation
                         P.O. Box 930229                                     6660533
                         Atlanta, GA 31193-0229
                                                                            3300589

```
                                          ** EDI      INVOICE      1
                                        ** REPRINT
                                                                           3/07/08

                                                                           072251
            WAL-MART DC 6019A-ASM DIS
            7504 EAST CROSSROADS BOULEVARD                                 6660534
            364935110
            LOVELAND, CO  80538                                            3299332



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                     69
            BENTONVILLE, AR  72716-8002



5301898414            3/07/08      1% 45 DAYS         00      USD   Prepaid



            NO PRETICKET
            ================================
            ==========================
            TRUCK# 01 FOR 364935110
            ==========================
            ================================
            ==========================
            ================================
            ===========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================

PM0105000   GEN POWERMATE 5000          1.000   1.000    .000  EA      417.89    417.89
PM0102500   GEN POWERMATE 2500          1.000   1.000    .000  EA      244.12    244.12
            NO PRETICKET
            ================================
            ==========================
            TRUCK# 01 FOR 364935110
            ==========================
                 Continued
```

```
                                    ** EDI        INVOICE        2
                                  ** REPRINT
                                                                      3/07/08

                                                                      072251

          WAL-MART DC 6019A-ASM DIS
          7504 EAST CROSSROADS BOULEVARD                              6660534
          364935110
          LOVELAND, CO  80538                                         3299332



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


5301898414          3/07/08      1% 45 DAYS        00    USD   Prepaid        5565511
```

```
          =====================================
          ============================
          =====================================
          ============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 662.01 | .00 | .00 | .00 | 662.01 |

```
                    INVOICE TOTAL    662.01                   3/07/08

                                                              072251

          Powermate Corporation
          P.O. Box 930229                                     6660534
          Atlanta, GA 31193-0229
                                                              3299332
```

```
                                          ** EDI        INVOICE        1
                                        ** REPRINT
                                                                              3/07/08

                                                                              072251

              WAL-MART DC 6019A-ASM DIS                                        6660535
              7504 EAST CROSSROADS BOULEVARD
              364935110                                                        3301828
              LOVELAND, CO  80538




              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                     69
              BENTONVILLE, AR  72716-8002



   5301898802            3/07/08       1% 45 DAYS          00     USD   Prepaid



              NO PRETICKET
              ===================================
              ============================
              TRUCK#  01 FOR 364935110
              ====================================
              ==========================
              ====================================
              ============================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ==================================

   PM0105000  GEN POWERMATE 5000              1.000    1.000    .000 EA      417.89      417.89
   PM0102500  GEN POWERMATE 2500              5.000    5.000    .000 EA      244.12     1220.60
              NO PRETICKET
              ===================================
              ==========================
              TRUCK#  01 FOR 364935110
              ==============================
                   Continued
```

```
                                    ** EDI      INVOICE      2
                                ** REPRINT
                                                              3/07/08

                                                              072251

        WAL-MART DC 6019A-ASM DIS                             6660535
        7504 EAST CROSSROADS BOULEVARD
        364935110                                             3301828
        LOVELAND, CO  80538



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
5301898802            3/07/08    1½ 45 DAYS        00    USD   Prepaid        5565511
```

```
        ==========================================
        ===================================
        ==========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

```
                         GST                                  INVOICE TOTAL

1638.49              .00              .00              .00              1638.49


                         INVOICE TOTAL    1638.49               3/07/08

                                                                072251
                         Powermate Corporation
                         P.O. Box 930229                        6660535
                         Atlanta, GA 31193-0229
                                                                3301828
```

```
                                         ** EDI      INVOICE      1
                                       ** REPRINT
                                                                          3/11/08

                                                                          072251

         WAL-MART DC 7045A-ASM DIS                                        6660781
         6004 WALTON WAY
         364935110                                                        3301108
         MT. CRAWFORD, VA  22841




         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                69
         BENTONVILLE, AR  72716-8002




3001869648            3/11/08      1% 45 DAYS          00      USD   Prepaid



         NO PRETICKET
         =================================
         ===========================
         TRUCK#  01 FOR 364935110
         ===============================
         =================================
         ==========================
         =================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 24.000 | 24.000 | .000 | EA | 1.47 | 35.28 |
| PM0105000 | GEN POWERMATE 5000 | 5.000 | 5.000 | .000 | EA | 417.89 | 2089.45 |
| PM0102500 | GEN POWERMATE 2500 | 7.000 | 7.000 | .000 | EA | 244.12 | 1708.84 |

```
         NO PRETICKET
         ===================================
         ==========================
         TRUCK#  01 FOR 364935110
              Continued
```

```
                                              ** EDI        INVOICE        2
                                            ** REPRINT
                                                                               3/11/08

                                                                               072251

              WAL-MART DC 7045A-ASM DIS                                        6660781
              6004 WALTON WAY
              364935110                                                        3301108
              MT. CRAWFORD, VA  22841



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


3001869648              3/11/08       1% 45 DAYS         00     USD   Prepaid       00316234160


         ==============================
         ===================================
         ============================
         ===================================
         ==============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 3833.57 | .00 | .00 | .00 | 3833.57 |

```
                              INVOICE TOTAL      3833.57             3/11/08

                                                                    072251
                    Powermate Corporation
                    P.O. Box 930229                                 6660781
                    Atlanta, GA 31193-0229
                                                                    3301108
```

```
                                        ** EDI        INVOICE        1
                                    ** REPRINT
                                                                              3/11/08

                                                                              072251

          WAL-MART DC 6010A-ASM DIS                                           6660934
          690 HIGHWAY 206
          364935110                                                           3301113
          DOUGLAS, GA  31533



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                    69
          BENTONVILLE, AR  72716-8002


  7352031376              3/11/08      1% 45 DAYS         00      USD  Prepaid


          NO PRETICKET
          ====================================
          ===============================
          TRUCK#  01 FOR 364935110
          ===================================
          ==========================
          ====================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK       6.000     6.000    .000  EA        1.47        8.82
  PM0102500  GEN POWERMATE 2500                 2.000     2.000    .000  EA      244.12      488.24
          NO PRETICKET
          ===================================
          =========================
          TRUCK#  01 FOR 364935110
          ==============================
                Continued
```

```
                                    ** EDI        INVOICE        2
                                  ** REPRINT
                                                                      3/11/08

                                                                      072251
              WAL-MART DC 6010A-ASM DIS
              690 HIGHWAY 206                                         6660934
              364935110
              DOUGLAS, GA  31533                                     3301113



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002
```

```
7352031376            3/11/08     1% 45 DAYS          00      USD   Prepaid          0604655155
```

```
              ======================================
              ===========================
              ====================================
              =========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ===============================
```

```
                             GST                                     INVOICE TOTAL

   497.06            .00              .00                .00                    497.06


                             INVOICE TOTAL      497.06               3/11/08

                                                                     072251
                      Powermate Corporation
                      P.O. Box 930229                                6660934
                      Atlanta, GA 31193-0229
                                                                     3301113
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                        3/11/08

                                                                        072251
        WAL-MART DC 7035A-ASM DIS
        18245 NW 115 AVENUE                                             6660935
        364935110
        ALACHUA, FL  32615                                             3299837



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


4401848822          3/11/08     1% 20 Days  Net        00     USD   Prepaid


        NO PRETICKET
        ==========================================
        ===========================
        TRUCK#  01 FOR 364935110
        ================================
        ===========================================
        ============================
        ===========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 EA | 244.12 | 488.24 |

