
**Potter
Anderson
&Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Laurie Selber Silverstein**
302 984-6033 Direct Phone
302 658-1192 Fax
lsilverstein@potteranderson.com

July 18, 2008

**Via Hand Delivery**
Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re:   Powermate Corporation v. Wal-Mart Stores, Inc., Del. Dist. Ct., No. 08-00434,
         Referral to Powermate Holding Corp., Bankr. D. Del., No. 08-10498 (KG)

Dear Mr. Dalleo:

   We represent Wal-Mart Stores, Inc. ("Wal-Mart") in the lawsuit referenced above (the "Lawsuit") pending in the United States District Court for the District of Delaware (the "District Court"). The Lawsuit was initiated by the filing of a Notice of Removal removing the Lawsuit from the Superior Court of the State of Delaware in and for New Castle County (Civil Action No. 08C-05-201).

   We write to confirm the discussions we have had with your office that, as reflected in the civil cover sheet, the Lawsuit is related to the bankruptcy case of Powermate Holding Corp., No. 08-10498 (KG), currently pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). In that connection, we respectfully refer you to the District Court standing order issued on September 6, 2001, which automatically refers title 11 proceedings and cases such as the Lawsuit to the Bankruptcy Court.

   If you have any questions or concerns, please do not hesitate to contact me.

                                             Very truly yours,

                                             *[signature]*

                                             Laurie Selber Silverstein

cc: Curtis J. Crowther, Esq. (via hand delivery)