IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Powermate Corporation<br>f/k/a Coleman Powermate, Inc.<br>a Nebraska Corporation | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-434-SLR |
| WAL-MART STORES, INC.,<br>A Delaware Corporation, individually<br>and d/b/a/ SAM'S CLUB | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Monté T. Squire, Esquire, of

the law firm of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, The Brandywine

Building, Wilmington, Delaware, 19801 hereby withdraws his appearance on behalf of Plaintiff.

Plaintiff continues to be represented by the law firm of Young Conaway Stargatt & Taylor, LLP.

<div style="margin-left:40%">

YOUNG CONAWAY STARGATT &
TAYLOR, LLP



Curtis J. Crowther, Esquire (No. 3238)
The Brandywine Building
1000 West Street, 17th  Floor
Wilmington, Delaware  19899
(302) 571-6600
ccrowther@ycst.com

*Attorney for Plaintiff*

</div>

Date: September 4, 2008

## CERTIFICATE OF SERVICE

I, Curtis J. Crowther, Esquire, hereby certify that on September 4, 2008, the foregoing

document was electronically filed with the Clerk of Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of

record:

> Jaime Luton White, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street, 7th Floor
> Wilmington, Delaware 19899

Additionally, I hereby certify that the foregoing document was served on counsel of
record as indicated below:

### BY E-MAIL

> Jaime Luton White, Esquire
> jwhite@potteranderson.com
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street, 7th Floor
> Wilmington, Delaware 19899

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Curtis J. Crowther, Esquire (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600
ccrowther@ycst.com

Date: September 4, 2008          *Attorney for Plaintiff*

DB02:5323945.1                                                    064935.1001