```
        NO PRETICKET
        ==========================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==============================
            Continued
```

```
                                    ** EDI        INVOICE        2
                               ** REPRINT
                                                                      3/11/08

                                                                      072251
        WAL-MART DC 7035A-ASM DIS
        18245 NW 115 AVENUE                                           6660935
        364935110
        ALACHUA, FL  32615                                            3299837



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

4401848822         3/11/08      1% 20 Days  Net        00      USD   Prepaid           0604655806


```
        ======================================
        ===============================
        ======================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 505.88 | .00 | .00 | .00 |  | 505.88 |

INVOICE TOTAL        505.88                        3/11/08

                                                   072251
Powermate Corporation
P.O. Box 930229                                    6660935
Atlanta, GA 31193-0229
                                                   3299837

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                         3/11/08

                                                                         072251
        WAL-MART DC 6020A-ASM DIS
        4224 KETTERING ROAD                                              6660936
        364935110
        BROOKSVILLE, FL  34602                                           3301111



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                  69
        BENTONVILLE, AR  72716-8002


9601869670           3/11/08      1% 45 DAYS          00      USD   Prepaid


    NO PRETICKET
    ==================================
    =======================
    TRUCK# 01 FOR 364935110
    =================================
    ====================================
    =======================
    =================================
    =======================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    ===============================

PA0650192   KIT GEN ACC 20A CORD        3.000    3.000     .000  EA       25.88      77.64
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK 36.000  36.000    .000  EA        1.47      52.92
PM0102500   GEN POWERMATE 2500          3.000    3.000     .000  EA      244.12     732.36
            NO PRETICKET
            ====================================
            =======================
            TRUCK# 01 FOR 364935110
                 Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                                      3/11/08

                                                                      072251
              WAL-MART DC 6020A-ASM DIS
              4224 KETTERING ROAD                                     6660936
              364935110
              BROOKSVILLE, FL  34602                                  3301111



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


 5601869670              3/11/08      1% 45 DAYS        00    USD  Prepaid        060466027X


         =================================
         ====================================
         ==============================
         ======================================
         ==============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 862.92 | .00 | .00 | .00 | 862.92 |

```
                              INVOICE TOTAL      862.92              3/11/08

                                                                    072251
                              Powermate Corporation
                              P.O. Box 930229                        6660936
                              Atlanta, GA 31193-0229
                                                                    3301111
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                          3/11/08

                                                                          072251

             WAL-MART DC 6010A-ASM DIS                                    6660937
             690 HIGHWAY 206
             364935110                                                    3299841
             DOUGLAS, GA  31533



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                   69
             BENTONVILLE, AR  72716-8002


   7352031175            3/11/08      1% 45 DAYS          00     USD   Prepaid


             NO PRETICKET
             ===================================
             TRUCK#  01 FOR 364935110
             ===================================
             ===================================
             =============================
             ===================================
             =======================
             IF MULTIPLE DESTINATIONS HAVE THE
             SAME SHIP DATE, PLEASE
             SHIP TO FURTHEST DESTINATION  FIRST
             AND CLOSEST DESTINATIONS
             LAST.
             ===================================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 EA | 1.47 | 8.82 |
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.000 | .000 EA | 244.12 | 732.36 |

```
             NO PRETICKET
             ===================================
             TRUCK#  01 FOR 364935110
             ===============================
                  Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                           3/11/08

                                                                           072251
            WAL-MART DC 6010A-ASM DIS
            690 HIGHWAY 206                                                 6660937
            364935110
            DOUGLAS, GA  31533                                             3299841


            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


7352031175              3/11/08      1% 45 DAYS       00     USD   Prepaid          0604655137


         ===================================
         ===============================
         ===================================
         ===========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 741.18 | .00 | .00 | .00 | 741.18 |

```
                              INVOICE TOTAL    741.18                  3/11/08

                                                                      072251
                              Powermate Corporation
                              P.O. Box 930229                          6660937
                              Atlanta, GA 31193-0229
                                                                      3299841
```

```
                                          ** EDI        INVOICE       1
                                       ** REPRINT
                                                                          3/12/08

                                                                          072251

              WAL-MART DC 6009A-ASM DIS                                    6661149
              1501 MAPLE LEAF ROAD
              364935110                                                    3305460
              MOUNT PLEASANT, IA  52641




              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002



   8801918105            3/12/08      1% 45 DAYS          00     USD    Prepaid



              NO PRETICKET
              ===================================
              ===========================
              TRUCK# 01 FOR 364935110
              ==============================
              =====================================
              ===========================
              ======================================
              ===========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              =================================

   PM0105000   GEN POWERMATE 5000            1.000    1.000    .000 EA     417.89        417.89
              NO PRETICKET
              ===================================
              ===========================
              TRUCK# 01 FOR 364935110
              ==============================
              =====================================
                  Continued
```

```
                                    ** EDI      INVOICE      2
                                  ** REPRINT
                                                                      3/12/08

                                                                      072251

           WAL-MART DC 6009A-ASM DIS
           1501 MAPLE LEAF ROAD                                       6661149
           364935110
           MOUNT PLEASANT, IA  52641                                  3305460



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                69
           BENTONVILLE, AR  72716-8002


8801918105              3/12/08      1½ 45 DAYS        00    USD   Prepaid            00319258273



        ================================
        ====================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  | | GST | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 417.89 | .00 | .00 | | .00 | 417.89 |

```
                       INVOICE TOTAL      417.89                    3/12/08

                                                                    072251
                      Powermate Corporation
                      P.O. Box 930229                               6661149
                      Atlanta, GA 31193-0229
                                                                    3305460
```

```
                                      ** EDI        INVOICE        1
                                   ** REPRINT
                                                                     3/13/08

                                                                     072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                                       6661526
        364935110
        SEALY, TX  77474                                             3305701


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


4706860355          3/13/08      1% 45 DAYS        00     USD  Prepaid


        NO PRETICKET
        ==========================================
        ========================================
        TRUCK#  01 FOR 364935110
        ================================
        ==============================================
        ============================
        ======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000    .000 EA      1.47      17.64
        NO PRETICKET
        ========================================
        =========================
        TRUCK#  01 FOR 364935110
        ============================
        ===============================
            Continued
```

```
                                      ** EDI        INVOICE       2
                                   ** REPRINT
                                                                        3/13/08

                                                                        072251

           WAL-MART DC 7036A-ASM DIS                                    6661526
           2226 FM 3013 SUITE 110
           364935110
           SEALY, TX  77474                                             3305701



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                 69
           BENTONVILLE, AR  72716-8002


 4706860355            3/13/08      1% 45 DAYS        00    USD  Prepaid       1Z66542W0347


           =======================
           ================================
           =========================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 17.64 | .00 | .00 | .00 | 17.64 |

```
                           INVOICE TOTAL     17.64                 3/13/08

                                                                   072251

                           Powermate Corporation                  6661526
                           P.O. Box 930229
                           Atlanta, GA 31193-0229                  3305701
```

```
                                          ** EDI        INVOICE       1
                                       ** REPRINT
                                                                            3/13/08

                                                                            072251

          WAL-MART DC 6031A-ASM DIS                                         6661527
          23701 WEST SOUTHERN AVE
          364935110                                                         3305704
          BUCKEYE, AZ  85326



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


6801908798            3/13/08      1% 45 DAYS          00     USD   Prepaid


          NO PRETICKET
          ========================================
          ===========================
          TRUCK# 01 FOR 364935110
          ================================
          ==========================================
          ==========================
          ===========================================
          ============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =================================
          MUST DELIVER BY

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK     36.000    36.000    .000  EA      1.47       52.92
          NO PRETICKET
          ============================================
          ===========================
          TRUCK# 01 FOR 364935110
          ==================================
                  Continued
```

```
                                          ** EDI        INVOICE       2
                                        ** REPRINT
                                                                          3/13/08

                                                                          072251
          WAL-MART DC 6031A-ASM DIS
          23701 WEST SOUTHERN AVE                                         6661527
          364935110
          BUCKEYE, AZ  85326                                              3305704



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


6801908798            3/13/08     1% 45 DAYS          00    USD  Prepaid        1Z66542W0346


        ======================================
        ===========================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|       |       | GST   |       |       | INVOICE TOTAL |
|-------|-------|-------|-------|-------|---------------|
| 52.92 | .00   | .00   |       | .00   | 52.92 |

```
                              INVOICE TOTAL      52.92                    3/13/08

                                                                         072251
                              Powermate Corporation
                              P.O. Box 930229                            6661527
                              Atlanta, GA 31193-0229
                                                                         3305704
```

```
                                    ** EDI      INVOICE       1
                                  ** REPRINT
                                                                        3/13/08

                                                                        072251

          WAL-MART DC 6016A-ASM DIS                                     6661528
          3920 IH 35 NORTH
          364935110                                                     3305707
          NEW BRAUNFELS, TX  78130




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                   69
          BENTONVILLE, AR  72716-8002



 7901899332              3/13/08      1% 45 DAYS          00     USD  Prepaid



          NO PRETICKET
          ====================================
          ============================
          TRUCK#  01 FOR 364935110
          ==================================
          ====================================
          ===========================
          ====================================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION   FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==================================
          must arrive by

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000    .000  EA      1.47      17.64
             NO PRETICKET
             ==================================
             ===========================
             TRUCK#  01 FOR 364935110
             ============================
                   Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
```
                                                                    3/13/08

                                                                    072251

         WAL-MART DC 6016A-ASM DIS
         3920 IH 35 NORTH                                           6661528
         364935110
         NEW BRAUNFELS, TX  78130                                   3305707


         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002


7901899332         3/13/08      1½ 45 DAYS         00    USD   Prepaid         1Z6654220346


         =====================================
         ========================
         =====================================
         ========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================


                          GST                                    INVOICE TOTAL

 17.64               .00              .00                .00            17.64


                          INVOICE TOTAL      17.64              3/13/08

                                                               072251

                          Powermate Corporation                6661528
                          P.O. Box 930229
                          Atlanta, GA 31193-0229               3305707

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                          3/13/08

                                                                          072251

        WAL-MART DC 6021A-ASM DIS                                         6661529
        1005 SOUTH H STREET
        364935110                                                        3305705
        PORTERVILLE, CA  93257



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


  6951918476            3/13/08     1% 45 DAYS          00      USD   Prepaid


        NO PRETICKET
        ================================
        ================================
        TRUCK# 01 FOR 364935110
        ================================
        ================================
        ================================
        ================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     6.000    6.000   .000 EA      1.47        8.82
              NO PRETICKET
              ================================
              ================================
              TRUCK# 01 FOR 364935110
              ================================
              ================================
                  Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                                      3/13/08

                                                                      072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                           6661529
        364935110
        PORTERVILLE, CA  93257                                        3305705



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

6951918476            3/13/08      1% 45 DAYS         00    USD   Prepaid           1Z66542W0347

```
        ============================
        ============================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

                              GST                                    INVOICE TOTAL

  8.82              .00              .00              .00                    8.82


                        INVOICE TOTAL     8.82                     3/13/08

                                                                  072251
                   Powermate Corporation
                   P.O. Box 930229                                6661529
                   Atlanta, GA 31193-0229
                                                                  3305705

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                          3/13/08

                                                                          072251

         WAL-MART DC 6037A-ASM DIS                                        6661530
         2650 HWY 395 SOUTH
         364935110                                                        3305699
         HERMISTON, OR  97838


         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002
```

| 3151899669 | 3/13/08 | 1% 45 DAYS | 00 | USD | Prepaid |
|---|---|---|---|---|---|

```
         NO PRETICKET
         ======================================
         =================================
         TRUCK#  01 FOR 364935110
         ======================================
         ======================================
         ==================================
         ======================================
         ======================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================
         must arrive by
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 EA | 1.47 | 8.82 |
|---|---|---|---|---|---|---|

```
                     NO PRETICKET
                     ===================================
                     =========================
                     TRUCK#  01 FOR 364935110
                     ==============================
                          Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                    3/13/08

                                                                    072251
        WAL-MART DC 6037A-ASM DIS
        2650 HWY 395 SOUTH                                          6661530
        364935110
        HERMISTON, OR  97838                                        3305699




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

3151899669              3/13/08    1% 45 DAYS         00    USD   Prepaid        1Z66542W0347

```
        =====================================
        ======================================
        =====================================

        =============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

|  | INVOICE TOTAL | 8.82 |  | 3/13/08 |
|---|---|---|---|---|

072251

Powermate Corporation
P.O. Box 930229                                                     6661530
Atlanta, GA 31193-0229
                                                                    3305699

```
                                      ** EDI      INVOICE      1
                                  ** REPRINT
                                                                      3/13/08

                                                                      072251
          WAL-MART DC 6012A-ASM DIS
          3100 NORTH I-27                                             6661537
          364935110
          PLAINVIEW, TX  79072                                        3305706


          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                   69
          BENTONVILLE, AR  72716-8002


 7852060134            3/13/08      1% 45 DAYS         00    USD   Prepaid


          NO PRETICKET
          ==================================
          TRUCK#  01 FOR 364935110
          ==================================
          ==================================
          ==================================
          ==================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==================================
          must arrive by date

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000   .000  EA      1.47      17.64
 PM0105000   GEN POWERMATE 5000               1.000    1.000   .000  EA    417.89     417.89
          NO PRETICKET
          ==================================
          ==================================
          TRUCK#  01 FOR 364935110
               Continued
```

```
                                    ** EDI        INVOICE      2
                               ** REPRINT
                                                                        3/13/08

                                                                        072251

        WAL-MART DC 6012A-ASM DIS                                       6661537
        3100 NORTH I-27
        364935110
        PLAINVIEW, TX  79072                                            3305706




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



 7852060134            3/13/08      1% 45 DAYS        00    USD  Prepaid          0604658922


        ================================
        ===================================
        =========================
        ===================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|          |          | GST  |      |      | INVOICE TOTAL |
|----------|----------|------|------|------|---------------|
| 435.53   | .00      | .00  | .00  |      | 435.53        |

```
                        INVOICE TOTAL     435.53                    3/13/08

                                                                   072251
                        Powermate Corporation
                        P.O. Box 930229                            6661537
                        Atlanta, GA 31193-0229
                                                                   3305706
```

```
                                        ** EDI        INVOICE        1
                                      ** REPRINT
                                                                         3/13/08

                                                                         072251
        WAL-MART DC 6026A-ASM DIS
        10817 HWY 99W                                                    6661543
        364935110
        RED BLUFF, CA  96080                                             3303118



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002
```

```
2101899085              3/13/08      1% 45 DAYS          00      USD    Prepaid
```

```
        NO PRETICKET
        =======================================
        =======================================
        TRUCK# 01 FOR 364935110
        =======================================
        =======================================
        =============================
        =======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        SPECIAL INSTRUCTIONS
        PA0650039 included in carton of
        PM0422505.02 and not to be included
        in BOL piece count.
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 18.000 | 18.000 | .000 | EA | 1.47 | 26.46 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |
| | NO PRETICKET | | | | | | |
| | Continued | | | | | | |

```
                                        ** EDI      INVOICE    2
                                    ** REPRINT
                                                                      3/13/08

                                                                      072251
              WAL-MART DC 6026A-ASM DIS
              10817 HWY 99W                                           6661543
              364935110
              RED BLUFF, CA  96080                                    3303118



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002
```

| 2101899085 | 3/13/08 | 1½ 45 DAYS | 00 | USD | Prepaid | 0604658913 |

```
        ========================================
        ========================
        TRUCK#  01 FOR 364935110
        ============================
        =======================================
        ===========================
        ===================================
        =========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
        ================================
```

Continued

```
                                          ** EDI        INVOICE       3
                                    ** REPRINT
                                                                        3/13/08

                                                                        072251
        WAL-MART DC 6026A-ASM DIS
        10817 HWY 99W                                                   6661543
        364935110
        RED BLUFF, CA  96080                                            3303118



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


2101899085            3/13/08      1½ 45 DAYS          00    USD   Prepaid        0604658913
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 270.58 | .00 | .00 | .00 | 270.58 |

```
                            INVOICE TOTAL      270.58              3/13/08

                                                                  072251
                            Powermate Corporation
                            P.O. Box 930229                        6661543
                            Atlanta, GA 31193-0229
                                                                  3303118
```

```
                                           ** EDI        INVOICE      1
                                        ** REPRINT
                                                                              3/13/08

                                                                              072251
          WAL-MART DC 7026A-ASM DIS
          945 NORTH STATE ROAD 138                                            6661564
          364935110
          GRANTSVILLE, UT  84029                                              330570D



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


 3651908665              3/13/08      1% 45 DAYS          00      USD   Prepaid


          NO PRETICKET
          =======================================
          =========================================
          TRUCK# 01 FOR 364935110
          =========================================
          =========================================
          =========================================
          =========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     24.000   24.000    .000  EA       1.47        35.28
 PM0105000   GEN POWERMATE 5000                4.000    4.000    .000  EA     417.89      1671.56
          NO PRETICKET
          =========================================
          =========================================
          TRUCK# 01 FOR 364935110
          ===============================
               Continued
```

```
                                              ** EDI        INVOICE      2
                                           ** REPRINT
                                                                            3/13/08

                                                                            072251
              WAL-MART DC 7026A-ASM DIS
              945 NORTH STATE ROAD 138                                       6661564
              364935110
              GRANTSVILLE, UT  84029                                         3305700



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  3651908665              3/13/08       1% 45 DAYS         00     USD  Prepaid         0604658830


       ========================================
       ==========================
       ========================================
       ==========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1706.84 | .00 | .00 | .00 | 1706.84 |

```
                            INVOICE TOTAL     1706.84                    3/13/08

                                                                        072251
                         Powermate Corporation
                         P.O. Box 930229                                6661564
                         Atlanta, GA 31193-0229
                                                                        3305700
```

```
                                        ** EDI      INVOICE      1
                                     ** REPRINT
                                                                        3/13/08

                                                                        072251
           WAL-MART DC 6066A-ASM DIS
           694 CRENSHAW BLVD                                            6661566
           364935110
           HOPKINSVILLE, KY  42240                                      3302854



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                    G9
           BENTONVILLE, AR  72716-8002


   6301879899           3/13/08      1% 45 DAYS           00     USD   Prepaid


           NO PRETICKET
           ==========================================
           ==============================
           TRUCK#  01 FOR 364935110
           ==========================================
           ==========================================
           ==============================
           ==========================================
           ==============================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ==============================

   PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    6.000   6.000   .000  EA      1.47        8.82
   PM0102500   GEN POWERMATE 2500              3.000   3.000   .000  EA    244.12      732.36
               NO PRETICKET
           ==========================================
           ==============================
           TRUCK#  01 FOR 364935110
           ==============================
                Continued
```

```
                                         ** EDI        INVOICE       2
                                      ** REPRINT
                                                                       3/13/08

                                                                       072251
          WAL-MART DC 6066A-ASM DIS
          694 CRENSHAW BLVD                                            6661566
          364935110
          HOPKINSVILLE, KY  42240                                      3302854



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


 6301879899           3/13/08      1% 45 DAYS        00    USD   Prepaid        060465884X


       ============================================
       =============================------=========
       ==========================================
       ==========================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==============================
```

|        |     | GST |     |     | INVOICE TOTAL |
|--------|-----|-----|-----|-----|---------------|
| 741.18 | .00 | .00 | .00 |     | 741.18        |

```
                          INVOICE TOTAL      741.18              3/13/08

                                                                072251
                       Powermate Corporation
                       P.O. Box 930229                          6661566
                       Atlanta, GA 31193-0229
                                                                3302854
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT

                                                                        3/13/08

                                                                        072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                                   6661569
        364935110
        BENTONVILLE, AR  72712                                          3303382




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



   1251919033           3/13/08      1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ======================================
        ==========================
        TRUCK#  01 FOR 364935110
        ======================================
        ======================================
        =========================
        ======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST ARRIVE BY 03/06

   PA0650074    OIL GEN 1 QT SAE 30 SIX PACK    18.000    18.000    .000  EA        1.47       26.46
   PM0105000    GEN POWERMATE 5000               4.000     4.000    .000  EA      417.89     1671.56
   PM0102500    GEN POWERMATE 2500               9.000     9.000    .000  EA      244.12     2197.08
                NO PRETICKET
                ======================================
                =========================
                    Continued
```

```
                                    ** EDI      INVOICE      2
                                 ** REPRINT
                                                              3/13/08

                                                              072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                         6661569
        364935110
        BENTONVILLE, AR  72712                                3303382



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


1251919033            3/13/08    1% 45 DAYS        00    USD  Prepaid         0604658821


        TRUCK# 01 FOR 364935110
        ===================================
        ====================================
        ================================
        ===================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================



             Continued
```

```
                                    ** EDI        INVOICE      3
                                 ** REPRINT
                                                                        3/13/08

                                                                        072251
         WAL-MART DC 6094A-ASM DIS
         5841 SW REGIONAL AIRPORT BLVD                                  6661569
         364935110
         BENTONVILLE, AR  72712                                         3303382



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                69
         BENTONVILLE, AR  72716-8002


 1251919033            3/13/08      1½ 45 DAYS         00   USD   Prepaid        0604658821
```

```
                             GST                                   INVOICE TOTAL

   3895.10              .00              .00                 .00              3895.10


                          INVOICE TOTAL      3895.10              3/13/08

                       Powermate Corporation                     072251
                       P.O. Box 930229
                       Atlanta, GA 31193-0229                     6661569

                                                                 3303382
```

EFiled: May 27 2008 4:47 PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

# Exhibit B

SAM'S CLUB
CORP HEADQUARTERS
BENTONVILLE, AR 72716-8002

Powermate
Domestic A/R Aging Report
May 9, 2008

Vendor# 364935

| Cust. # | Cust. Name | Total | Current | 0 - 15 | 16 - 30 | 21 - 60 | 61 - 90 | 91 - 120 | > 120 | Date | Due Date | Ref. # | Type | SOP/Refmn | RC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 801906 | SAM'S CLUB HIERARCHY | 44.10 | - | - | 44.10 | - | - | - | - | 2/11/2008 | 3/27/2008 | 6851675 | IN | 0601927803 | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | - | 17.64 | - | - | - | - | 2/14/2008 | 3/30/2008 | 6853403 | IN | 8801907995 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 2/21/2008 | 4/6/2008 | 6855301 | IN | 8801908187 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 2/21/2008 | 4/6/2008 | 6855302 | IN | 7901698719 | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | - | 17.64 | - | - | - | - | 2/21/2008 | 4/6/2008 | 6855304 | IN | 5915917862 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 2/21/2008 | 4/6/2008 | 6855305 | IN | 5915979752 | |
| 801906 | SAM'S CLUB HIERARCHY | 35.28 | - | - | 35.28 | - | - | - | - | 2/21/2008 | 4/6/2008 | 6855312 | IN | 3151899053 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 2/22/2008 | 4/7/2008 | 6855578 | IN | 1251518832 | |
| 801906 | SAM'S CLUB HIERARCHY | 91,556.64 | - | - | - | 91,556.64 | - | - | - | 2/22/2008 | 4/7/2008 | 6855633 | IN | 049805180 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 2/25/2008 | 4/10/2008 | 6856824 | IN | 2801908324 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 2/27/2008 | 4/12/2008 | 6857322 | IN | 2151909091 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,253.67 | - | 1,253.67 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6857943 | IN | 3751898839 | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | 17.64 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859005 | IN | 0601928311 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | 28.46 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859007 | IN | 5915979595 | |
| 801906 | SAM'S CLUB HIERARCHY | 35.28 | - | 35.28 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859006 | IN | 5915918088 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | 28.46 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859009 | IN | 8801908382 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | 28.46 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859011 | IN | 6401918356 | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | 17.64 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859012 | IN | 3151899289 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | 8.82 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859013 | IN | 7801698918 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | 8.82 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859030 | IN | 5501898901 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | 28.46 | - | - | - | - | - | 2/28/2008 | 4/13/2008 | 6859281 | IN | 3851918281 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | 28.46 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859852 | IN | 0121970016 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | 8.82 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859905 | IN | 3151899465 | |
| 801906 | SAM'S CLUB HIERARCHY | 417.89 | - | 417.89 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859907 | IN | 4700800156 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,671.55 | - | 1,671.55 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859909 | IN | 2101699289 | |
| 801906 | SAM'S CLUB HIERARCHY | 3,343.12 | - | 3,343.12 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859921 | IN | 7801899927 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,262.49 | - | 1,262.49 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859925 | IN | 7801699127 | |
| 801906 | SAM'S CLUB HIERARCHY | 417.89 | - | 417.89 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859926 | IN | 6951912975 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | 8.82 | - | - | - | - | - | 3/6/2008 | 4/20/2008 | 6859947 | IN | 5301899203 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | 8.82 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860238 | IN | 2901927544 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | 244.12 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860239 | IN | 8001935660 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,750.73 | - | 1,750.73 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860240 | IN | 0601928100 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | 244.12 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860241 | IN | 5401919156 | |
| 801906 | SAM'S CLUB HIERARCHY | 488.24 | - | 488.24 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860242 | IN | 8801917718 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | 244.12 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860243 | IN | 7801689521 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | 244.12 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860244 | IN | 1051937036 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,682.59 | - | 1,682.59 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860245 | IN | 1051937708 | |
| 801906 | SAM'S CLUB HIERARCHY | 2,403.92 | - | 2,403.92 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860246 | IN | 2151937346 | |
| 801906 | SAM'S CLUB HIERARCHY | 732.36 | - | 732.36 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860247 | IN | 7801689621 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | 244.12 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860248 | IN | 5401919156 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,664.95 | - | 1,664.95 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860249 | IN | 1551899328 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,412.01 | - | 1,412.01 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860250 | IN | 1051937507 | |
| 801906 | SAM'S CLUB HIERARCHY | 3,679.44 | - | 3,679.44 | - | - | - | - | - | 3/7/2008 | 4/21/2008 | 6860251 | IN | 0601927905 | |
| 801906 | SAM'S CLUB HIERARCHY | 488.24 | - | 488.24 | - | - | - | - | - | | | | | | |
| 801906 | SAM'S CLUB HIERARCHY | 488.24 | - | 488.24 | - | - | - | - | - | | | | | | |

| Store | Hierarchy | Amount | Amount | Date | Date | | ID |
|---|---|---|---|---|---|---|---|
| 801906 | SAMS CLUB HIERARCHY | 244.12 | 244.12 | 3/7/2008 | 4/21/2008 | IN | 3751889223 |
| 801906 | SAMS CLUB HIERARCHY | 497.06 | 497.06 | 3/7/2008 | 4/21/2008 | IN | 1551889913 |
| 801906 | SAMS CLUB HIERARCHY | 678.85 | 678.85 | 3/7/2008 | 4/21/2008 | IN | 7891889314 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | 4/21/2008 | IN | 0801927699 |
| 801906 | SAMS CLUB HIERARCHY | 3,398.04 | 3,398.04 | 3/7/2008 | 4/21/2008 | IN | 3201918308 |
| 801906 | SAMS CLUB HIERARCHY | 2,459.84 | 2,459.84 | 3/7/2008 | 4/21/2008 | IN | 3201917716 |
| 801906 | SAMS CLUB HIERARCHY | 2,887.91 | 2,887.91 | 3/7/2008 | 4/21/2008 | IN | 2151908556 |
| 801906 | SAMS CLUB HIERARCHY | 3,914.74 | 3,914.74 | 3/7/2008 | 4/21/2008 | IN | 1551899124 |
| 801906 | SAMS CLUB HIERARCHY | 1,994.85 | 1,994.85 | 3/7/2008 | 4/21/2008 | IN | 3201916113 |
| 801906 | SAMS CLUB HIERARCHY | 1,159.07 | 1,159.07 | 3/7/2008 | 4/21/2008 | IN | 2151908456 |
| 801906 | SAMS CLUB HIERARCHY | 488.24 | 488.24 | 3/7/2008 | 4/21/2008 | IN | 5591917851 |
| 801906 | SAMS CLUB HIERARCHY | 270.58 | 270.58 | 3/7/2008 | 4/21/2008 | IN | 9752003145 |
| 801906 | SAMS CLUB HIERARCHY | 1,484.72 | 1,484.72 | 3/7/2008 | 4/21/2008 | IN | 7332030971 |
| 801906 | SAMS CLUB HIERARCHY | 3,903.92 | 3,903.92 | 3/7/2008 | 4/21/2008 | IN | 8651889308 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | 4/21/2008 | IN | 5591869265 |
| 801906 | SAMS CLUB HIERARCHY | 976.48 | 976.48 | 3/7/2008 | 4/21/2008 | IN | 4751936493 |
| 801906 | SAMS CLUB HIERARCHY | 297.04 | 297.04 | 3/7/2008 | 4/21/2008 | IN | 9506717290 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | 4/21/2008 | IN | 1901927196 |
| 801906 | SAMS CLUB HIERARCHY | 1,952.30 | 1,952.30 | 3/7/2008 | 4/21/2008 | IN | 4751936981 |
| 801906 | SAMS CLUB HIERARCHY | 2,398.48 | 2,398.48 | 3/7/2008 | 4/21/2008 | IN | 9752003343 |
| 801906 | SAMS CLUB HIERARCHY | 497.06 | 497.06 | 3/7/2008 | 4/21/2008 | IN | 2401917872 |
| 801906 | SAMS CLUB HIERARCHY | 732.36 | 732.36 | 3/7/2008 | 4/21/2008 | IN | 2151904646 |
| 801906 | SAMS CLUB HIERARCHY | 1,986.03 | 1,986.03 | 3/7/2008 | 4/21/2008 | IN | 1801927404 |
| 801906 | SAMS CLUB HIERARCHY | 1,403.19 | 1,403.19 | 3/7/2008 | 4/21/2008 | IN | 8651889571 |
| 801906 | SAMS CLUB HIERARCHY | 1,420.83 | 1,420.83 | 3/7/2008 | 4/21/2008 | IN | 1201918280 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | 4/21/2008 | IN | 97067943B1 |
| 801906 | SAMS CLUB HIERARCHY | 3,738.76 | 3,738.76 | 3/7/2008 | 4/21/2008 | IN | 9001984532 |
| 801906 | SAMS CLUB HIERARCHY | 758.82 | 758.82 | 3/7/2008 | 4/21/2008 | IN | 5903314 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | 4/21/2008 | IN | 5903315 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | 4/21/2008 | IN | 4401849198 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | 4/21/2008 | IN | 3001889846 |
| 801906 | SAMS CLUB HIERARCHY | 2,258.42 | 2,258.42 | 3/7/2008 | 4/21/2008 | IN | 7352031575 |
| 801906 | SAMS CLUB HIERARCHY | 976.43 | 976.43 | 3/7/2008 | 4/21/2008 | IN | 2401918070 |
| 801906 | SAMS CLUB HIERARCHY | 994.12 | 994.12 | 3/7/2008 | 4/21/2008 | IN | 5501818253 |
| 801906 | SAMS CLUB HIERARCHY | 1,238.24 | 1,238.24 | 3/7/2008 | 4/21/2008 | IN | 1801927596 |
| 801906 | SAMS CLUB HIERARCHY | 1,264.70 | 1,264.70 | 3/7/2008 | 4/21/2008 | IN | 5001918253 |
| 801906 | SAMS CLUB HIERARCHY | 1,167.89 | 1,167.89 | 3/7/2008 | 4/21/2008 | IN | 6301879495 |
| 801906 | SAMS CLUB HIERARCHY | 1,167.89 | 1,167.89 | 3/7/2008 | 4/21/2008 | IN | 4751937078 |
| 801906 | SAMS CLUB HIERARCHY | 1,167.89 | 1,167.89 | 3/7/2008 | 4/21/2008 | IN | 6301879244 |
| 801906 | SAMS CLUB HIERARCHY | 1,238.24 | 1,238.24 | 4/21/2008 | 4/21/2008 | IN | 3651900909 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | 4/21/2008 | IN | 5151977844 |
| 801906 | SAMS CLUB HIERARCHY | 994.12 | 994.12 | 4/21/2008 | 4/21/2008 | IN | 3651907908 |
| 801906 | SAMS CLUB HIERARCHY | 906.13 | 906.13 | 4/21/2008 | 4/21/2008 | IN | 1251918828 |
| 801906 | SAMS CLUB HIERARCHY | 3,510.28 | 3,510.28 | 4/21/2008 | 4/21/2008 | IN | 4708708088 |
| 801906 | SAMS CLUB HIERARCHY | 444.85 | 444.85 | 4/21/2008 | 4/21/2008 | IN | 4708708088 |
| 801906 | SAMS CLUB HIERARCHY | 678.85 | 678.85 | 4/21/2008 | 4/21/2008 | IN | 5501869847 |
| 801906 | SAMS CLUB HIERARCHY | 1,167.89 | 1,167.89 | 4/21/2008 | 4/21/2008 | IN | 9001984547 |
| 801906 | SAMS CLUB HIERARCHY | 750.00 | 750.00 | 4/21/2008 | 4/21/2008 | IN | 1901926820 |
| 801906 | SAMS CLUB HIERARCHY | 2,135.55 | 2,135.55 | 4/21/2008 | 4/21/2008 | IN | 6301879989 |
| 801906 | SAMS CLUB HIERARCHY | 261.76 | 261.76 | 4/21/2008 | 4/21/2008 | IN | 8651889594 |
| 801906 | SAMS CLUB HIERARCHY | 3,284.62 | 3,284.62 | 4/21/2008 | 4/21/2008 | IN | 8651888850 |
| 801906 | SAMS CLUB HIERARCHY | 844.60 | 844.60 | 4/21/2008 | 4/21/2008 | IN | 8651889159 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | 4/21/2008 | IN | 1251918421 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | 4/21/2008 | IN | 8651889783 |
| 801906 | SAMS CLUB HIERARCHY | 3,844.39 | 3,844.39 | 4/21/2008 | 6660379 | IN | 5151977643 |
| 801906 | SAMS CLUB HIERARCHY | 985.30 | 985.30 | 4/21/2008 | 6660380 | IN | 4708708286 |
| 801906 | SAMS CLUB HIERARCHY | 5,045.35 | 5,045.35 | | | | |
| 801906 | SAMS CLUB HIERARCHY | 1,394.37 | 1,394.37 | | | | |

| Entity | Amount | | Amount | Amount | | | | Date | | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| SAMS CLUB HIERARCHY | 994.12 | - | 994.12 | | - | - | - | 3/7/2008 | 6660381 | IN | 4751596883 |
| SAMS CLUB HIERARCHY | 994.12 | | 994.12 | | | | | 3/7/2008 | 6660382 | IN | 9001984163 |
| SAMS CLUB HIERARCHY | 244.12 | | 244.12 | | | | | 3/7/2008 | 6660384 | IN | 9752002942 |
| SAMS CLUB HIERARCHY | 281.76 | | 281.76 | | | | | 3/7/2008 | 6660385 | IN | 3151898855 |
| SAMS CLUB HIERARCHY | 281.76 | | 281.76 | | | | | 4/21/2008 | 6660386 | IN | 5601917847 |
| SAMS CLUB HIERARCHY | 494.68 | | 494.68 | | | | | 4/21/2008 | 6660498 | IN | 9706783810 |
| SAMS CLUB HIERARCHY | 330.58 | | 330.58 | | | | | 4/21/2008 | 6660499 | IN | 5601869495 |
| SAMS CLUB HIERARCHY | 244.12 | | 244.12 | | | | | 4/21/2008 | 6660500 | IN | 6151917443 |
| SAMS CLUB HIERARCHY | 1,002.94 | | 1,002.94 | | | | | 4/21/2008 | 6660501 | IN | 9506716900 |
| SAMS CLUB HIERARCHY | 281.76 | | 281.76 | | | | | 4/21/2008 | 6660502 | IN | 1801927217 |
| SAMS CLUB HIERARCHY | 994.12 | | 994.12 | | | | | 3/7/2008 | 6660503 | IN | 2401917875 |
| SAMS CLUB HIERARCHY | 592.34 | | 592.34 | | | | | 4/21/2008 | 6660504 | IN | 4401949010 |
| SAMS CLUB HIERARCHY | 767.64 | | 767.64 | | | | | 4/21/2008 | 6660505 | IN | 9506717098 |
| SAMS CLUB HIERARCHY | 7,323.60 | | 7,323.60 | | | | | 3/7/2008 | 6660506 | IN | 4206840109 |
| SAMS CLUB HIERARCHY | 10,985.40 | | 10,985.40 | | | | | 3/7/2008 | 6660507 | IN | 4206840203 |
| SAMS CLUB HIERARCHY | 281.76 | | 281.76 | | | | | 4/21/2008 | 6660508 | IN | 3001869450 |
| SAMS CLUB HIERARCHY | 8,328.94 | | 8,328.94 | | | | | 3/7/2008 | 6660513 | IN | 3201917913 |
| SAMS CLUB HIERARCHY | 1,229.42 | | 1,229.42 | | | | | 3/7/2008 | 6660516 | IN | 2901927163 |
| SAMS CLUB HIERARCHY | 281.76 | | 281.76 | | | | | 4/21/2008 | 6660517 | IN | 2901927744 |
| SAMS CLUB HIERARCHY | 1,155.07 | | 1,155.07 | | | | | 3/7/2008 | 6660533 | IN | 5301898610 |
| SAMS CLUB HIERARCHY | 662.01 | | 662.01 | | | | | 4/21/2008 | 6660534 | IN | 5301898414 |
| SAMS CLUB HIERARCHY | 1,535.49 | | 1,535.49 | | | | | 4/21/2008 | 6660534 | IN | 5301898648 |
| SAMS CLUB HIERARCHY | 3,835.57 | | 3,835.57 | | | | | 3/7/2008 | 6660535 | IN | 5301898802 |
| SAMS CLUB HIERARCHY | 497.06 | | 497.06 | | | | | 4/21/2008 | 6660797 | IN | 7352003576 |
| SAMS CLUB HIERARCHY | 505.88 | | 505.88 | | | | | 4/25/2008 | 6660934 | IN | 4401948822 |
| SAMS CLUB HIERARCHY | 862.92 | | 862.92 | | | | | 4/25/2008 | 6660935 | IN | 5601899070 |
| SAMS CLUB HIERARCHY | 741.18 | | 741.18 | 741.18 | | | | 3/11/2008 | 6660937 | IN | 7352031175 |
| SAMS CLUB HIERARCHY | 417.89 | | 417.89 | 417.89 | | | | 3/12/2008 | 6661149 | IN | 8801918105 |
| SAMS CLUB HIERARCHY | 17.64 | 17.64 | | | | | | 3/13/2008 | 6661526 | IN | 4706860395 |
| SAMS CLUB HIERARCHY | 17.64 | 52.92 | | | | | | 3/13/2008 | 6661527 | IN | 6801908798 |
| SAMS CLUB HIERARCHY | 52.92 | 17.64 | | | | | | 3/13/2008 | 6661528 | IN | 7901899032 |
| SAMS CLUB HIERARCHY | 17.64 | 8.82 | | | | | | 3/13/2008 | 6661529 | IN | 6951918476 |
| SAMS CLUB HIERARCHY | 8.82 | 8.82 | | | | | | 3/13/2008 | 6661530 | IN | 3151899669 |
| SAMS CLUB HIERARCHY | 8.82 | 435.53 | | | | | | 4/27/2008 | 6661537 | IN | 7852060104 |
| SAMS CLUB HIERARCHY | 435.53 | 270.58 | | | | | | 4/27/2008 | 6661593 | IN | 2101899085 |
| SAMS CLUB HIERARCHY | 270.58 | 1,706.84 | | | | | | 4/27/2008 | 6661594 | IN | 3451908856 |
| SAMS CLUB HIERARCHY | 1,706.84 | 741.18 | | | | | | 3/13/2008 | 6661596 | IN | 8301879099 |
| SAMS CLUB HIERARCHY | 741.18 | | | | | | | 4/27/2008 | 6661599 | IN | 1251919033 |
| SAMS CLUB HIERARCHY | 3,895.10 | 3,895.10 | | | | | | | | | |
| | 244,946.06 | 7,155.07 | 146,075.59 | 91,715.40 | - | - | - | | | | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>POWERMATE CORPORATION<br><br>    Debtor. | Chapter 11<br>Case No. 08-10499-KG<br><br>(pending in the United States<br>Bankruptcy Court for the District of Delaware) |
| POWERMATE CORPORATION<br>f/k/a COLEMAN POWERMATE, INC.,<br>a Nebraska corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, Inc.,<br>a Delaware corporation, individually and<br>d/b/a SAM'S CLUB<br><br>    Defendant. | Adversary Proceeding No. _____<br><br>(Civil Action No. 08C-05-201-CHT pending in<br>the Superior Court of the State of Delaware in<br>and for New Castle County) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2008, a true and correct copy of the foregoing document was served (i) via United States first class mail, postage prepaid, upon the parties listed below; and (ii) via e-mail upon the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

**VIA FIRST CLASS MAIL**
Curtis J. Crowther, Esquire
Monté T. Squire, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Jaime Luton White (No. 4936)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 7th Floor
Wilmington, DE 19899
Telephone: (302) 984-6000
Fax: (302) 658-1192
jwhite@potteranderson.com

08-434

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

POWERMATE CORPORATION f/k/a COLEMAN POWERMATE, INC.

**DEFENDANTS**

WAL-MART STORES, INC.

**(b)**  County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Curtis J. Crowther
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware  19801    (302) 571-6755

Attorneys (If Known)

Laurie Selber Silverstein (#2396)/Jaime Luton  (#4936)
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, Delaware  19801    (302) 984-6000

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated *or* Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated *and* Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Notice of Removal from Superior Court to Bankruptcy Court Pursuant to 28 U.S.C. § 1452

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE  Kevin Gross

DOCKET NUMBER  Bankr. No. 08-10498

DATE
07/14/2008

SIGNATURE OF ATTORNEY OF RECORD
X

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____